**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of   Delaware
(State)

Case number *(if known):* _____   Chapter   11

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's Name**

   Horsehead Holding Corp.

2. **All other names debtor used in the last 8 years**

   **Include any assumed names, trade names, and *doing business as* names**

   N/A

3. **Debtor's federal Employer Identification Number (EIN)**

   20-0447377

4. **Debtor's address**

   **Principal place of business**

   4955 Steubenville Pike
   Number        Street

   Suite 405

   Pittsburgh, Pennsylvania 15205
   City                    State      Zip Code

   Allegheny County, Pennsylvania
   County

   **Mailing address, if different from principal place of business**

   Number        Street

   P.O. Box

   City                    State      Zip Code

   **Location of principal assets, if different from principal place of business**

   Number        Street

   City                    State      Zip Code

5. **Debtor's website (URL)**

   http://horsehead.net

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor    **Horsehead Holding Corp.**                                  Case number (if known)
          Name

---

**7.  Describe debtor's business**

A.  *Check One:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

---

B.  *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

---

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
3314

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check One:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11.  *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.    District _____    When _____    Case number _____
                                        MM/DD/YYYY

         District _____    When _____    Case number _____
                                        MM/DD/YYYY

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases.  If more than 1, attach a separate list.

☐ No

☒ Yes.    Debtor    See Rider 1                Relationship    _Affiliate_

         District    Delaware                 When    *2/2/*2016
                                                      MM / DD / YYYY

         Case number, if known _____

---

| Debtor | Horsehead Holding Corp. | Case number (if known) | |
|--------|-------------------------|------------------------|--|
| | Name | | |

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No[1]

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

| | |
|--|--|
| Number | Street |
| | |
| City | State    Zip Code |

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**
(on a consolidated basis)

| | | |
|--|--|--|
| ☐ 1-49 | ☒ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

[1] The Debtor owns and/or possesses real properties consisting of manufacturing facilities and the infrastructure required to provide for its continued business operations. Soil and/or groundwater contamination has been discovered at certain of these properties; however, to the best of the Debtor's knowledge, none of the real or personal property needs immediate attention, and no such contamination poses (or is alleged to pose) any threat of imminent and identifiable hazard to public health or safety. Certain properties of the Debtor also use hazardous materials, recycle hazardous waste, and operate water treatment systems. To the best of the Debtor's knowledge, none of these sites need immediate attention or poses (or is alleged to pose) a threat of imminent and identifiable hazard to public health or safety, but the Debtor mentions them here out of an abundance of caution.

| Debtor | Horsehead Holding Corp. | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 15. Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| (on a consolidated basis)[2] | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☒ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☒ $500,000,001-$1 billion |
| (on a consolidated basis) | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct. |

Executed on   2/2 2016
              MM / DD / YYYY

x _____          Robert D. Scherich
Signature of authorized representative of debtor          Printed name

Title   Vice President and Chief Financial Officer

| 18. Signature of attorney | x _____   Date   2/2 2016
                                Signature of attorney for debtor          MM/DD/YYYY |

Laura Davis Jones
Printed name

Pachulski Stang Ziehl & Jones LLP
Firm name

919 North Market Street, 17th Floor
Number          Street

Delaware          19899-8705
                  (Courier 19801)
State          ZIP Code

Wilmington
City

(302) 652-4100          ljones@pszjlaw.com
Contact phone          Email address

2436          Delaware
Bar number          State

---

[2]   Estimated assets and liabilities are presented as of September 30, 2015 and may not be indicative of current values.

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____    District of    Delaware    _____
                                  (State)

Case number *(if*                                    Chapter    11
*known)*:              _____    Chapter    _____

☐ Check if this is an
   amended filing

## Rider 1
## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the District of Delaware for relief under chapter 11 of title 11 of the United States Code.  The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Horsehead Holding Corp.

- Horsehead Holding Corp.
- Horsehead Corporation
- Horsehead Metal Products, LLC
- The International Metals Reclamation Company, LLC
- Zochem Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HORSEHEAD HOLDING CORP., | Case No. 16-_____ (___) |
| Debtor. | |

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1.    If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is    001-33658

2.    The following financial data is the latest available information and refers to the debtor's condition, unless otherwise indicated, on September 30, 2015, and is presented on an unaudited and consolidated basis for the Debtors and certain of its affiliates.

| | | | |
|---|---|---|---|
| (a) | Total assets | $ | 1,002,852,000 |
| (b) | Total liabilities | $ | 544,678,000 |
| (c) | Debt securities held by more than 500 holders: | N/A[1] | |
| (d) | Number of shares of preferred stock outstanding: | | None. |
| (e) | Number of shares of common stock outstanding: | | 57,938,598[2] |

3.    Brief description of debtor's business:    Through the operation of its subsidiaries, Horsehead Holding Corp. produces zinc metal (used in the galvanizing of steel products and in zinc die castings and zinc-bearing alloys) and zinc oxide (used in the production of tire and rubber products, chemicals, ceramics, plastics, paints, lubricating oils and pharmaceuticals), and recycles electric arc furnace dust (a waste produced by the carbon steel mini-mill manufacturing process), nickel-bearing waste (generated by the stainless steel and specialty steel producers), and nickel-cadmium batteries and other types of batteries.

4.    List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

| Name of Holder | Percentage of Shares of Ownership[3] |
|---|---|
| Hotchkis & Wiley Capital Management | 9.57% |
| Greywolf Capital Management LP | 8.69% |
| Vanguard Group Inc. | 6.44% |

---

[1]    Horsehead Holding Corp. does not and cannot know the precise number of beneficial holders of any of the debt securities it has issued and does not believe that any such securities are held by more than 500 holders.

[2]    Represents the number of shares of Horsehead Holding Corp. common stock outstanding as of November 6, 2015.

[3]    Based on publicly available information as of December 31, 2015.

SECRETARY'S CERTIFICATE

The undersigned certifies that he is the Vice President, General Counsel and Secretary of Horsehead Holding Corp., a Delaware corporation (the "Corporation"), and further certifies as follows:

Attached as Exhibit A is a true, complete and correct copy of those certain Resolutions unanimously adopted by the Board of Directors of the Corporation at a duly called special meeting of such Board held on January 31, 2016, and such resolutions have not been amended and are in full force and effect on the date hereof.


Certified this 2nd day of February, 2016

Gary R. Whitaker
Vice President, General Counsel and Secretary

## Exhibit A

**Resolutions of the Board of Directors**

## RESOLUTIONS OF THE BOARD OF DIRECTORS OF
## HORSEHEAD HOLDING CORP.

Effective as of this 31st day of January, 2016, pursuant to a special telephonic meeting on January 31, 2016, the board of directors (collectively, the "Board of Directors") of Horsehead Holding Corp., a Delaware corporation (the "Corporation"), **DOES HEREBY CONSENT** to the taking of the following actions and **DOES HEREBY ADOPT** the following resolutions pursuant to the Corporation's bylaws and the General Corporation Law of the State of Delaware.

> **WHEREAS**, the Board of Directors has reviewed and had the opportunity to ask questions about the materials presented by the Corporation's management and advisors regarding the liabilities and liquidity of the Corporation, the strategic alternatives available to the Corporation, and the impact of the foregoing on the Corporation's businesses;

> **WHEREAS**, the Board of Directors has had the opportunity to consult with the Corporation's management and advisors to fully consider each of the strategic alternatives available to the Corporation;

> **WHEREAS**, in the judgment of the Board of Directors, it is desirable and in the best interests of the Corporation, its creditors and other parties in interest that the Corporation be authorized to file or cause to be filed a voluntary petition for relief (such voluntary petition, and the voluntary petitions to be filed by the Corporation's affiliates, the "Chapter 11 Cases") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in a court of proper jurisdiction (the "Bankruptcy Court");

> **WHEREAS**, in the judgment of the Board of Directors, it is desirable and in the best interests of the Corporation, its creditors and other parties in interest, that the Corporation be authorized to act as a foreign representative of the Corporation and any of its affiliates that file Chapter 11 Cases in the Bankruptcy Court (the "Chapter 11 Debtors") in respect of the Chapter 11 Cases and, if determined by the Authorized Officers (as defined herein), that the Corporation be authorized as foreign representative to file an application for recognition of the Chapter 11 Cases under the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c.C-36, as amended (the "CCAA") in a court of competent jurisdiction;

> **WHEREAS**, Horsehead Corporation, a corporation organized under the laws of the State of Delaware ("Horsehead"), The International Metals Reclamation Company, LLC, a limited liability company organized under the laws of the State of Delaware ("INMETCO"), Horsehead Metal Products, LLC, a limited liability company organized under the laws of the State of North Carolina ("HMP"), Zochem Inc., a corporation organized under the federal laws of Canada ("Zochem"), and the Corporation (together with Horsehead, INMETCO, HMP, and Zochem, each a "Borrower" and, collectively, the "Borrowers"), each propose

