Case 16-10287-CSS    Doc 178-1    Filed 02/19/16    Page 1 of 19

# EXHIBIT A

# RUMSEY
**Quality & Service - Since 1895**

2459 BAGLYOS CIRCLE  
LEHIGH VALLEY INDUSTRIAL PARK  
BETHLEHEM, PA 18020-8025

Phone: 610-832-9097  
Fax: 610-941-8183

\*\* INVOICE \*\*

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 12/22/15 | S4786440.001 |

REMIT TO:  
RUMSEY ELECTRIC  
P.O. BOX 824429  
PHILADELPHIA, PA 19182-4429

| PAGE NO. |
|---|
| 1 of 1 |

BILL TO:  
HORSEHEAD CORP  
4955 STEUBENVILLE PIKE  
SUITE 405  
PITTSBURGH, PA  15205

SHIP TO:  
HORSEHEAD EAST PLANT RECEIVING  
900 DELAWARE AVENUE  
ATTN: AARON PERKINS  
PALMERTON, PA 18071-2008

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | RELEASE NUMBER | SALESPERSON |
|---|---|---|---|
| 59276 | 309387-000 OP | | AARON PERKINS |

| WRITER | SHIP VIA | TERMS | SHIP DATE | ORDER DATE |
|---|---|---|---|---|
| NITZA COLON | UPG - UPS GRND | Net 30 Days | 12/22/15 | 12/22/15 |

| LN | DESCRIPTION | ORDER QTY | SHIP QTY | NET UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|---|
| 1 | ALLEN BRADLEY W53 HEATER ELEMENT \*\*\*RUMSEY STOCK\*\*\* | 12 | 12 | 21.75E | 261.00 |
| 2 | ^ALLEN BRADLEY W57 HEATER ELEMENT \*\*\*REPLACED N37\*\*\* \*\*\*RUMSEY STOCK\*\*\* | 12 | 12 | 21.75E | 261.00 |

UPS TRACKING # 1Z1747220301108344

\*\* Reprint \*\* Reprint \*\* Reprint

| | |
|---|---|
| Subtotal | 522.00 |
| S&H CHGS | 11.28 |
| Sales Tax | 32.00 |
| Amount Due | 565.28 |
| | S4786440.001 |

**Payment is due by 01/21/16**  
Refer to www.Rumsey.com/contactus/creditapp for Terms and Conditions  
Past due accounts are subject to a 1.5% per month service charge.



## Proof of Delivery

Close Window

POD 5478640-001

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z1747220301108344 |
| **Service:** | UPS Ground |
| **Weight:** | 1.20 lbs |
| **Shipped/Billed On:** | 12/22/2015 |
| **Delivered On:** | 12/23/2015 12:24 P.M. |
| **Delivered To:** | PALMERTON, PA, US |
| **Signed By:** | PERKINS |
| **Left At:** | Receiver |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  02/12/2016 3:57 P.M.  ET

Print This Page                                               Close Window

# RUMSEY
**Quality & Service - Since 1895**

2459 BAGLYOS CIRCLE  
LEHIGH VALLEY INDUSTRIAL PARK  
BETHLEHEM, PA 18020-8025

Phone: 610-832-9097  
Fax   : 610-941-8183

** INVOICE **

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 12/23/15 | S4786440.002 |

REMIT TO:  
RUMSEY ELECTRIC  
P.O. BOX 824429  
PHILADELPHIA, PA 19182-4429

PAGE NO.  
1 of 1

BILL TO:  
HORSEHEAD CORP  
4955 STEUBENVILLE PIKE  
SUITE 405  
PITTSBURGH, PA  15205

SHIP TO:  
HORSEHEAD EAST PLANT RECEIVING  
900 DELAWARE AVENUE  
ATTN: AARON PERKINS  
PALMERTON, PA 18071-2008

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | RELEASE NUMBER | SALESPERSON |
|---|---|---|---|
| 59276 | 309387-000 OP | | AARON PERKINS |

