IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> HORSEHEAD HOLDING CORP., et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 16-10287 (CSS) <br> (Jointly Administered) |

Objection Deadline: March 8, 2016 at 4:00 p.m. (prevailing Eastern Time)
Hearing: April 6, 2016 at 12:00 p.m. (prevailing Eastern Time)

## NOTICE OF HEARING ON DEBTORS' APPLICATION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE EMPLOYMENT AND RETENTION OF LAZARD FRÈRES & CO. LLC AND LAZARD MIDDLE MARKET LLC AS INVESTMENT BANKER TO THE DEBTORS AND DEBTORS IN POSSESSION, EFFECTIVE NUNC PRO TUNC TO THE PETITION DATE, (II) APPROVING THE TERMS OF THE LAZARD AGREEMENT, (III) WAIVING CERTAIN TIME-KEEPING REQUIREMENTS PURSUANT TO LOCAL RULE 2016-2(H), AND (IV) GRANTING RELATED RELIEF

TO: (a) the Office of the United States Trustee for the District of Delaware; (b) counsel to the official committee of unsecured creditors; (c) the Office of the United States Attorney for the District of Delaware; (d) the Internal Revenue Service; (e) the Securities and Exchange Commission; (f) counsel to Macquarie Bank Limited; (g) the indenture trustee under the Debtors' 10.50% senior secured notes; (h) the indenture trustee under the Debtors' 9.00% senior unsecured notes; (i) the indenture trustee under the Debtors' 3.80% convertible senior notes; (j) Banco Bilbao Vizcaya Argentaria, S.A.; (k) counsel to PNC Bank, National Association; (l) counsel for the lenders under the Debtors' debtor-in-possession financing facility (such facility the "DIP Facility") and the ad hoc group of holders of the Debtors' secured notes; (m) the agent to the DIP Facility; (n) Richter Advisory Group Inc. in its capacity as information officer in the Debtors' foreign recognition proceedings; and (o) any party that has requested notice pursuant to Bankruptcy Rule 2002

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Horsehead Holding Corp. (7377); Horsehead Corporation (7346); Horsehead Metal Products, LLC (6504); The International Metals Reclamation Company, LLC (8892); and Zochem Inc. (4475). The Debtors' principal offices are located at 4955 Steubenville Pike, Suite 405, Pittsburgh, Pennsylvania 15205.

On February 23, 2016, the above captioned debtors and debtors in possession (collectively, the "Debtors") filed the attached *Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Lazard Frères & Co. LLC and Lazard Middle Market LLC as Investment Banker to the Debtors and Debtors in Possession, Effective Nunc Pro Tunc to the Petition Date, (II) Approving the Terms of the Lazard Agreement, (III) Waiving Certain Time-Keeping Requirements Pursuant to Local Rule 2016-2(h), and (IV) Granting Related Relief* (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

OBJECTIONS AND RESPONSES TO THE APPLICATION, IF ANY, MUST BE IN WRITING AND FILED WITH THE BANKRUPTCY COURT NO LATER THAN **4:00 P.M., PREVAILING EASTERN TIME, ON MARCH 8, 2016**. At the same time, you must also serve a copy of the response or objection upon: (a) the Debtors, 4955 Steubenville Pike, Suite 405, Pittsburgh, PA 15205, Attn: Gary R. Whitaker; (b) proposed co-counsel to the Debtors: (i) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones, Esq., ljones@pszjlaw.com; and (ii) Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, Attn: Ryan Preston Dahl, Esq., ryan.dahl@kirkland.com; and Angela M. Snell, Esq., angela.snell@kirkland.com; (c) counsel to the Prepetition Senior Secured Notes Indenture Trustee, Waller Lansden Dortch & Davis, LLP, Nashville City Center, 511 Union Street, Suite 2700, Nashville, TN 37219, Attn: Beth E. Vessel, Esq. beth.vessel@wallerlaw.com; (d) counsel to the Prepetition Unsecured Note Indenture Trustee, Loeb & Loeb LLP, 345 Park Avenue, New York, New York 10154, Attn: Walter H. Curchack, Esq.; (e) counsel to the Prepetition Macquarie Facility Agent, (i) Stroock & Stroock & Lavan LLP, Attn: Mark A. Speiser, Esq.; mspeiser@stroock.com and (ii) Young

Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801, Attn: Matthew B. Lunn, Esq., mlunn@ycst.com; (f) counsel to the Agent for the DIP Facility, (i) Shipman & Goodwin LLP, One Constitution Plaza, Hartford, CT 06103, Attn.: Nathan Z. Plotkin, Esq., nplotkin@goodwin.com; and (ii) Ashby & Geddes, P.A., 500 Delaware Avenue, 8th Floor, P.O. Box 1150, Wilmington, DE 19899-1150, Attn: William P. Bowden, Esq., wbowden@ashby-geddes.com; (g) counsel to the DIP Lenders, (i) Akin Gump Strauss Hauer & Held, One Bryant Park, New York, NY 10036, Attn: Michael S. Stamer, Esq., mstamer@akingump.com and Meredith A. Lahaie, Esq., mlahaie@akingump.com and (ii) Ashby & Geddes, P.A., 500 Delaware Avenue, 8th Floor, P.O. Box 1150, Wilmington, DE 19899-1150, Attn: William P. Bowden, Esq., wbowden@ashby-geddes.com; (h) counsel for PNC Bank, National Association, (i) Blank Rome LLP, One Logan Square, 130 North 18th Street, Philadelphia, PA 19103, Attn: Michael C. Graziano, Esq., graziano@blankrome.com and (ii) Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, Attn: Regina Stango Kelbon, Esq., kelbon@blankrome.com; (i) counsel to the Committee of Unsecured Creditors, (i) Lowenstein Sandler LLP, 65 Livingston Avenue, Roseland, New Jersey 07068, Attn: Sharon L. Levine, Esq., slevine@lowenstein.com; and Bruce Buechler, Esq., bbuechler@lowenstein.com; and (ii) Drinker Biddle & Reath LLP, 222 Delaware Avenue, Suite 1400, Wilmington, Delaware 19801, Attn: Howard A. Cohen, Esq., howard.cohen@dbr.com; and (j) Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Timothy J. Fox, Jr., Esq., timothy.fox@usdoj.gov.

**A HEARING ON THE APPLICATION WILL BE HELD BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, FIFTH FLOOR, COURTROOM #6,**

WILMINGTON, DELAWARE 19801 ON APRIL 6, 2016 AT 12:00 P.M. PREVAILING EASTERN TIME.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Wilmington, Delaware
Dated: February 23, 2016

/s/ *Joseph M. Mulvihill*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:   (302) 652-4100
Facsimile:    (302) 652-4400
Email:          ljones@pszjlaw.com
                   joneill@pszjlaw.com
                   jmulvihill@pszjlaw.com

- and -

James H.M. Sprayregen, P.C.
Patrick J. Nash Jr., P.C. (admitted *pro hac vice*)
Ryan Preston Dahl (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:          james.sprayregen@kirkland.com
                   patrick.nash@kirkland.com
                   ryan.dahl@kirkland.com

*Proposed Co-Counsel for the*
*Debtors and Debtors in Possession*

DE: 178596