1

to enter into, as debtor and debtor-in-possession in the Chapter 11 Cases, that certain Senior Secured Superpriority Debtor-in-Possession Credit, Security and Guaranty Agreement (as amended, restated, supplemented or otherwise modified from time to time, the "DIP Credit Agreement"), dated as of the date hereof, among the Borrowers, the guarantors from time to time party thereto, the various lenders from time to time party thereto (collectively, the "Lenders" and each individually, a "Lender") and Cantor Fitzgerald Securities, as administrative agent (in such capacity, the "Administrative Agent");

**WHEREAS**, the obligation of the Lenders to make each Advance to the Borrowers under the DIP Credit Agreement is subject to the Corporation having satisfied certain conditions described in the DIP Credit Agreement;

**WHEREAS**, the Corporation will receive benefits from the receipt of the Advances made by the Lenders under the DIP Credit Agreement;

**WHEREAS**, it is in the best interests of the Corporation to enter into the DIP Credit Agreement (as defined below) and each agreement, document, instrument, certificate, recording and filing relating thereto;

**WHEREAS**, the Board of Directors desires to approve the following resolutions.

## I.   Voluntary Petitions Under the Provisions of the Bankruptcy Code

**NOW THEREFORE, BE IT RESOLVED**, that the Board of Directors has determined that it is desirable and in the best interests of the Corporation, its creditors, and other parties in interest, that the Corporation shall be and hereby is authorized to file or cause to be filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code; and

**FURTHER RESOLVED**, that any officers of the Corporation, including any Chief Executive Officer, Chief Financial Officer, General Counsel, Executive Vice President, Vice President, or other duly approved officer of the Corporation (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and they hereby are, authorized, empowered, and directed to execute and file on behalf of the Corporation all petitions, schedules, applications, pleadings, lists, motions, and other papers or documents as necessary to commence the Chapter 11 Cases and obtain chapter 11 relief, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Corporation's business; and

**FURTHER RESOLVED**, that each of the Authorized Officers (and their designees and delegates) be and hereby is authorized and empowered to take all actions or to not take any action in the name of the Corporation with respect to the transactions contemplated by these resolutions hereunder as the sole shareholder, partner, member, managing member, or manager of each direct subsidiary of the Corporation, in each case, as such Authorized Officer shall deem necessary or

2

desirable in such Authorized Officers' reasonable business judgment as may be necessary or convenient to effectuate the purposes of the transactions contemplated herein; and

## II.    **Foreign Recognition Proceedings**

**FURTHER RESOLVED**, that the Corporation be and is hereby authorized to act as a foreign representative of the Chapter 11 Debtors in respect of the Chapter 11 Cases pursuant to section 45(1) of the CCAA; and

**FURTHER RESOLVED**, that the Corporation be and is hereby authorized as foreign representative to file an application for recognition of the Chapter 11 Cases as foreign proceeding under the CCAA (the "Application"); and

**FURTHER RESOLVED**, that the Corporation be and is in the Authorized Officers' (as defined herein) discretion, hereby authorized, directed, and empowered (i) to make the Application under the CCAA; (ii) to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effect any of the foregoing; and (iii) seek any ancillary relief in respect of the Application including, but not limited to, appointment of an information officer; and

## III.    **Retention of Professionals**

**FURTHER RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Kirkland & Ellis LLP as general bankruptcy counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of Kirkland & Ellis LLP; and

**FURTHER RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Pachulski Stang Ziehl & Jones LLP as local bankruptcy counsel and conflicts counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of Pachulski Stang Ziehl & Jones LLP; and

**FURTHER RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of RAS Management Advisors, LLC as financial advisor to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of RAS Management Advisors, LLC; and

**FURTHER RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of Lazard Middle Market LLC as investment banker to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of Lazard Middle Market LLC; and

**FURTHER RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of Epiq Bankruptcy Solutions, LLC as notice and claims agent and administrative advisor to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of Epiq Bankruptcy Solutions, LLC; and

**FURTHER RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of Aird & Berlis LLP as Canadian counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code and the CCAA, and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of Aird & Berlis LLP; and

**FURTHER RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals to assist the Corporation in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate

4

application for authority to retain the services of any other professionals as necessary; and

## IV.  **Senior Secured Superpriority Debtor-in-Possession Credit, Security and Guaranty Agreement**

**FURTHER RESOLVED**, that the form, terms and provisions of the DIP Credit Agreement and each of the other Loan Documents (as defined below), and the Corporation's incurrence and performance of its obligations under the DIP Credit Agreement and each of the other Loan Documents (as defined below), including any borrowings thereunder and the consummation of the transactions contemplated thereby, be, and hereby are, in all respects, authorized and approved; and further resolved, that each of the Corporation's Authorized Officers, acting alone or with one or more Authorized Officers be, and hereby is, authorized and empowered to execute and deliver, and to cause the Corporation to incur and perform its obligations under, the DIP Credit Agreement and each of the instruments and documents listed below and all other agreements, documents and instruments contemplated by any of the foregoing or requested by the Administrative Agent in connection with any of the foregoing (together with the DIP Credit Agreement, the "Loan Documents"), and each of the documents and instruments contemplated thereby, in the name and on behalf of the Corporation under its seal or otherwise, substantially in the forms presented to the Board of Directors, with such changes therein and modifications and amendments thereto as any Authorized Officer may in his or her sole discretion approve, which approval shall be conclusively evidenced by his or her execution thereof:

a)  the Notes, if any;

b)  the DIP Orders;

c)  such other security agreements, pledge agreements, deeds of trust, mortgages, notices, financing statements, tax affidavits, and other instruments as the Administrative Agent or Lenders may reasonably request or as may be necessary or appropriate to create, preserve and perfect the Liens purported to be required pursuant to the Loan Documents to be created in the Collateral as collateral security for the payment of obligations, advances, debts or liabilities related to the Corporation's obligations;

d)  such agreements with third parties (including, without limitation, bank agency agreements, motor vehicle perfection agreements, lockbox agreements, blocked account agreements, control agreements, landlord agreements and warehouse letters) relating to the Collateral;

5

e)   the Loan Documents (as defined in the DIP Credit Agreement); and

f)   such other documents, agreements, instruments, certificates, notices, assignments and documents as may be reasonably requested by the Administrative Agent or Lenders or required by the DIP Credit Agreement or any other Loan Documents;

**FURTHER RESOLVED**, that the Corporation will receive value and obtain benefits from the incurrence of the Loans by the Borrower and the other obligations under the DIP Credit Agreement and the Loan Documents which are necessary and convenient to the conduct, promotion and attainment of the business of the Corporation; and

**FURTHER RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and empowered, in the name and on behalf of the Corporation, to grant a security interest in all of the Corporation's assets pursuant to the terms of the Loan Documents, including, without limitation, a pledge of all of the equity interests now owned or hereafter acquired by the Corporation to the Administrative Agent, and all personal and real property of the Corporation now owned or hereafter acquired by the Corporation, and the Administrative Agent is authorized to file or record financing statements and other filing or recording documents or instruments with respect to the Collateral without the signature of the Corporation in such form and in such offices as the Administrative Agent or any Authorized Officer determines appropriate or necessary to perfect the perfection of the security interests of the Administrative Agent under the DIP Credit Agreement and the other Loan Documents. Without limiting the generality of the foregoing, the Administrative Agent is expressly authorized to use a collateral description that encompasses "all assets" or "all personal property" of the Corporation, wheresoever located, whether now owned and existing or hereafter acquired, together with all proceeds thereof or any similar all assets description in any such financing statements or other filing or recording documents or instruments; and

**FURTHER RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and empowered, in the name and on behalf of the Corporation, to take all such further actions including, without limitation, to pay all fees and expenses in accordance with the terms of the Loan Documents, to arrange for and enter into supplemental agreements, amendments, instruments, certificates or documents relating to the transactions contemplated by the DIP Credit Agreement or any of the other Loan Documents and to execute and deliver all such supplemental agreements, amendments, instruments, certificates or documents in the name and on behalf of the Corporation, which shall in their sole judgment be necessary, proper or advisable in order to perform the Corporation's obligations under or in connection with the DIP Credit Agreement or any of the other Loan Documents and the transactions contemplated therein, and which necessity and advisability

shall be conclusively evidenced by such Authorized Officer's execution thereof, to carry out fully the intent of the foregoing resolutions; and