| WRITER | SHIP VIA | TERMS | SHIP DATE | ORDER DATE |
|---|---|---|---|---|
| NITZA COLON | UPG - UPS GRND | Net 30 Days | 12/23/15 | 12/22/15 |

| LN | DESCRIPTION | ORDER QTY | SHIP QTY | NET UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|---|
| 1 | EATON A200M1CAC STARTER  ***FACTORY STOCK*** **NS** | 1 | 1 | 1168.57ea | 1168.57 |
| 2 | EATON 373B331G09 CONTACT KIT  ***FACTORY STOCK*** **NS** | 1 | 1 | 384.29ea | 384.29 |

** Reprint ** Reprint ** Reprint

| | |
|---|---|
| Subtotal | 1552.86 |
| S&H CHGS | 0.00 |
| Sales Tax | 93.17 |
| Amount Due | 1646.03 |
| | S4786440.002 |

**Payment is due by 01/22/16**  
Refer to www.Rumsey.com/contactus/creditapp for Terms and Conditions  
Past due accounts are subject to a 1.5% per month service charge.

 **Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z7539010319987174 |
| **Service:** | UPS Ground |
| **Weight:** | 4.80 lbs |
| **Shipped/Billed On:** | 12/22/2015 |
| **Delivered On:** | 12/29/2015 11:50 A.M. |
| **Delivered To:** | PALMERTON, PA, US |
| **Signed By:** | REHRIG |
| **Left At:** | Receiver |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:   02/12/2016 4:09 P.M.   ET

Print This Page                                                      Close Window

# RUMSEY
**Quality & Service - Since 1895**

2459 BAGLYOS CIRCLE
LEHIGH VALLEY INDUSTRIAL PARK
BETHLEHEM, PA 18020-8025

Phone: 610-832-9097
Fax  : 610-941-8183

**\*\* INVOICE \*\***

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 01/08/16 | S4791173.001 |

| REMIT TO: | PAGE NO. |
|---|---|
| RUMSEY ELECTRIC<br>P.O. BOX 824429<br>PHILADELPHIA, PA 19182-4429 | 1 of 1 |

BILL TO:
HORSEHEAD CORP
4955 STEUBENVILLE PIKE
SUITE 405
PITTSBURGH, PA  15205

SHIP TO:
HORSEHEAD EAST PLANT RECEIVING
900 DELAWARE AVENUE
PALMERTON, PA 18071-2008

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | RELEASE NUMBER | SALESPERSON |
|---|---|---|---|
| 59276 | 309444-000 OP | | AARON PERKINS |

| WRITER | SHIP VIA | TERMS | SHIP DATE | ORDER DATE |
|---|---|---|---|---|
| KEITH ANDREA | UPG - UPS GRND | Net 30 Days | 01/08/16 | 12/28/15 |

| LN | DESCRIPTION | ORDER QTY | SHIP QTY | NET UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|---|
| 1 | ALLEN BRADLEY 700-P400A4 4POLE 480V CONVERTER RELAY OPEN \*\*NS\*\* | 1 | 1 | 201.44E | 201.44 |
| 2 | ALLEN BRADLEY 802TATPE SWITCH LIMIT \*\*NS\*\* | 2 | 2 | 203.63ea | 407.26 |

UPS TRACKING # 1Z1747220301121829

\*\* Reprint \*\* Reprint \*\* Reprint

**Payment is due by 02/07/16**
Refer to www.Rumsey.com/contactus/creditapp for Terms and Conditions
Past due accounts are subject to a 1.5% per month service charge.

| | |
|---|---|
| Subtotal | 608.70 |
| S&H CHGS | 11.72 |
| Sales Tax | 37.23 |
| Amount Due | 657.65 |