**FURTHER RESOLVED**, that the Authorized Officers be and hereby are authorized and empowered to take all actions or to not take any action in the name of the Corporation with respect to the transactions contemplated by these resolutions as the sole shareholder, partner, member, or managing member of each direct subsidiary of the Corporation, in each case, as such Authorized Officer shall deem necessary or desirable in such Authorized Officer's reasonable business judgment, including without limitation the authorization of resolutions and agreements necessary to authorize the execution, delivery and performance pursuant to the DIP Credit Agreement or any Loan Document (including affidavits, financing statements, notices, reaffirmations and amendments and restatements of existing documents) as may be necessary or convenient to effectuate the purposes of the transactions contemplated herein; and

**FURTHER RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and empowered to execute and deliver any amendments, amendment and restatements, supplements, modifications, renewals, extensions, replacements, consolidations, substitutions and extensions of the DIP Credit Agreement and any of the Loan Documents which shall in their sole judgment be necessary, proper or advisable; and

**FURTHER RESOLVED**, that all acts and actions taken by the Authorized Officers prior to the date hereof with respect to the transactions contemplated by the DIP Credit Agreement and any of the other Loan Documents be, and hereby are, in all respects confirmed, approved and ratified; and

**FURTHER RESOLVED**, that the capitalized terms used in the resolutions under the caption "SENIOR SECURED SUPERPRIORITY DEBTOR-IN-POSSESSION CREDIT, SECURITY AND GUARANTY AGREEMENT" and not otherwise defined herein shall have the meanings ascribed to such terms in the DIP Credit Agreement; and

## V.    Further Actions and Prior Actions

**FURTHER RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers and their designees shall be, and each of them hereby is, authorized, directed, and empowered, in the name of, and on behalf of, the Corporation and under its corporate seal or otherwise, to take or cause to be taken any and all such further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents, and to pay all expenses, including but not limited to filing fees, in each case as in such officer's or officers' judgment shall be necessary, advisable, or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and

7

**FURTHER RESOLVED**, that all members of the Board of Directors have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Corporation, or hereby waive any right to have received such notice; and

**FURTHER RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized, directed, and empowered in the name of, and on behalf of, the Corporation, to execute and deliver any amendments, supplements, modifications, renewals, replacements, consolidations, substitutions, and extensions of any of the Financing Documents or to do such other things which shall in their sole judgment be necessary, desirable, proper, or advisable to give effect to the foregoing resolutions, which determination shall be conclusively evidenced by his or their execution thereof; and

## VI.    General

**FURTHER RESOLVED**, that in order to fully carry out the intent and effectuate the purposes of the foregoing resolutions, the Board of Directors and each of the Authorized Officers are hereby authorized to take all such further action, and to execute and deliver all such further instruments and documents in the name and on behalf of the Corporation, and under its corporate seal or otherwise pay all such fees and expenses, which shall in his or her business judgment may be necessary, proper, or advisable.

\*      \*      \*      \*

8

**Fill in this information to identify the case:**

Debtor name    Horsehead Holding Corp., et al.

United States Bankruptcy Court for the: _____  District of    Delaware
                                                                            (State)
Case number (if known): _____

☐  Check if this is an
    amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders                                        12/15

A list of creditors holding the 50 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 50 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | U.S. BANK NATIONAL ASSOCIATION 100 WALL STREET, SUITE 1600 NEW YORK, NEW YORK 10005 ATTN:  GLOBAL CORPORATE TRUST SERVICES | Name:  Wally Jones Tel: 615-251-0733 Email:  wally.jones@usbank.com Fax:  615-251-0737 | 3.80% UNSECURED CONVERTIBLE NOTES | | | | $100,000,000.00 |
| 2 | U.S. BANK NATIONAL ASSOCIATION 100 WALL STREET, SUITE 1600 NEW YORK, NEW YORK 10005 ATTN:  GLOBAL CORPORATE TRUST SERVICES | Name:  Wally Jones Tel: 615-251-0733 Email:  wally.jones@usbank.com Fax:  615-251-0737 | 9.00% UNSECURED NOTES | | | | $40,000,000.00 |
| 3 | BANCO BILBAO VIZCAYA ARGENTARIA, S.A. STRUCTURED TRADE FINANCE SPAIN ADDRESS: CALLE VÍA DE LOS POBLADOS, S/N - 4TH FLOOR - 28033 MADRID (SPAIN) | Name:  ATTN: ANTONIO SIMÓN / ÓSCAR CASTRO SWIFT: BBVAESMM Tel: N/A Fax: +34 91-537-7811 Email: antonio.simon@bbva.com oscar.castro@bbva.com | LOAN | | | | $17,400,000.00 |
| 4 | HUDBAY MARKETING & SALES INC. 25 YORK STREET SUITE 800 TORONTO, ON  M5J 2V5 CANADA | Name: N.A Tel: N/A Email: info@hudbayminerals.com Fax: 416-362-7844 | TRADE VENDOR | | | | $8,524,762.17 |
| 5 | CCM COMMUNITY DEVELOPMENT IV LLC C/O CEI CAPITAL MANAGEMENT LLC TWO PORTLAND FISH PIER, SUITE 206 PORTLAND, ME 04101 | Name:  Janet C. McCaa, Esq. Address:  Johnson & McCaa LLC One City Center/11th Floor Portland, ME  04101 Tel: N/A Email: N/A Fax:  207-771-5588 | GUARANTY | | | | Up to $7,330,292.00 |

| Debtor | Horsehead Holding Corp., et al. | Case Number (if known) | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | BANC OF AMERICA CDE III, LLC BANK OF AMERICA COMMUNITY DEVELOPMENT BANKING GROUP 100 NORTH TRYON STREET, 11TH FLOOR CHARLOTTE, NORTH CAROLINA 28255 | Name: Robert L Mendenahll, Esq. Address: Mayer Brown LLP 241 N. Tryon Street, Suite 3800 Charlotte, NC 28202 Tel: N/A Email: rmendenhall@meyerbrown Fax: 704-377-2033 | GUARANTY | | | | Up to $6,880,000.00 |
| 7 | TECNICAS REUNIDAS, S.A. ARAPILES, 13, Floor 13 28015 MADRID ESPANA | Name: Gustavo Diaz Nogueira Tel: +34 91-409-9950 Email: gdiaz@trsa.es Fax:  +34 91-448-0456 | SETTLEMENT AGREEMENT | | | | $5,783,968.13 |
| 8 | MID-CONTINENT COAL & COKE CO. 20600 CHAGRIN BLVD. SUITE 850 CLEVELAND, OH  44122 | Name:  N.A Tel:  N/A Email:  N/A Fax:  216-283-4812 | TRADE VENDOR | | | | $1,907,366.01 |
| 9 | THOMPSON INDUSTRIAL SERVICES, LLC 104 N. MAIN SUMPTER, SC  29150 | Name:  N.A Tel:  N/A Email:  N/A Fax:  803-773-1955 | TRADE VENDOR | | | | $1,140,365.85 |
| 10 | C.H. ROBINSON WORLDWIDE INC. 14701 CHARLSON ROAD EDEN PRARIE, MN  55347 | Name:  N.A Tel:  N/A Email:  N/A Fax:  N/A | TRADE VENDOR | | | | $989,088.00 |
| 11 | INDUSTRIAL PIPING INC. 13504 SOUTH POINT BLVD. SUITE M CHARLOTTE, NC  28273 | Name:  N.A Tel:  704-588-1100 Email: bmc@bmcohio.com Fax: 704-588-5614 | TRADE VENDOR | | | | $855,678.27 |
| 12 | BETTER MANAGEMENT CORP 41738 ESTERLY DRIVE COLUMBIANA, OH  44408 | Name:  N.A Tel:  N/A Email: bmc@bmcohio.com Fax:  N/A | TRADE VENDOR | | | | $830,615.25 |
| 13 | CHEMICALS, INC. 270 OSBORNE DRIVE FAIRFIELD, OH 45014 | Name:  N.A Tel:  N/A Email: rm@chemicalsinc.com Fax:  N/A | TRADE VENDOR | | | | $622,587.59 |
| 14 | CLASSIC INDUSTRIAL SERVICES, INC. 456 HIGHLANDIA DRIVE BATON ROUGE, LA 70810 | Name:  N.A Tel:  N/A Email:  N/A Fax:  225-756-4667 | TRADE VENDOR | | | | $594,638.49 |