S4791173.001



## Proof of Delivery

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

POD S+-791173.001

**Tracking Number:** 1Z1747220301121829
**Service:** UPS Ground
**Weight:** 4.40 lbs
**Shipped/Billed On:** 01/08/2016
**Delivered On:** 01/11/2016 11:40 A.M.
**Delivered To:** PALMERTON, PA, US
**Signed By:** FOSTER
**Left At:** Front Desk

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  02/12/2016 3:58 P.M.  ET

Print This Page                                             Close Window

# RUMSEY
**Quality & Service - Since 1895**

2459 BAGLYOS CIRCLE  
LEHIGH VALLEY INDUSTRIAL PARK  
BETHLEHEM, PA 18020-8025

Phone: 610-832-9097  
Fax: 610-941-8183

** INVOICE **

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 01/11/16 | S4792131.001 |

REMIT TO:  
RUMSEY ELECTRIC  
P.O. BOX 824429  
PHILADELPHIA, PA 19182-4429

| PAGE NO. |
|---|
| 1 of 1 |

BILL TO:  
HORSEHEAD CORP  
4955 STEUBENVILLE PIKE  
SUITE 405  
PITTSBURGH, PA  15205

SHIP TO:  
HORSEHEAD EAST PLANT RECEIVING  
900 DELAWARE AVENUE  
EAST PLANT RECEIVING  
PALMERTON, PA 18071-2008

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | RELEASE NUMBER | SALESPERSON |
|---|---|---|---|
| 59276 | 309483-000 OP |  | AARON PERKINS |

| WRITER | SHIP VIA | TERMS | SHIP DATE | ORDER DATE |
|---|---|---|---|---|
| KEITH ANDREA | UPG - UPS GRND | Net 30 Days | 01/11/16 | 01/04/16 |

| LN | DESCRIPTION | ORDER QTY | SHIP QTY | NET UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|---|
| 1 | GENERAL ELECTRIC CR2943NA102A<br>START STOP PB STATION<br>**OBSOLETE** **NS** | 2 | 1 | 93.24E | 93.24 |

** Reprint ** Reprint ** Reprint

| | |
|---|---|
| Subtotal | 93.24 |
| S&H CHGS | 18.47 |
| Sales Tax | 6.70 |
| Amount Due | 118.41 |

S4792131.001

**Payment is due by 02/10/16**  
Refer to www.Rumsey.com/contactus/creditapp for Terms and Conditions  
Past due accounts are subject to a 1.5% per month service charge.



## Proof of Delivery

Close Window

POD
SY7931.001

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number:** 1ZR4X8020301066879
**Service:** UPS Ground
**Weight:** 2.00 lbs
**Shipped/Billed On:** 01/04/2016
**Delivered On:** 01/06/2016 11:55 A.M.
**Delivered To:** PALMERTON, PA, US
**Signed By:** REHRIG
**Left At:** Receiver

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:   02/12/2016 4:12 P.M.   ET

Print This Page                                                     Close Window

# RUMSEY
**Quality & Service - Since 1895**

2459 BAGLYOS CIRCLE  
LEHIGH VALLEY INDUSTRIAL PARK  
BETHLEHEM, PA 18020-8025

Phone: 610-832-9097  
Fax: 610-941-8183

** INVOICE **

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 01/11/16 | S4793107.001 |

REMIT TO:  
RUMSEY ELECTRIC  
P.O. BOX 824429  
PHILADELPHIA, PA 19182-4429

PAGE NO.  
1 of 1

BILL TO:  
HORSEHEAD CORP  
4955 STEUBENVILLE PIKE  
SUITE 405  
PITTSBURGH, PA  15205

SHIP TO:  
HORSEHEAD EAST PLANT RECEIVING  
900 DELAWARE AVENUE  
PALMERTON, PA 18071-2008

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | RELEASE NUMBER | SALESPERSON | |
|---|---|---|---|---|
| 59276 | 309493-000 OP | | AARON PERKINS | |
| WRITER | SHIP VIA | TERMS | SHIP DATE | ORDER DATE |
| KEITH ANDREA | UPG - UPS GRND | Net 30 Days | 01/11/16 | 12/30/15 |

| LN | DESCRIPTION | ORDER QTY | SHIP QTY | NET UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|---|
| 1 | 1/0 15KV EPRPVC TRIPLEX W/MESSENGER **NS** | 245 | 245 | 19294.12m | 4727.06 |