| Debtor | Horsehead Holding Corp., et al. | | Case Number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 15 | NORFOLK SOUTHERN RAILWAY CO. THREE COMMERCIAL PLACE NORFOLK, VA 23510 | Name: N.A Tel: N/A Email: N/A Fax: N/A | TRADE VENDOR | | | | $580,201.77 |
| 16 | CSX TRANSPORTATION, INC. 500 WATER STREET, 15TH FLOOR JACKSONVILLE, FL 32202 | Name: N.A Tel: N/A Email: N/A Fax: N/A | TRADE VENDOR | | | | $552,405.75 |
| 17 | CLARY HOOD INC. 150 CONWAY BLACK ROAD SPARTANBURG, SC 29307 | Name: N.A Tel: N/A Email: N/A Fax: 864-579-8882 | TRADE VENDOR | | | | $485,930.50 |
| 18 | SOUTHERN STATES CHEMICAL 118 E. 35TH STREET SAVANNAH, GA 31401 | Name: N.A Tel: N/A Email: N/A Fax: 910-762-1600 | TRADE VENDOR | | | | $466,717.85 |
| 19 | HATCH ASSOCIATES CONSULTING, INC 1600 WEST CARSON STREET GATEWAY VIEW PLAZA, SUITE 1 PITTSBURGH, PA 15219 | Name: Frank Porretta Tel: 905-403-3959 Email: fporretta@hatch.ca Fax: N/A | TRADE VENDOR | | | | $451,174.15 |
| 20 | FIRST STAFFING 650 S. JOHN BEN SHEPPERD PARKWAY ODESSA, TX 79761 | Name: N.A Tel: N/A Email: N/A Fax: 432-552-9442 | TRADE VENDOR | | | | $449,469.35 |
| 21 | SOCIETE GENERALE OPER/OTC/CMO/STL/ECD 170, PLACE HENRI REGNAULT 92400 PARIS LA DEFENSE 6 FRA – FRANCE | Name: Settlement BO Michael Pilato Jr. Ryan Connors Tel: (33) 1.58.98.53.53 (33) 1.46.92.46.57 212-278-7698 212-278-2076 212-278-7619 212-278-2076 Email: Commo.settlement@sgcib.com Michael.Pilato-Jr@sgcib.com Ryan-J.Connors@sgcib.com Fax: N/A | CONTRACT COUNTERPARTY | | | | $443,675.00 |
| 22 | ELDECO 5751 AUGUSTA ROAD GREENVILLE, SC 29605 | Name: N.A Tel: N/A Email: info@eldecoinc.com Fax: N/A | TRADE VENDOR | | | | $393,709.56 |
| 23 | POWERS COAL & COKE 4807 ROCKSIDE RD. #240 INDEPENDENCE, OH 44131 | Name: N.A Tel: N/A Email: N/A Fax: N/A | TRADE VENDOR | | | | $328,420.02 |

Debtor    <u>Horsehead Holding Corp., et al.</u>                    Case Number (if known) _____
                   Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 24  INTEGRITY CONSTRUCTION & GRADING, LLC 1223 MONTGOMERY DRIVE CHESNEE, SC 29323 | Name: N.A Tel: N/A Email: N/A Fax: N/A | TRADE VENDOR | | | | $326,931.01 |
| 25  INDUSTRY SERVICES CO., INC. 6265 RANGELINE RD. THEODORE, AL 36582 | Name: Shawn Hunter Tel: N/A Email: Madkison@industrysci.com Fax: N/A | TRADE VENDOR | | | | $314,347.65 |
| 26  TOPCOR AUGUSTA LLC 3977 GOSHEN INDUSTRIAL BLVD. AUGUSTA, GA 30906 | Name: N.A Tel: N/A Email: N/A Fax: N/A | TRADE VENDOR | | | | $297,078.09 |
| 27  MAYCO HOLDINGS 1031 EAST 103RD STREET CHICAGO, IL 60628 | Name: N.A Tel: N/A Email: N/A Fax: N/A | TRADE VENDOR | | | | $285,923.00 |
| 28  TENCARVA MACHINERY CO. 1115 PLEASANT RIDGE ROAD GREENSBORO, NC 27409 | Name: N.A Tel: N/A Email: N/A Fax: 336-665-9585 | TRADE VENDOR | | | | $272,063.43 |
| 29  PAGE E.T.C., INC. 2758 TROMBLEY RD. WEEDSPORT, NY 13166 | Name: N.A Tel: N/A Email: N/A Fax: N/A | TRADE VENDOR | | | | $265,620.84 |
| 30  CAROPLAST, INC. 8912 WILKINSON BLVD. CHARLOTTE, NC 28214 | Name: N.A Tel: N/A Email: N/A Fax: 704-394-2201 | TRADE VENDOR | | | | $253,459.49 |
| 31  G E RAILCAR SERVICES C/O WELLS FARGO RAIL ONE O'HARE CENTER 6250 RIVER ROAD, SUITE 5000 | Name: N.A Tel: N/A Email: N/A Fax: N/A | TRADE VENDOR | | | | $251,075.00 |
| 32  LIMPACT INTERNATIONAL LTD 569 D'ARCY STREET COBOURG, ON  K9A 4K5 CANADA | Name: N.A Tel: N/A Email: N/A Fax: 905-373-4440 | TRADE VENDOR | | | | $238,352.00 |
| 33  EBLEN, WILMA J, TRUSTEE ROANE COUNTY 200 E. RACE STREET, SUITE 4 P.O. BOX 296 KINGSTON, TN 37763 | Name: N.A Tel: 865-376-9114 Email: N/A Fax: N/A | TRADE VENDOR | | | | $233,577.00 |

Debtor    __Horsehead Holding Corp., et al.__         Case Number (if known)   _____
                Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 34 | ENCOTECH (CARBON SER. & EQUIPMENT CO.) P.O. BOX 618102 ORLANDO, FL  32861 | Name: N.A Tel: N/A Email: jbelmore@carbonservice.com Fax:  407-313-9114 | TRADE VENDOR | | | | $223,812.00 |
| 35 | TINDALL CORPORATION 2273 HAYNE STREET SPARTANBURG, SC  29301 | Name: N.A Tel:  N/A Email:  N/A Fax:  864-595-3344 | TRADE VENDOR | | | | $223,008.69 |
| 36 | O.B.I. LINING INC 411 PATRICK LN CHOCOWINITY, NC  27817 | Name: N.A Tel:  N/A Email:  N/A Fax:  N/A | TRADE VENDOR | | | | $221,187.75 |
| 37 | SRE INC. 1006 NASH COURT MARTINSBURG, WV  25401 | Name: N.A Tel:  N/A Email:  canderson@sreinc.us Fax:  N/A | TRADE VENDOR | | | | $215,747.74 |
| 38 | ENVIROSAFE SERVICES OF OHIO, INC. 876 OTTER CREEK RD. OREGON, OH  43616 | Name: N.A Tel:  N/A Email:  N/A Fax:  N/A | TRADE VENDOR | | | | $213,886.67 |
| 39 | GARDNER DENVER NASH, C/O E.W. KLEIN 314 W. WIEUCA ROAD, NE ATLANTA, GA  30342 | Name: N.A Tel:  N/A Email:  info@ewklein.com Fax:  404-256-3471 | TRADE VENDOR | | | | $200,548.95 |
| 40 | J.T. THORPE & SON 1060 HENSLEY STREET RICHMOND, CA  94801 | Name: N.A Tel:  N/A Email:  N/A Fax:  N/A | TRADE VENDOR | | | | $197,020.56 |
| 41 | PRESS RENTALS 5105 PIERCE CT. EVANS, GA  30809 | Name: N.A Tel:  N/A Email:  N/A Fax:  N/A | TRADE VENDOR | | | | $194,046.10 |
| 42 | WATER DYNAMICS INC. (FRMLY D&L TECHN.) 4644 W JENNIFER AVE. #108 FRESNO, CA  93722 | Name: N.A Tel:  N/A Email:  N/A Fax:  N/A | TRADE VENDOR | | | | $188,434.60 |
| 43 | CHEMALLOY COMPANY INC 996 E. RAILROAD AVE. BRYN MAWR, PA  19010 | Name: N.A Tel:  N/A Email:  N/A Fax:  N/A | TRADE VENDOR | | | | $180,625.80 |

| Debtor | Horsehead Holding Corp., et al. | Case Number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 44 | TERRA FIRST, LLC 340 NE 11TH STREET VERNON, AL  35592 | Name:  N.A Tel:  N/A Email:  N/A Fax:  N/A | TRADE VENDOR | | | | $176,000.00 |
| 45 | CARMEUSE LIME & STONE, INC. 11 STANWIX STREET, 21ST FLOOR PITTSBURGH, PA  15222 | Name:  N.A Tel:  N/A Email: info@carmeusena.com Fax:  N/A | TRADE VENDOR | | | | $172,382.59 |
| 46 | LINDE LLC 810 E. ROMEO RD. ROMEOVILLE, IL  60446 | Name:  N.A Tel:  N/A Email:  N/A Fax:  N/A | TRADE VENDOR | | | | $166,746.44 |
| 47 | F.S. SPERRY CO., INC. 1907 VANDERHORN DRIVE MEMPHIS, TN  38134 | Name:  Beverly Lambert Tel:  N/A Email:  N/A Fax:  901-373-9360 | TRADE VENDOR | | | | $162,073.70 |
| 48 | MOTION INDUSTRIES 1605 ALTON ROAD BIRMINGHAM, AL  39210 | Name:  N.A Tel:  800-526-9328 Email:  N/A Fax:  N/A | TRADE VENDOR | | | | $153,074.00 |
| 49 | REXEL 14951 DALLAS PARKWAY DALLAS, TX  75254 | Name:  N.A Tel:  972-387-3600 Email:  N/A Fax:  N/A | TRADE VENDOR | | | | $144,680.87 |
| 50 | SPESIA AYERS RE: JOEL ADAMS 1415 BLACK ROAD JOLIET, IL  60432 | Name:  N.A Tel:  (815)726-4311 Email:  N/A Fax:  484-395-4001 | LITIGATION | UNLIQUIDATED | | | |

Fill in this information to identify the case and this filing:

Debtor Name          Horsehead Holding Corp.