** Reprint ** Reprint ** Reprint

| | |
|---|---|
| Subtotal | 4727.06 |
| S&H CHGS | 0.00 |
| Sales Tax | 283.62 |
| Amount Due | 5010.68 |

S4793107.001

**Payment is due by 02/10/16**  
Refer to www.Rumsey.com/contactus/creditapp for Terms and Conditions  
Past due accounts are subject to a 1.5% per month service charge.

# FedEx

February 12, 2016

P00 S# 793107 00 1

Dear Customer:

The following is the proof-of-delivery for tracking number **3634965213**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery date: | Jan 7, 2016 13:25 |
| Signed for by: | D REHRIG | | |
| Service type: | FedEx Freight Priority | | |
| Special Handling: | | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 3634965213 | Ship date: | Jan 5, 2016 |

| Recipient: | Shipper: |
|---|---|
| PALMERTON, PA US | CHICAGO, IL US |

| | |
|---|---|
| Purchase order number: | 155760-OC |
| Purchase order number: | 155760OC |
| Purchase order number: | 4599355 |

Thank you for choosing FedEx.

# RUMSEY
**Quality & Service - Since 1895**

2459 BAGLYOS CIRCLE  
LEHIGH VALLEY INDUSTRIAL PARK  
BETHLEHEM, PA 18020-8025

Phone: 610-832-9097  
Fax: 610-941-8183

** INVOICE **

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 01/19/16 | S4791173.002 |

REMIT TO:  
RUMSEY ELECTRIC  
P.O. BOX 824429  
PHILADELPHIA, PA 19182-4429

PAGE NO.: 1 of 1

BILL TO:  
HORSEHEAD CORP  
4955 STEUBENVILLE PIKE  
SUITE 405  
PITTSBURGH, PA  15205

SHIP TO:  
HORSEHEAD EAST PLANT RECEIVING  
900 DELAWARE AVENUE  
PALMERTON, PA 18071-2008

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | RELEASE NUMBER | SALESPERSON |
|---|---|---|---|
| 59276 | 309444-000 OP |  | AARON PERKINS |

| WRITER | SHIP VIA | TERMS | SHIP DATE | ORDER DATE |
|---|---|---|---|---|
| KEITH ANDREA | UPG - UPS GRND | Net 30 Days | 01/19/16 | 12/28/15 |

| LN | DESCRIPTION | ORDER QTY | SHIP QTY | NET UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|---|
| 1 | ALLEN BRADLEY 4014674775 Q.C. OPERATOR HEAD ASSY **NS** | 2 | 2 | 86.40ea | 172.80 |

UPS TRACKING # 1Z1747220301135190

** Reprint ** Reprint ** Reprint

|  |  |
|---|---|
| Subtotal | 172.80 |
| S&H CHGS | 11.73 |
| Sales Tax | 11.07 |
| Amount Due | 195.60 |

S4791173.002

**Payment is due by 02/18/16**  
Refer to www.Rumsey.com/contactus/creditapp for Terms and Conditions  
Past due accounts are subject to a 1.5% per month service charge.



**Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z1747220301135190 |
| **Service:** | UPS Ground |
| **Weight:** | .80 lb |
| **Shipped/Billed On:** | 01/19/2016 |
| **Delivered On:** | 01/20/2016 11:48 A.M. |
| **Delivered To:** | PALMERTON, PA, US |
| **Signed By:** | REHRIG |
| **Left At:** | Receiver |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:   02/12/2016 3:59 P.M.   ET

Print This Page                                          Close Window

*Handwritten:* POD 54-711173.002

# RUMSEY
**Quality & Service - Since 1895**

2459 BAGLYOS CIRCLE  
LEHIGH VALLEY INDUSTRIAL PARK  
BETHLEHEM, PA 18020-8025

Phone: 610-832-9097  
Fax  : 610-941-8183

\*\* INVOICE \*\*

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 02/03/16 | S4813275.001 |

REMIT TO:  
RUMSEY ELECTRIC  
P.O. BOX 824429  
PHILADELPHIA, PA 19182-4429

PAGE NO.  
1 of 1

BILL TO:  
HORSEHEAD CORP  
4955 STEUBENVILLE PIKE  
SUITE 405  
PITTSBURGH, PA  15205

SHIP TO:  
HORSEHEAD EAST PLANT RECEIVING  
900 DELAWARE AVENUE  
ATTN: AARON PERKINS  
PALMERTON, PA 18071-2008

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | RELEASE NUMBER | SALESPERSON |
|---|---|---|---|
| 59276 | 310202-000 OP | | AARON PERKINS |

| WRITER | SHIP VIA | TERMS | SHIP DATE | ORDER DATE |
|---|---|---|---|---|
| NITZA COLON | UPG - UPS GRND | Net 30 Days | 02/03/16 | 02/03/16 |

| LN | DESCRIPTION | ORDER QTY | SHIP QTY | NET UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|---|
| 1 | ALLEN BRADLEY 802T-W2D ADJUSTABLE NYLON ROLLER ARM FOR LIMIT SWITCH \*\*\*RUMSEY STOCK\*\*\* | 1 | 1 | 37.43E | 37.43 |

UPS TRACKING # 1Z1747220301155329

\*\* Reprint \*\* Reprint \*\* Reprint

**Payment is due by 03/04/16**  
Refer to www.Rumsey.com/contactus/creditapp for Terms and Conditions  
Past due accounts are subject to a 1.5% per month service charge.

| | |
|---|---|
| Subtotal | 37.43 |
| S&H CHGS | 11.70 |
| Sales Tax | 2.95 |
| Amount Due | 52.08 |

S4813275.001

 **Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number:**      1Z1747220301155329
**Service:**              UPS Ground
**Weight:**               .60 lb
**Shipped/Billed On:**    02/03/2016
**Delivered On:**         02/04/2016 11:19 A.M.
**Delivered To:**         PALMERTON, PA, US
**Signed By:**            HOBER
**Left At:**              Front Desk

POD 5481.3275.001

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  02/12/2016 3:59 P.M.  ET

Print This Page                                         Close Window

**\*\* INVOICE \*\***

# RUMSEY
**Quality & Service - Since 1895**

2459 BAGLYOS CIRCLE  
LEHIGH VALLEY INDUSTRIAL PARK  
BETHLEHEM, PA 18020-8025

Phone: 610-832-9097  
Fax : 610-941-8183

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 02/04/16 | S4813275.002 |

REMIT TO:  
RUMSEY ELECTRIC  
P.O. BOX 824429  
PHILADELPHIA, PA 19182-4429

PAGE NO.  
1 of 1

BILL TO:  
HORSEHEAD CORP  
4955 STEUBENVILLE PIKE  
SUITE 405  
PITTSBURGH, PA  15205

SHIP TO:  
HORSEHEAD EAST PLANT RECEIVING  
900 DELAWARE AVENUE  
ATTN: AARON PERKINS  
PALMERTON, PA 18071-2008

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | RELEASE NUMBER | SALESPERSON | |
|---|---|---|---|---|
| 59276 | 310202-000 OP |  | AARON PERKINS | |
| WRITER | SHIP VIA | TERMS | SHIP DATE | ORDER DATE |
| NITZA COLON | UPG - UPS GRND | Net 30 Days | 02/04/16 | 02/03/16 |

| LN | DESCRIPTION | ORDER QTY | SHIP QTY | NET UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|---|
| 1 | CUTLER HAMMER FH30 HTR ELEMENT \*\*NS\*\* \*\*\*FACTORY STOCK - STANDARD LEAD TIME: 2-3 WEEKS\*\*\* | 6 | 6 | 35.43E | 212.58 |