United States Bankruptcy Court for the:          District of Delaware
                                                 (State)

Case number (If known):

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐  *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐  *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐  *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐  *Schedule H: Codebtors (Official Form 206H)*

☐  *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐  Amended Schedule

☒  *Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on

2/2 2016
MM/ DD/YYYY

☒  _R. D. E._
Signature of individual signing on behalf of debtor

Robert D. Scherich
Printed name

Vice President and Chief Financial Officer
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                    )    Chapter 11
                                          )
HORSEHEAD HOLDING CORP.,                  )    Case No. 16-_____ (___)
                                          )
                        Debtor.           )
                                          )

## LIST OF EQUITY SECURITY HOLDERS[1]

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Common Stock Held |
|---|---|---|---|
| Horsehead Holding Corp. | HOTCHKIS & WILEY CAPITAL MGMT | 300 FIGUEROA ST #3900 LOS ANGELES, CA 90017 | 9.57% |
| | GREYWOLF CAPITAL MANAGEMENT LP | 299 PARK AVENUE NEW YORK, NY 10171 | 8.69% |
| | VANGUARD GROUP INC | 455 DEEVON PARK DRIVE WAYNE, PA 19807-1815 | 6.44% |
| | DALAL STREET LLC | 1220 ROOSEVELT SUITE 200 IRVINE, CA 92620 | 4.40% |
| | DIMENSIONAL FUND ADVISORS LP | 6300 BEE CAVE ROAD, BUILDING ONE AUSTIN, TX 78746 | 4.01% |
| | STATE STREET CORP | ONE LINCOLN STREET BOSTON, MA 02111 | 2.78% |
| | BLACKROCK INSTITUTIONAL TRUST | 400 HOWARD STREET SAN FRANCISCO, CA 94105 | 2.54% |
| | BLACKROCK FUND ADVISORS | 400 HOWARD STREET SAN FRANCISCO, CA 94105 | 2.45% |
| | SCHRODER INVESTMENT MGMT LTD | 31 GRESHAM STREET LONDON EC2V 7QA UNITED KINGDOM | 2.40% |
| | AQUAMARINE CAPITAL MANAGEMENT | 1345 AVENUE OF THE AMERICAS 2ND FLOOR NEW YORK, NY 10105 | 2.28% |
| | CALIFORNIA PUBLIC EMP - CALPERS | 400 Q STREET SACRAMENTO, CA 95811 | 1.93% |

---

[1]    This list serves as the disclosure required to be made by the debtor pursuant to rule 1007(a)(2) of the Federal Rules of Bankruptcy Procedure.  All equity positions listed are as of December 31, 2015.

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Common Stock Held |
|---|---|---|---|
| | THRIVENT FINANCIAL FOR LUTHERANS | 12900 FOSTER ST # 180 OVERLAND PARK, KS  66213 | 1.81% |
| | RENAISSANCE TECHNOLOGIES CORP | 800  THIRD AVENUE NEW YORK, NY  10022 | 1.74% |
| | ROYCE AND ASSOCIATES LLC | 745 FIFTH AVENUE NEW YORK, NY  10151 | 1.72% |
| | NORTHERN TRUST CORPORATION | 50 S LASALLE ST CHICAGO, IL  60603 | 1.67% |
| | MOTLEY FOOL ASSET MANAGEMENT LLC | 2000 DUKE STREET SUITE 175 ALEXANDRIA, VA  22314-6101 | 1.56% |
| | FRONTIER CAPITAL MANAGEMENT COMPANY | 99 SUMMER STREET BOSTON, MA  02110 | 1.56% |
| | NORTHWESTERN MUTUAL LIFE INSURANCE | 720 EAST WISCONSIN AVENUE MILWAUKEE, WI  53202 | 1.10% |
| | NORTHWESTERN MUTUAL LIFE INSURANCE | 720 EAST WISCONSIN AVENUE MILWAUKEE, WI  53202 | 1.10% |
| | JUPITER ASSET MANAGEMENT LTD | 1 GROSVENOR PLACE LONDON  SWIX 7JJ X0 0000 UNITED KINGDOM | 1.05% |
| | DEUTSCHE BANK AG | 60 WALL STREET MAIL STOP NYC60-3712 NEW YORK, NY  10005-2536 | 1.02% |
| | LOOMIS SAYLES & COMPANY LP | ONE FINANCIAL CENTER 27TH FLOOR BOSTON, MA  02111 | <1.00% |
| | AMERICAN BEACON ADVISORS | 220 EAST LAS COLINAS BLVD SUITE 120 IRVING, TX  75039-5500 | <1.00% |
| | HENSLER JAMES M | REDACTED | <1.00% |
| | GEODE CAPITAL MANAGEMENT LLC | ONE POST OFFICE SQUARE 20TH FLOOR BOSTON, MA  02109 | <1.00% |
| | FIDELITY MANAGEMENT & RESEARCH | 82 DEVONSHIRE ST BOSTON, MA  02109 | <1.00% |

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Common Stock Held |
|---|---|---|---|
| | TREXQUANT INVESTMENT LP | 300 FIRST STAMFORD PLACE THIRD FLOOR EAST STAMFORD, CT  06902 | <1.00% |
| | MOTLEY FOOL WEALTH MANAGEMENT LLP | 2000 DUKE STREET SUITE 175 ALEXANDRIA, VA  22314 | <1.00% |
| | IVY INVESTMENT MANAGEMENT | 6300 LAMAR AVENUE OVERLAND PARK, KS  66202 | <1.00% |
| | KORNITZER CAPITAL MANAGEMENT INC | 5420 WEST 61ST PLACE SHAWNEE MISSION, KS 66205-3084 | <1.00% |
| | PUTNAM INVESTMENTS LLC | ONE POST OFFICE SQUARE BOSTON, MA  02109 | <1.00% |
| | MORGAN STANLEY SMITH BARNEY LLC | 2000 WESTCHESTER AVENUE PURCHASE, NY  10577-2530 | <1.00% |
| | D. E. SHAW & COMPANY LP | 1166 AVENUE OF THE AMERICAS 9TH FLOOR NEW YORK, NY  10036 | <1.00% |
| | ZWJ INVESTMENT COUNSEL INC | 75 14TH STREET NE SUITE 2900 ATLANTA, GA  30309-7604 | <1.00% |
| | CLEARBRIDGE INVESTMENTS LLC | 620 8TH AVENUE NEW YORK, NY  10018 | <1.00% |
| | HUNTER ASSOCIATES INC | 436 SEVENTH AVENUE KOPPERS BUILDING FIFTH FLOOR PITTSBURGH, PA  15219-1818 | <1.00% |
| | TWO SIGMA INVESTMENTS LLC | 100 AVENUE OF THE AMERICAS 16TH FLOOR NEW YORK, NY  10013-1689 | <1.00% |
| | FIRST WILSHIRE SECURITIES MNGT | 1214 EAST GREEN STREET SUITE 104 PASADENA, CA  91106-3171 | <1.00% |
| | SCHOELLERBANK INVEST AG | STERNECKSTRASSE 5 A-5024 SALZBURG, AUSTRIA | <1.00% |
| | BLACKROCK INVESTMENT MGMT LLC | 1 UNIVERSITY SQUARE DRIVE PRINCETON, NJ  08540 | <1.00% |