UPS TRACKING # 1Z1747220301157621

\*\* Reprint \*\* Reprint \*\* Reprint

**Payment is due by 03/05/16**  
Refer to www.Rumsey.com/contactus/creditapp for Terms and Conditions  
Past due accounts are subject to a 1.5% per month service charge.

| | |
|---|---:|
| Subtotal | 212.58 |
| S&H CHGS | 11.70 |
| Sales Tax | 13.46 |
| Amount Due | 237.74 |

S4813275.002



**Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z1747220301157621 |
| **Service:** | UPS Ground |
| **Weight:** | .50 lb |
| **Shipped/Billed On:** | 02/04/2016 |
| **Delivered On:** | 02/05/2016 11:22 A.M. |
| **Delivered To:** | PALMERTON, PA, US |
| **Signed By:** | HUBER |
| **Left At:** | Front Desk |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:   02/12/2016 3:59 P.M. ET

Print This Page                                 Close Window

*POD 5481B275.002*

# RUMSEY
**Quality & Service - Since 1895**

** INVOICE **

2459 BAGLYOS CIRCLE              Phone: 610-832-9097
LEHIGH VALLEY INDUSTRIAL PARK    Fax  : 610-941-8183
BETHLEHEM, PA 18020-8025

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 02/10/16 | S4813275.003 |

REMIT TO:
RUMSEY ELECTRIC
P.O. BOX 824429
PHILADELPHIA, PA 19182-4429

PAGE NO.
1 of 1

BILL TO:
HORSEHEAD CORP
4955 STEUBENVILLE PIKE
SUITE 405
PITTSBURGH, PA  15205

SHIP TO:
HORSEHEAD EAST PLANT RECEIVING
900 DELAWARE AVENUE
ATTN: AARON PERKINS
PALMERTON, PA 18071-2008

| CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | RELEASE NUMBER | SALESPERSON |
|---|---|---|---|
| 59276 | 310202-000 OP | | AARON PERKINS |

| WRITER | SHIP VIA | TERMS | SHIP DATE | ORDER DATE |
|---|---|---|---|---|
| NITZA COLON | UPG - UPS GRND | Net 30 Days | 02/10/16 | 02/03/16 |

| LN | DESCRIPTION | ORDER QTY | SHIP QTY | NET UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|---|
| 1 | ALLEN BRADLEY 802TW17B LEVER **NS** ***FACTORY STOCK - STANDARD LEAD TIME: 2-3 WEEKS*** | 1 | 1 | 27.49ea | 27.49 |

UPS TRACKING # 1Z1747220301163650

** Reprint ** Reprint ** Reprint

|  |  |
|---|---|
| Subtotal | 27.49 |
| S&H CHGS | 11.70 |
| Sales Tax | 2.35 |
| Amount Due | 41.54 |

S4813275.003

**Payment is due by 03/11/16**
Refer to www.Rumsey.com/contactus/creditapp for Terms and Conditions
Past due accounts are subject to a 1.5% per month service charge.

 **Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

POD 548132.75.003

**Tracking Number:** 1Z1747220301163650
**Service:** UPS Ground
**Weight:** .20 lb
**Shipped/Billed On:** 02/10/2016
**Delivered On:** 02/11/2016 11:52 A.M.
**Delivered To:** PALMERTON, PA, US
**Signed By:** REHRIG
**Left At:** Receiver

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  02/12/2016 4:00 P.M.  ET

Print This Page                                          Close Window