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Common Stock Held |
|---|---|---|---|
| | TIME WARNER CABLE INC | 60 COLUMBUS CIRCLE 17TH FLOOR NEW YORK, NY  10023 | <1.00% |
| | SUSQUEHANNA INTERNATIONAL GROUP | 401 CITY AVENUE SUITE 220 BALA CYNWYD, PA  19004 | <1.00% |
| | BANK OF NEW YORK MELLON CORP | ONE WALL STREET NEW YORK, NY  10286 | <1.00% |
| | PSG COLLECTIVE INVESTMENTS LTD | 4TH FLOOR THE EDGE 3 HOWICK CLOSE TYGER WATERFRONT BELLVILLE 7530 | <1.00% |
| | SANLAM COLLECTIVE INVESTMENTS | SANLAM HEAD OFFICE 2 STRAND ROAD BELLVILLE, SOUTH AFRICA | <1.00% |
| | TIAA CREF INVESTMENT MANAGEMENT | 730 THIRD AVE 12TH FLR NEW YORK, NY  10017-3206 | <1.00% |
| | CUBIST SYSTEMATIC STRATEGIES LLC | 72 CUMMINGS POINT ROAD STAMFORD, CT  06902 | <1.00% |
| | CREDIT SUISSE AG | 11 MADISON AVENUE NEW YORK, NY  10010 | <1.00% |
| | CHARLES SCHWAB INVESTMENT MGMT | BINGHAM MCCUTCHEN LLP THREE EMBARCADERO CENTER SAN FRANCISCO, CA  94111 | <1.00% |
| | SCHERICH ROBERT D | REDACTED | <1.00% |
| | IRONWOOD INVESTMENT MANAGEMENT | 200 STATE STREET 4TH FLR BOSTON, MA  02109 | <1.00% |
| | ROYAL BANK OF CANADA | KATTEN MUCHIN ROSENMAN LLP 525 W. MONROE STREET CHICAGO, IL  60661 | <1.00% |
| | BMO GLOBAL ASSET MANAGEMENT | 115 SOUTH LASALLE STREET 11TH FLOOR CHICAGO, IL  60603 | <1.00% |
| | ROYAL CAPITAL MANAGEMENT LLC | 900 THIRD AVENUE 11TH FLOOR NEW YORK, NY  10022 | <1.00% |

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Common Stock Held |
|---|---|---|---|
| | CITADEL ADVISORS LLC | 131 SOUTH DEARBORN STREET CHICAGO, IL  60603 | <1.00% |
| | EDGEMOOR INVESTMENT ADVISORS INC | 7250 WOODMONT AVENUE SUITE 315 BETHESDA, MD  20814 | <1.00% |
| | NATIONWIDE FUND ADVISORS | 1000 CONTINENTAL DRIVE SUITE 400 KING OF PRUSSIA, PA 19406 | <1.00% |
| | WADDELL & REED FINANCIAL INC | 3625 DEL AMO BLVD, SUITE 360 TORRANCE, CA  90503 | <1.00% |
| | VALUE ASSET MANAGEMENT/GERMANY | ARABESQUE (DEUTSCHLAND) GMBH ZEPPELINALLEE 15 60325 FRANKFURT, GERMANY | <1.00% |
| | CALIFORNIA STATE TEACHERS RETIRE | POST OFFICE BOX 15275 SACRAMENTO, CA  95851-0275 | <1.00% |
| | MEEHAN MUTUAL FUNDS INC | 7250 WOODMONT AVENUE SUITE 315 BETHESDA, MD 20814 | <1.00% |
| | LEE DANNER & BASS INC | 3100 WEST END AVENUE SUITE 1250 NASHVILLE, TN 37203 | <1.00% |
| | SHILLING JACK W | REDACTED | <1.00% |
| | TEACHERS ADVISORS INC | 730 THIRD AVE, 12TH FLOOR NEW YORK, NY  10017 | <1.00% |
| | PRUDENTIAL RETIREMENT INS & ANNUITY COMPANY | 751 BROAD STREET NEWARK, NJ  07102 | <1.00% |
| | MASSACHUSETTS FINANCIAL SERVICES | 111 HUNTINGTON AVE BOSTON, MA  02199 | <1.00% |
| | JOHN T GRANT | REDACTED | <1.00% |
| | SWISS NATIONAL BANK | BOERSENSTRASSE 15 P.O. BOX 2800 ZURICH  V8 CH-8022 SWITZERLAND | <1.00% |

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Common Stock Held |
|---|---|---|---|
| | MRAZ, AMERINE & ASSOCIATES INC | 1120 13TH STREET SUITE K MODESTO, CA 95354 | <1.00% |
| | VAN RODEN JR JOHN C | REDACTED | <1.00% |
| | GROUP ONE TRADING LP | 440 S LASALLE STREET SUITE 3232 CHICAGO, IL 60605 | <1.00% |
| | RHUMBLINE ADVISERS | 265 FRANKLIN STREET, 21ST FLOOR BOSTON, MA 02110 | <1.00% |
| | COMMONWEALTH EQUITY SERVICES | 29 SAWYER ROAD WALTHAM, MA 02453 | <1.00% |
| | TUDOR INVESTMENT CORPORATION | 1275 KING STREET GREENWICH, CT 06831 | <1.00% |
| | WHITAKER GARY R | REDACTED | <1.00% |
| | BANK OF MONTREAL /CAN/ | 1 FIRST CANADIAN PLACE TORONTO A6 M5X 1A1 CANADA | <1.00% |
| | WELLINGTON MANAGEMENT GROUP LLP | 280 CONGRESS STREET BOSTON, MA 02210 | <1.00% |
| | M FINANCIAL INVESTMENT ADVISERS INC | M FINANCIALPLAZA 1125 NW COUCH STREET SUITE 900 PORTLAND, OR 97209 | <1.00% |
| | ALLIANCE BERNSTEIN LP | 1345 AVE OF THE AMERICAS NEW YORK, NY 10105 | <1.00% |
| | GW CAPITAL MANAGEMENT LLC | 8515 EAST ORCHARD RD GREENWOOD VILLAGE, CO 80111 | <1.00% |
| | SCHREIBER JR GEORGE A | REDACTED | <1.00% |
| | NEW YORK STATE COMMON RETIREMENT | OFFICE OF THE STATE COMPTROLLER 14TH FLOOR, 110 STATE STREET ALBANY, NY 12236 | <1.00% |
| | INVESCO LTD | 1555 PEACHTREE STREET NE SUITE 1800 ATLANTA, GA 30309 | <1.00% |

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Common Stock Held |
|---|---|---|---|
| | LEVIN CAPITAL STRATEGIES LP | 595 MADISON AVENUE 17TH FLOOR NEW YORK, NY 10022-1907 | <1.00% |
| | HIGHTOWER ADVISORS LLC | 200 W. MADISON ST. SUITE 2500 CHICAGO, IL 60606 | <1.00% |
| | SOUTH TEXAS MONEY MANAGEMENT LTD | 700 N. ST. MARY'S STREET SUITE 100 SAN ANOTNIO, TX 78205 | <1.00% |
| | METROPOLITAN LIFE INSURANCE CO | 200 PARK AVENUE NEW YORK, NY 10166 | <1.00% |
| | FLORIDA STATE BOARD OF ADMINISTR | 1801 HERMITAGE BOULEVARD TALLAHASSEE, FL 32308 | <1.00% |
| | BLACKROCK ADVISORS LLC | 100 BELLEVUE PARKWAY WILMINGTON, DE 19809 | <1.00% |
| | PERIMETER CAPITAL PARTNERS LLC | 6 CONCOURSE PARKWAY SUITE 3300 ATLANTA, GA 30328 | <1.00% |
| | AMERICAN INTERNATIONAL GROUP INC | 175 WATER STREET NEW YORK, NY 10038 | <1.00% |
| | VALIC CO I | 2929 ALLEN PARKWAY A8-10 C/O VARIABLE ANNUITY LIFE INSURANCE CO HOUSTON, TX 77019 | <1.00% |
| | VOYA INVESTMENT MANAGEMENT LLC | 230 PARK AVENUE NEW YORK, NY 10169 | <1.00% |
| | UBS GLOBAL ASSET MGMT AMERICA | 1285 AVENUE OF THE AMERICAS NEW YORK, NY 10019 | <1.00% |
| | APERIO GROUP LLC | THREE HARBOR DRIVE SUITE 315 SAUSALITO, CA 94965 | <1.00% |
| | MINNESOTA LIFE INS COMPANY | 400 ROBERTS ST NORTH C/O MINNESOTA LIFE ST. PAUL, MN 55423 | <1.00% |
| | MILLENNIUM MANAGEMENT LLC | 666 FIFTH AVENUE NEW YORK, NY 10103 | <1.00% |
| | GREAT WEST LIFE ASSURANCE CO | 100 OSBOURNE STREET NORTH WINNIPEG, MB R3C 3A5 CANADA | <1.00% |

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Common Stock Held |
|---|---|---|---|
| | AVENIR CORPORATION | 1775 PENNSYLVANIA AVE NW SUITE 650 WASHINGTON, DC 20006 | <1.00% |
| | TIMBER HILL LLC | ONE PICKWICK PLAZA SUITE 200 GREENWICH, CT 06830 | <1.00% |
| | MOORS & CABOT INC | 111 DEVONSHIRE STREET BOSTON, MA 02109 | <1.00% |
| | HL FINANCIAL SERVICES LLC | 500 WEST JEFFERSON STREET SUITE 700 LOUISVILLE, KY 40202 | <1.00% |
| | VALUE LINE SECURITIES INC N/K/A EULAV SECURITIES, INC. | 220 EAST 42ND STREET NEW YORK, NY 10017 | <1.00% |
| | LPL FINANCIAL CORP | 75 STATE STREET 22ND FLOOR BOSTON, MA 02109 | <1.00% |
| | STATE FARM INSURANCE COMPANIES | ONE STATE FARM PLAZA BLOOMINGTON, IL 61610-0001 | <1.00% |
| | FRANK RUSSELL TRUST COMPANY | 909 A STREET TACOMA, WA 98402 | <1.00% |
| | TOCQUEVILLE ASSET MANAGEMENT LP | 40 WEST 57TH STREET 19TH FLOOR NEW YORK, NY 10019 | <1.00% |
| | PARAMETRIC PORTFOLIO ASSOCIATES | 1918 EIGHTH AVENUE SUITE 3100 SEATTLE, WA 98101 | <1.00% |
| | GUGGENHEIM FUNDS DISTRIBUTORS INC | 227 WEST MONROE STREET 7TH FLOOR CHICAGO, IL 60606 | <1.00% |
| | MANULIFE ASSET MANAGEMENT (US) LLC | 197 CLARENDON ST BOSTON, MA 02109 | <1.00% |
| | BLACKROCK INC | 55 EAST 52ND STREET NEW YORK, NY 10055 | <1.00% |
| | A.R.T. ADVISORS LLC | 500 PARK AVENUE NEW YORK, NY 10022 | <1.00% |
| | T ROWE PRICE ASSOCIATES | 100 EAST PRATT STREET BALTIMORE, MD 21202 | <1.00% |

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Common Stock Held |
|--------|----------------|--------------------------|--------------------------------|
|  | KCG HOLDINGS INC | 545 WASHINGTON BLVD. JERSEY CITY, NJ 07310 | <1.00% |
|  | WFC HOLDINGS CORP | 420 MONTGOMERY STREET SAN FRANCISCO, CA 94104 | <1.00% |
|  | PARKWOOD LLC | 1551 N TUSTIN AVENUE SUITE 650 SANTA ANA, CA 87788-87348 | <1.00% |
|  | FIRST MERCANTILE TRUST CO | 57 GERMANTOWN COURT STE 400 CORDOVA, TN 38018 | <1.00% |
|  | STONETRUST COMMERCIAL INS CO | 5615 CORPORATE BLVD. SUITE 700 BATON ROUGE, LA 70808 | <1.00% |
|  | MANULIFE ASSET MGMT (NORTH AMER) | 200 BLOOR STREET EAST, NORTH TOWER TORONTO, ON M4W 1E5 CANADA | <1.00% |
|  | SG AMERICAS SECURITIES LLC | 245 PARK AVENUE NEW YORK, NY 10167 | <1.00% |
|  | BELLEVUE FINANCIAL, INC | 10811 MAIN STREET BELLEVUE, WA 98004 | <1.00% |
|  | GSA CAPITAL PARTNERS LLP | STRATTON HOUSE 5 STRATTON STREET LONDON W1J 8LA UNITED KINGDOM | <1.00% |
|  | SA FUNDS | 10 ALMADEN BLVD 15TH FLOOR SAN JOSE, CA 95113 | <1.00% |
|  | BNP PARIBAS ARBITRAGE SA | 787 SEVENTH AVENUE NEW YORK, NY 10019 | <1.00% |
|  | BLACKROCK GROUP LIMITED | 33 KING WILLIAM STREET LONDON, EC4R 9AS UNITED KINGDOM | <1.00% |
|  | BRAVE ASSET MANAGEMENT INC | 47 SUMMIT AVE SUMMIT, NJ 07901 | <1.00% |
|  | ALLIANZ OF AMERICA | 55 GREENS FARMS ROAD WESTPORT, CT 06881-5160 | <1.00% |
|  | VANTAGEPOINT INVESTMENT ADVISORS | 777 NORTH CAPITOL STREET N.E. SUITE 600 WASHINGTON, DC 20002-4240 | <1.00% |

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Common Stock Held |
|---|---|---|---|
| | INVESTORS CAPITAL ADVISORY SVCS | 6 KIMBALL LANE LYNNFIELD, MA  01940 | <1.00% |
| | USAA INVESTMENT MANAGEMENT CO | 9800 FREDERICKSBURG ROAD SAN ANTONIO, TX  78288-0227 | <1.00% |
| | VERICIMETRY ADVISORS LLC | 790 E. COLORADO BLVD. 9TH FLOOR PASADENA, CA  91101 | <1.00% |
| | MASSACHUSETTS MUT LIFE INS CO | 100 BRIGHT MEADOW BOULEVARD, LAW DIVISION ENFIELD, CT  06082-1981 | <1.00% |
| | BROOKFIELD ASSET MGMT INC | BROOKFIELD PLACE 250 VESEY STREET 15TH FLOOR NEW YORK, NY  10281-1023 | <1.00% |
| | WELLS FARGO ADVISORS LLC | ONE NORTH JEFFERSON AVENUE H0006-028 ST. LOUIS, MO  63103-2205 | <1.00% |
| | PARADIGM ASSET MANAGEMENT CO LLC | 445 HAMILTON AVENUE, FLOOR 12 ROOM 1203 WHITE PLAINS, NY  10601 | <1.00% |
| | UBS GROUP AG | BAHNHOFSTRASSE 45 ZURICH  V8 CH-8001 SWITZERLAND | <1.00% |
| | TOWER RESEARCH CAPITAL LLC | 377 BROADWAY, 11TH FLOOR NEW YORK, NY  10013 | <1.00% |
| | LEGAL & GENERAL GROUP PLC | ONE COLEMAN STREET LONDON  X0 EC2R 5AA UNITED KINGDOM | <1.00% |
| | SEI INVESTMENTS FUND MANAGEMENT | ONE FREEDOM VALLEY DR OAKS, PA  19456 | <1.00% |
| | TEXAS TEACHER RETIREMENT SYSTEM | 1000 RED RIVER STREET AUSTIN, TX  78701-2698 | <1.00% |
| | UNITED OF OMAHA LIFE INS CO | MUTUAL OF OMAHA PLAZA OMAHA, NE  68175 | <1.00% |
| | PROSHARE ADVISORS LLC | 7501 WISCONSIN AVENUE SUITE 1000E BETHESDA, MD  20814-6527 | <1.00% |

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Common Stock Held |
|---|---|---|---|
| | UBS FUND MANAGEMENT SWITZERLAND | AESCHENPLATZ 6 PO BOX CH-4002 BASEL, SWITZERLAND | <1.00% |
| | HARTFORD LIFE INSURANCE COMPANY | ONE HARTFORD PLAZA HARTFORD, CT  06155 | <1.00% |
| | CITIGROUP INCORPORATED | 399 PARK AVENUE NEW YORK, NY  10043 | <1.00% |
| | BROOKFIELD INVESTMENT MANAGEMENT | BROOKFIELD PLACE 250 VESEY STREET 15TH FLOOR NEW YORK, NY  10281-1023 | <1.00% |
| | MUTUAL OF AMERICA CAPITAL MGMT | 320 PARK AVENUE NEW YORK, NY  10022-6839 | <1.00% |
| | BANK OF AMERICA CORPORATION | CORPORATE CENTER 100 N TRYON STREET CHARLOTTE, NY  28255 | <1.00% |
| | PRUDENTIAL INSURANCE CO OF AMERICA | 751 BROAD STREET NEWARK, NJ  07102-3777 | <1.00% |
| | SUMMIT INVESTMENT PARTNERS INC | 312 WALNUT STREET SUITE 2500 CINCINNATI, OH  45202-4025 | <1.00% |
| | CALLAN ASSOCIATES INC | 600 MONTGOMERY STREET SUITE 800 SAN FRANCISCO, CA  94111 | <1.00% |
| | CSS LLC | 175 WEST JACKSON SUITE 440 CHICAGO, IL  60604 | <1.00% |
| | PROFUND ADVISORS LLC | 7501 WISCONSIN AVENUE SUITE 1000E BETHESDA, MD  20814-6527 | <1.00% |
| | NUVEEN FUND ADVISORS | 333 WEST WACKER DRIVE CHICAGO, IL  60606 | <1.00% |
| | CREATIVE PLANNING | 3400 COLLEGE BLVD LEAWOOD, KS  66211 | <1.00% |
| | OLD MUTUAL INVESTMENT MANAGEMENT | 200 CLARENDON STREET 53RD FLOOR BOSTON, MA  02116 | <1.00% |
| | IRISH LIFE INVESTMENT MANAGERS LIMITED | BERESFORD COURT BERESFORD PLACE DUBLIN 1 IRELAND | <1.00% |

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Common Stock Held |
|---|---|---|---|
| | GIERLS AUGUSTINE INVESTMENT MANAGEMENT INC. | 344 NORTH PIKE RD SARVER, PA 16055 | <1.00% |
| | VANGUARD INVESTMENTS AUSTRALIA | LEVEL 34 FRESHWATER PLACE 2 SOUTHBANK BLVD. SOUTHBANK, VIC  3006 AUSTRALIA | <1.00% |
| | RBC CAPITAL MARKETS LLC | 3 WORLD FINANCIAL CENTER 200 VESEY STREET NEW YORK, IL  10281 | <1.00% |
| | BARCLAYS PLC | 1 CHURCHILL PLACE LONDON  E14 5HP UNITED KINGDOM | <1.00% |
| | OLIVE STREET INVESTMENT ADVISORS | 12555 MANCHESTER ROAD ST. LOUIS, MO  63131 | <1.00% |
| | CIBC SECURITIES INC | 800 BAY STREET 5TH FLOOR TORONTO, ON  M5S 3A9 CANADA | <1.00% |
| | PADCO ADVISORS INC | 9601 BLACKWELL ROAD STE 500 ROCKVILLE, MD  20850 | <1.00% |
| | TEACHERS INS & ANNUITY ASSOC | 8500 ANDREW CARNEGIE BLVD. CHARLOTTE, NC  28262 | <1.00% |
| | CORDASCO FINANCIAL NETWORK | THREE LOGAN SQUARE 1717 ARCH STREET 39TH FLOOR PHILADELPHIA, PA  19103 | <1.00% |
| | RBC CAPITAL MARKETS ARBITRAGE | 3 WORLD FINANCIAL CENTER 200 VESEY STREET 14TH FLOOR NEW YORK, NY  10281 | <1.00% |
| | AMERICAN FAMILY MUTUAL INSURANCE | 6000 AMERICAN PARKWAY MADISON, WI  53783 | <1.00% |
| | GE ASSET MANAGEMENT | THE ARK 201 TALGARTH ROAD HAMMERSMITH LONDON  W6 8BJ UNITED KINGDOM | <1.00% |

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Common Stock Held |
|---|---|---|---|
| | MORGAN STANLEY & CO LLC | 1585 BROADWAY<br>NEW YORK, NY  10036-8293 | <1.00% |
| | PARAMOUNT HEALTH CARE | 1901 INDIAN WOOD CIRCLE<br>MAUMEE, OH  43537 | <1.00% |
| | SUNBELT SECURITIES INC | 5065 WESTHEIMER<br>SUITE 600<br>HOUSTON, TX  77056 | <1.00% |
| | US BANCORP | 60 LIVINGSTON AVENUE<br>EP-MN-WN3C<br>SAINT PAUL, MN  55107 | <1.00% |
| | PNC FINANCIAL SERVICES GROUP INC | 249 FIFTH AVENUE<br>ONE PNC PLAZA<br>21ST FLOOR<br>PITTSBURGH, PA  15222-2707 | <1.00% |
| | MEDICA HEALTH PLANS, INC | 401 CARLSON PARKWAY<br>MINNETONKA, MN 55305 | <1.00% |
| | SEI TRUST CO | 1 FREEDOM VALLEY DRIVE<br>OAKS, PA  19456 | <1.00% |
| | CONNECTICUT GENERAL LIFE INS CO | 900 COTTAGE GROVE ROAD<br>A4COL<br>BLOOMFIELD, CT  06002 | <1.00% |
| | ZURCHER KANTONALBANK (ZURICH CAN | BAHNHOFSTRASSE 9<br>ZURICH  V8 8001 | <1.00% |
| | RBC TRUST COMPANY (DELAWARE) LTD | 4550 NEW LINDEN HILL ROAD<br>SUITE 200<br>WILMINGTON, DE  19808 | <1.00% |
| | METLIFE SECURITIES INC | 1095 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10036 | <1.00% |
| | SSGA FUNDS MANAGEMENT INC | STATE STREET FINANCIAL CENTER<br>ONE LINCOLN STREET<br>BOSTON, MA  02111-2900 | <1.00% |
| | WILSHIRE ASSOCIATES | 1299 OCEAN AVENUE<br>SUITE 700<br>SANTA MONICA, CA  90401-1085 | <1.00% |
| | NORTHWESTERN MUTUAL WEALTH | 611 E. WISCONSIN AVENUE<br>SUITE 100<br>MILWAUKEE, WI  53202 | <1.00% |

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Common Stock Held |
|---|---|---|---|
| | LYXOR INTERNATIONAL ASSET MGMT | 17 COURS VALMY-TOUR SOCIETE GENERALE LA DEFENSE PARIS  92987 FRANCE | <1.00% |
| | LADENBURG THALMANN FINANCIAL | 4400 BISCAYNE BLVD 12TH FLR MIAMI, FL  33137 | <1.00% |
| | LEHMAN FINANCIAL SERVICES INC | 4648 MUNICH CT LAS VEGAS, NV 89147 | <1.00% |
| | ASSETMARK INC | 1655 GRANT STREET 10TH FLOOR CONCORD, CA  94520 | <1.00% |
| | SEI INVESTMENT MANAGEMENT CORP | ONE FREEDOM VALLEY DRIVE OAKS, PA  19456 | <1.00% |

Fill in this information to identify the case and this filing:

Debtor Name    Horsehead Holding Corp.

United States Bankruptcy Court for the:         District of Delaware
                                                          (State)

Case number (If known):

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐  *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐  *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐  *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐  *Schedule H: Codebtors (Official Form 206H)*

☐  *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐  Amended Schedule

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒  Other document that requires a declaration_____    List of Equity Security Holders_____

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on      ☒  _____ 2016
                          MM/ DD/YYYY            Signature of individual signing on behalf of debtor

                                                 Robert D. Scherich

                                                 Printed name

                                                 Vice President and Chief Financial Officer

                                                 Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HORSEHEAD HOLDING CORP., | ) | Case No. 16-_____(____) |
| | ) | |
| Debtor. | ) | |
| | ) | |

### CERTIFICATION OF CREDITOR MATRIX

  Pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the above-captioned debtor and its affiliated debtors in possession (collectively, the "<u>Debtors</u>")[1] hereby certify that the <u>Creditor Matrix</u> submitted herewith contains the names and addresses of the Debtors' creditors.  To the best of the Debtors' knowledge, the <u>Creditor Matrix</u> is complete, correct, and consistent with Debtors' books and records.

  The information contained herein is based upon a review of the Debtors' books and records as of the petition date.  However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the <u>Creditor Matrix</u> have been completed.  Therefore, the listing does not, and should not, be deemed to constitute:  (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Horsehead Holding Corp. (7377); Horsehead Corporation (7346); Horsehead Metal Products, LLC (6504); The International Metals Reclamation Company, LLC (8892); and Zochem Inc. (4475).  The Debtors' principal offices are located at 4955 Steubenville Pike, Suite 405, Pittsburgh, Pennsylvania 15205.

Fill in this information to identify the case and this filing:

Debtor Name        Horsehead Holding Corp.

United States Bankruptcy Court for the:        District of Delaware
                                                              (State)

Case number (If known):

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐   *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐   *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐   *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐   *Schedule H: Codebtors (Official Form 206H)*

☐   *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐   Amended Schedule

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒   Other document that requires a declaration_____    Certification of Creditor Matrix_____

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on

2/2/2016
MM/ DD/YYYY

☒  _____
Signature of individual signing on behalf of debtor

**Robert D. Scherich**_____
Printed name

**Vice President and Chief Financial Officer**_____
Position or relationship to debtor

Official Form 202              Declaration Under Penalty of Perjury for Non-Individual Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| HORSEHEAD HOLDING CORP., | Case No. 16-_____ (___) |
| Debtor. | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the Debtors are not aware of any entities that directly or indirectly own 10% or more of any class of the debtor's equity interest as of December 31, 2015.

Fill in this information to identify the case and this filing:

Debtor Name      Horsehead Holding Corp.

United States Bankruptcy Court for the:          District of Delaware
                                                   (State)

Case number (If known):

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ☐ *Schedule H: Codebtors (Official Form 206H)*
- ☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐ Amended Schedule
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☒ Other document that requires a declaration_____ Corporate Ownership Statement _____

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on      2/2/2016
             MM/ DD/YYYY                   ☒ _____
                                              Signature of individual signing on behalf of debtor

                                              Robert D. Scherich
                                              Printed name
                                              Vice President and Chief Financial Officer
                                              Position or relationship to debtor

Official Form 202              Declaration Under Penalty of Perjury for Non-Individual Debtors