<u>**EXHIBIT B**</u>

**Torgove Declaration**

KE 39149628

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HORSEHEAD HOLDING CORP., et al.,[1] | ) | Case No. 16-10287 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### DECLARATION OF ANDREW TORGOVE IN SUPPORT OF THE DEBTORS' APPLICATION FOR AN ORDER (I) AUTHORIZING THE EMPLOYMENT AND RETENTION OF LAZARD FRÈRES & CO. LLC AND LAZARD MIDDLE MARKET LLC AS INVESTMENT BANKER EFFECTIVE NUNC PRO TUNC TO THE PETITION DATE, (II) APPROVING THE TERMS OF THE Lazard AGREEMENT, (III) WAIVING CERTAIN TIME-KEEPING REQUIREMENTS PURSUANT TO LOCAL RULE 2016-2(H), AND (IV) GRANTING RELATED RELIEF

I, Andrew Torgove, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge and belief:

1.      I am a Managing Director of the firm Lazard Middle Market LLC ("LMM," and, together with Lazard Frères & Co. LLC, "Lazard"), which has its principal office at 600 Fifth Avenue, New York, New York 10020.  I am authorized to make this declaration on behalf of LMM and in support of the application (the "Application") of the above-captioned debtors and debtors-in-possession (the "Debtors") for entry of an order:  (a) authorizing the retention and employment of Lazard as investment banker to the Debtors nunc pro tunc to the Petition Date; (b) approving the terms of the Lazard Agreement; (c) waiving certain time-keeping requirements pursuant to Local Rule 2016-2(h); and (d) granting related relief.[2]  Unless otherwise stated in this

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Horsehead Holding Corp. (7377); Horsehead Corporation (7346); Horsehead Metal Products, LLC (6504); The International Metals Reclamation Company, LLC (8892); and Zochem Inc. (4475).  The Debtors' principal offices are located at 4955 Steubenville Pike, Suite 405, Pittsburgh, Pennsylvania 15205.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

declaration, I have personal knowledge of the facts set forth herein.[3]    LMM was retained

pursuant to that certain engagement letter, dated December 3, 2015 (the "Engagement Letter")

by and between LMM and the Debtor Horsehead Holding Corp. ("Horsehead"), and each of its

subsidiaries, a copy of which is attached as **Exhibit 1** to **Exhibit A** of the Application, and that

certain letter regarding indemnification and related matters, dated as of December 3, 2015 by and

between LMM and Horsehead, and each of its subsidiaries (the "Indemnification Letter").

  2.  LMM is a subsidiary of Lazard Frères & Co. LLC ("Lazard Frères"), which is

the primary U.S. operating subsidiary of a preeminent international financial advisory and asset

management firm. Lazard Frères' principal office is located at 30 Rockefeller Plaza, New York,

New York 10020. Together with its predecessors and affiliates, Lazard has been advising

clients around the world for over 150 years. Lazard has dedicated professionals who provide

restructuring services to its clients.

  3.  The current managing directors, directors, vice presidents, and associates of

Lazard have extensive experience working with financially troubled companies in complex

financial restructurings out-of-court and in chapter 11 proceedings. Lazard and its principals

have been involved as advisor to debtor, creditor, and equity constituencies and government

agencies in many reorganization cases. Together with its predecessors and affiliates, Lazard's

professionals have been involved in over 250 restructurings since 1990, representing over

$1 trillion in debtor assets.

  4.  Notably, Lazard has been retained as an investment banker and financial advisor

in numerous large and complex chapter 11 cases, including, among others, In re Sabine Oil &

Gas Corp., No. 15-11835 (SCC) (Bankr. S.D.N.Y. Sept. 10, 2015); In re The Standard Register

---

[3] Certain disclosures herein relate to matters within the personal knowledge of other professionals at Lazard and are based on information provided by them.

Co., No. 15-10541 (BLS) (Bankr. D. Del. Apr. 13, 2015); In re AWI Delaware, Inc., No. 14-12092 (KJC) (Bankr. D. Del. Sep. 17, 2014); In re Longview Power, LLC, No. 13-12211 (BLS) (Bankr. D. Del. Sept. 24, 2013); In re Cengage Learning, Inc., No. 13-44106 (ESS) (Bankr. E.D.N.Y. July 24, 2013); In re Exide Techs., No. 13-11482 (KJC) (Bankr. D. Del. July 10, 2013); In re A123 Sys., Inc., No. 12-12859 (KJC) (Bankr. D. Del. Nov. 9, 2012).

5.      In connection with its proposed retention by the Debtors in these chapter 11 cases, Lazard obtained from the Debtors' counsel the names of individuals and entities that may be parties-in-interest in these chapter 11 cases (the "Potential Parties-in-Interest"), which parties are listed on **Schedule 1**, annexed hereto. Lazard then compared the names of the Potential Parties-in-Interest with the names of entities that have entered into engagement agreements with Lazard in the last three years. To the extent that this inquiry revealed that any of the Potential Parties-in-Interest (or any of their known or apparent affiliates) entered into any such engagement agreements with Lazard within the last three years, such parties are listed on **Schedule 2** annexed hereto. To the best of my knowledge and belief, Lazard's representation of each entity listed on Schedule 2 (or its known or apparent affiliates) was or is only on matters that are unrelated to the Debtors and these cases. Other than as listed on **Schedule 2**, I am unaware of any investment banking engagements of Lazard by the Potential Parties-in-Interest within the last three years. Given the size of the Firm and the breadth of Lazard's client base, however, it is possible that Lazard may now or in the future be retained by one or more of the Potential Parties-in-Interest in unrelated matters without my knowledge. To the extent that Lazard discovers or enters into any new, material relationship with Potential Parties-in-Interest, it will supplement this Declaration.

6.      In addition to the parties listed on **Schedule 2**, Lazard may also represent, or may have represented, affiliates, equity holders or sponsors of Potential Parties-in-Interest and Lazard

KE 39149628

may have worked with, continue to work with, have or had mutual clients with, been represented by and/or advised certain accounting and law firms that are Potential Parties-in-Interest (and, in the case of law firms, may have entered into engagement agreements in which the law firm was named as client although the work was performed for a mutual client of Lazard's and the applicable law firm). Lazard may also represent, or may have represented in the past, committees or groups of lenders or creditors in connection with certain restructuring or refinancing engagements, which committees or groups include, or included, entities that are Potential Parties-in-Interest. Certain of the Potential Parties-in-Interest may also be vendors and/or have other non-investment banking relationships with Lazard.

7.     Lazard also has asset management affiliates, Lazard Asset Management LLC ("LAM") and Lazard Frères Gestion SAS ("LFG"), and an affiliate, Edgewater HoldCo LLC, that holds interests in the management companies for certain private funds (collectively, "Edgewater").[4] Although Lazard receives payments from LAM, LFG, and Edgewater generated by their respective business operations, each of LAM, LFG, and Edgewater is operated as a separate and distinct affiliate and is separated from Lazard's other businesses. As part of their regular business operations, LAM and LFG may act as investment advisor for or trade securities (including in discretionary client accounts, and through the operation of hedge funds and mutual

---

[4]   Effective May 10, 2005, Lazard Frères transferred its then-existing alternative investments business (which included fund management and investment, but which did not include (and was prior to Lazard's acquisition of) Edgewater) and capital markets business (which included equity research, syndicate, sales, and trading) to new privately-held companies, Lazard Alternative Investments LLC ("LAI") and FM Partners Holdings LLC (formerly, Lazard Capital Markets LLC) ("FM"), respectively, which were and are neither owned nor controlled by Lazard Frères. LAI and FM were and are owned and operated by LMDC Holdings LLC (formerly, LFCM Holdings LLC) ("LMDC"), which is owned in large part by former and current Lazard Frères managing directors. LMDC was and is separate from Lazard and its businesses. LMDC may hold, may have held in the past and may hold in the future debt or equity securities of the Potential Parties-in-Interest and the Debtors. From May 10, 2005 to August 14, 2014, Lazard and FM referred business to one another, and paid fees to one another, pursuant to a business alliance agreement that is no longer in effect. If FM acted as underwriter in connection with offerings by Potential Parties in Interest in the last three years (and during the term of the business alliance agreement), such parties have been listed on Schedule 2.

funds, in which cases investment decisions are made by LAM or LFG), including on behalf of creditors, equity holders or other parties in interest in these cases, and Lazard or its respective affiliates, managing directors and employees. Some of these LAM or LFG accounts and funds may have held, may now hold or may in the future hold debt or equity securities of the Debtors or the Debtors' creditors, equity holders, or other parties in interest in these cases, and Lazard or LFG may have relationships with such parties.[5] Furthermore, some of the investment funds managed by Edgewater may have held, may now hold or may in the future hold debt or equity securities of the Debtors or the Debtors' creditors, equity holders, or other parties in interest in these cases. Additionally, the Debtors, creditors, equity holders, or other parties in interest in these cases, and Lazard or its affiliates, managing directors, and employees, may be investors in investment funds that are managed by Edgewater. Lazard has in place compliance procedures to ensure that no confidential or nonpublic information concerning the Debtors has been or will be available to employees of LAM, LFG, or Edgewater.

8.    Although Lazard has researched the Potential Parties-in-Interest list, the Debtors may also have numerous customers, creditors, competitors, and other parties with whom they maintain business relationships that are not included as Potential Parties-in-Interest and with whom Lazard may maintain business relationships. Additionally, as noted above, LMM and Lazard Frères are U.S. operating subsidiaries of an international financial advisory and asset management firm that has several legally separate and distinct affiliates. Although it is possible that employees of certain affiliates may assist Lazard in connection with Lazard's engagement, as Lazard is the only entity being retained by the Debtors, we have researched only the electronic

---

[5]    Lazard understands that LAM is listed as a bondholder on the Potential Parties-in-Interest list. LAM, however, had sold out of this position in its entirety by November 30, 2015, and no longer holds any securities of the Debtors.

KE 39149628

client files and records of Lazard, not of all of its affiliates, to determine relationships with any Potential Parties-in-Interest.

9.      In addition, as of the date hereof, Lazard and its affiliates have approximately 2,600 employees worldwide.  It is possible that certain of Lazard's and its affiliates' respective directors, officers, and employees may have had in the past, may currently have, or may in the future have connections to (i) the Debtors, (ii) Potential Parties-in-Interest in these chapter 11 cases or (iii) funds or other investment vehicles that may own debt or securities of the Debtors or other Potential Parties-in-Interest.

10.     During the 90 day period prior to the commencement of these cases, Lazard was paid in the ordinary course certain Monthly Fees and expense reimbursements.  Specifically, shortly after the Lazard Agreement was executed on or about December 10, 2015, Lazard was paid its December and January Monthly Fees for a total of $250,000.00 on January 7, 2016. Lazard was also prepaid its February Monthly Fee and certain expense reimbursements in the amount of $137,007.73 on January 28, 2016.  As of the Petition Date, no other amounts were due and payable to Lazard under the Lazard Agreement.  Accordingly, Lazard is not a prepetition creditor of the Debtors.

11.     Other than as disclosed herein, Lazard has no relationship with the Debtors of which I am aware after due inquiry.

12.     Based upon the foregoing, except as otherwise set forth herein, to the best of my knowledge, information, and belief, Lazard (a) is not a creditor, equity security holder or an insider of the Debtors and (b) is not or was not, within two years before the Petition Date, a director, officer, or employee of any of the Debtors.

6

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  February 22, 2016
       Wilmington, Delaware

                             Andrew Torgove
                             Lazard Middle Market LLC
                             Managing Director

## Schedule 1

### Potential Parties-in-Interest[1]

---

[1]    Although certain individuals or entities may belong to more than one category, they are only mentioned once in this document.

## Company Entities & Affiliates

Chestnut Ridge Railroad Corp.
Horsehead Corp.
Horsehead Metal Products LLC
Horsehead Zinc Recycling LLC
The International Metals Reclamation Co. LLC
Thirty Ox LLC
Zochem Inc.

## Current & Former Officers & Directors

Alavi, Ali
Basilone, Timothy R.
Belczyk, Joshua
Belland, Gregory
Burkett, Lee
Hensler, James M.
Hutchison, Ryan
John, T. Grant
Merk, Jeffrey
Morgan, Bruce
Scherich, Robert D.
Schreiber, George A., Jr.
Shilling, Jack W., Jr.
Staley, Anthony
Tomaszweski, Mark
Totera, James A.
Van Roden, John C., Jr.
Whitaker, Gary R.

## Agents & Indenture Trustees

Banco Bilbao Vizcaya Argentaria SA
Compania Espanola de Seguros de Credito a la Exportacion
Macquarie Bank Ltd.
PNC Bank NA
US Bank NA

## Bondholders

Absolute Investment Advisers LLC
Basso Capital Management LP
Colcom Foundation
Consulting Group Advisory Services LLC
Context Capital Management LLC
Credit Suisse Securities (USA) LLC
Deutsche Bank Securities Inc.
Eubel Brady & Suttman Asset Management Inc.
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing LP
Goldman Sachs International
Lazard Asset Management LLC
Lexon Insurance Company
Mohican Financial Management LLC
Northeast Investment Management Inc.
Northeast Investors Trust Co.
Osterweis Capital Management Inc.
Osterweis Capital Management LLC
Palmer Square Capital Management LLC
Pennsylvania, Commonwealth of, Department of Environmental Protection, Bureau of Waste Management
Pinnacle Holdings LLC
Sage Capital Management LLC
Scotia Capital (USA) Inc.
Statistical Science Inc.
Swiss-Asia Financial Services PT
Swiss-Asia Financial Services PTE Ltd.
Wolverine Asset Management
Wolverine Asset Management LLC
Woodmen of the World Life Insurance
Woodmen of the World Life Insurance Society Inc.
Zeo Capital Advisors LLC

## Contract Counterparties

Cargill Inc.
Hatch Associates
Intl FC Stone Inc.
Macquarie Physical Commodities LLC
Societe Generale SA
Tecnicas Reunidas SA
Traxys North America LLC

## Court Personnel

Batts, Cacia
Bello, Rachel
Capp, Laurie
Carey, Hon. Kevin J.
Farrell, Catherine
Gadson, Danielle
Grottini, Donna
Gross, Hon. Kevin
Haney, Laura
Hunt, Nancy
Johnson, Lora
Moore, Janet
Scaruzzi, Sherry
Shannon, Hon. Brendan L.
Silverstein, Hon. Laurie Selber
Sontchi, Hon. Christopher S.
Szymanski, Cheryl
Walker, Jill
Walrath, Hon. Mary F.
Werkheiser, Rachel

## Environmental

Clean Water Action
Ellwood City, Borough of (PA)
Environmental Protection Agency Region 5
Environmental Protection Agency, Region IV, Air & EPCRA Enforcement Branch
Federal Communications Commission
Illinois, State of, Environmental Protection Agency, Division of Air Pollution Control, Permit Section
LWD PRP Group
North Carolina, State of, Department of Environment & Natural Resources, Asheville Regional Office
North Carolina, State of, Department of Environment & Natural Resources, Division of Water Resources / NPDES
North Carolina, State of, Department of Environment & Natural Resources, Surface Water Protection, Asheville Regional Office
Oklahoma, State of, Department of Environmental Quality
Ontario, Province of, Environmental Commissioner
Ontario, Province of, Environmental Review Tribunal
Ontario, Province of, Ministry of the Environment & Climate Change
Pennsylvania, Commonwealth of, Department of Environmental Protection Air Quality Program
Pennsylvania, Commonwealth of, Department of Environmental Protection Northwest Regional Office, Waste Management
Pennsylvania, Commonwealth of, Department of Environmental Protection, Beaver Falls District Office
Pennsylvania, Commonwealth of, Department of Environmental Protection, Bureau of Land Recycling & Waste Management
Pennsylvania, Commonwealth of, Department of Environmental Protection, Bureau of Water Standards & Facility Regulation
Pennsylvania, Commonwealth of, Department of Environmental Protection, Clean Water Program
Pennsylvania, Commonwealth of, Department of Environmental Protection, Division of Radiation Control
South Carolina, State of, Department of Health & Environmental Control
Tennessee, State of, Department Of Environment & Conservation, Air Pollution Control Board
Tennessee, State of, Department of Environment & Conservation, Division of Fiscal Services, Consolidated Fee Section – APC
Tennessee, State of, Department of Environment & Conservation, Division of Water Pollution Control
Tennessee, State of, Division of Air Pollution Control

**Equity Holders**

1492 Capital Management LLC
A.R.T. Advisors LLC
ACUITY A Mutual Insurance Co.
Advisory Research Inc.
Advisory Services Network LLC
Aikyum Inc.
AllianceBernstein LP
Allianz of America Inc.
Amalgamated Casualty Insurance Co.
American Beacon Advisors Inc.
American Century Cos. Inc
American Family Mutual Insurance Co. Inc.
Anthem Health Plans of Virginia Inc.
Aperio Group LLC
Aquamarine Capital Management LLC
Ardsley Advisory Partners
AssetMark Inc.
Avenir Corp.
AvMed Inc.
Banc of America CDE III LLC
Bank of America Corp.
Bank of Montreal
Bank of New York Mellon Corp., The
Barclays PLC
Bellevue Financial Inc.
BlackRock Advisors LLC
BlackRock Fund Advisors
BlackRock Group Ltd.
BlackRock Inc.
BlackRock Institutional Trust Co. NA
BlackRock Investment Management LLC
BlackRock Investments Canada Inc.
BMO Asset Management Inc.
BMO Global Asset Management
BNP Paribas Arbitrage SA
Bourgeon Capital Management LLC
Brave Asset Management Inc.
Brookfield Asset Management Inc.
Brookfield Investment Management Inc.
Cadinha & Co. Inc.
Calamos Advisors LLC
California Public Employees Retirement
    System
California State Teachers Retirement
    System

Callan Associates Inc.
CCM Community Development IV LLC
Charles Schwab Investment Management
    Inc.
CIBC Securities Inc.
Citadel Advisors LLC
Citigroup Inc.
ClearBridge Investments LLC
Commonwealth Equity Services Inc.
Community Insurance Co.
Connecticut General Life Insurance Co. Inc.
Continental Casualty Co.
Cordasco Financial Network LLC
Corsair Capital Management LLC
Cortina Asset Management LLC
Creative Planning Inc.
Credit Suisse AG
Credit Suisse Asset Management Ltd.
CSS LLC
Cubist Systematic Strategies LLC
Curian Capital LLC
D.E. Shaw & Co. LP
Dakshana Foundation, The
Dalal Street LLC
Davy Asset Management Ltd.
Deutsche Asset & Wealth Management
Deutsche Bank AG
Dimensional Fund Advisors Canada Inc.
Dimensional Fund Advisors LP
Dimensional Fund Advisors Ltd.
Edgemoor Investment Advisors Inc.
Envestnet Asset Management Inc.
Eqis Capital Management Inc.
Farmers Mutual Hail Insurance Co. of Iowa
Fidelity Management & Research Co.
First Mercantile Trust Co., The
First Wilshire Securities Management Inc.
FlexShares Trust
Florida, State of, Board of Administration
Frank Russell Investment Management Co.
Frank Russell Trust Co.
Frontier Capital Management Co. LLC
GE Asset Management Inc.
Geode Capital Management LLC
Gierl Augustine Investment Management

Inc.
Goldman Sachs Group Inc., The
Grant, John T.
Great-West Life Assurance Co., The
Greywolf Capital Management LP
Greywolf Event Driven Master Fund
Greywolf GP LLC
Group One Trading LP
GSA Capital Partners LLP
Guardian Investor Services LLC
Guardian Life Insurance Co. of America, The
Guggenheim Funds Distributors Inc.
GW Capital Management LLC
Harina Kapoor IRA
Harina Kapoor Joint Tenancy with Right of Survivor
Hartford Life Insurance Co.
HighTower Advisors LLC
HL Financial Services LLC
Horsehead Recycling
Hotchkis & Wiley Capital Management LLC
Hunter Associates Inc.
Huntington National Bank NA, The
IMT Insurance Co.
Independence Capital Asset Partners LLC
Invesco Ltd.
Invesco PowerShares Capital Management LLC
Investors Capital Advisory Services
Irish Life Investment Managers Ltd.
Ironwood Investment Management LLC
Ivy Investment Management Co.
John Hancock Investment Management Services LLC
Jupiter Asset Management Ltd.
Jupiter Global Fund, The
KCG Holdings Inc.
Keane Capital Management Inc.
Kornitzer Capital Management Inc.
Ladenburg Thalmann Financial Services Inc.
Lee Danner & Bass Inc.
Legal & General Group PLC
Lehman Financial Services Inc.

Leonard Capital Management Inc.
Levin Capital Strategies LP
Loomis Sayles & Co. LP
LPL Financial Corp.
Lyxor International Asset Management SA
M Financial Investment Advisers Inc.
Manulife Asset Management North America Ltd.
Manulife Asset Management US LLC
Marathon Trading Investment Management LLC
Massachusetts Financial Services Co.
Massachusetts Mutual Life Insurance Co.
Medica Health Plans
Meehan Mutual Funds Inc.
MetLife Securities Inc.
Metropolitan Life Insurance Co.
Miles Capital Inc.
Millennium Management LLC
Minnesota Life Insurance Co.
Momachi Pabrai UMGA Trust
Moors & Cabot Inc.
Morgan Stanley & Co. LLC
Morgan Stanley Smith Barney LLC
Motley Fool Asset Management LLC
Motley Fool Wealth Management LLC
Mraz Amerine & Associates Inc.
Mutual of America Capital Management LLC
Mutual of America Life Insurance Co.
Nationwide Financial Services Inc.
Nationwide Fund Advisors
New York, State of, State Common Retirement Fund
Northern Trust Corp.
Northwestern Mutual Life Insurance Co.
Northwestern Mutual Wealth Management Co.
Numeric Investors LLC
Nuveen Fund Advisors LLC
Old Mutual Investment Management
Olive Street Investment Advisers LLC
Pabrai Investment Fund 2 LP
Pabrai Investment Fund 3 Ltd.
Pabrai Investment Fund IV LP
Pabrai, Mohnish

Pabrai, Moonson
Pacific Investment Management Co.
PADCO Advisors Inc.
Paradigm Asset Management Co. LLC
Parametric Portfolio Associates LLC
Paramount Health Care
Parkwood LLC
Perimeter Capital Partners LLC
PNC Financial Services Group Inc.
Potkul Capital Management LLC
Principal Financial Group Inc.
Principal Management Corp.
Profund Advisors LLC
Proshare Advisors LLC
Prudential Insurance Co. of America
Prudential Retirement Insurance & Annuity Co.
PSG Capital Management Trust
PSG Collective Investments Ltd.
Putnam Advisory Co. Inc.
Putnam Investments LLC
Quantbot Technologies LLC
RBC Capital Markets Arbitrage SA
RBC Capital Markets LLC
RBC Trust Co. Delaware Ltd.
Renaissance Technologies Corp.
Rhumbline Advisers LP
Rice Hall James & Associates LLC
Royal Bank of Canada
Royal Capital Management LLC
Royce & Associates Inc.
Royce & Associates LLC
RS Investment Management Co. LLC
SA Funds
Safe Auto Insurance Co.
Sanlam Collective Investments RF Pty Ltd.
Savitz, John
Schoellerbank Invest AG
Schroder Investment Management Ltd.
Schwartz Investment Counsel Inc.
SEI Investment Management Corp.
SEI Investments Fund Management
SEI Trust Co.
SG Americas Securities LLC
Signia Capital Management LLC
Simplex Trading LLC

South Texas Money Management Ltd.
SSgA Funds Management Inc.
State Auto Property & Casualty Insurance Co.
State Automobile Mutual Insurance Co.
State Farm Insurance Cos.
State Street Corp.
State Street Global Advisors UK
State Street Global Advisors US
Sterling Capital Management LLC
Stonetrust Commercial Insurance Co.
Summit Investment Partners Inc.
SunAmerica Asset Management Corp.
Sunbelt Securities Inc.
Susquehanna International Group LLP
Swiss National Bank
Symphony Asset Management LLC
T. Rowe Price Associates Inc.
T. Rowe Price Luxembourg Management SARL
Teachers Advisors Inc.
Teachers Insurance & Annuity Association
Texas Teacher Retirement System
Thornburg Investment Management Inc.
Thrivent Financial for Lutherans
TIAA CREF Investment Management
Timber Hill LLC
Time Warner Cable Inc.
Tocqueville Asset Management LP
Tower Research Capital LLC
Trexquant Investment LP
Trustmark Insurance Co.
Tudor Investment Corp.
Two Sigma Investments LLC
Tyrian Investments LP
UBS Fund Management Switzerland
UBS Global Asset Management America
UBS Group AG
United of Omaha Life Insurance Co.
US Bancorp
USAA Investment Management Co.
Valic Co. I
Value Asset Management Germany
Value Line Securities Inc.
Vanguard Fiduciary Trust Co.
Vanguard Group Inc., The

Vanguard Group Ireland Ltd.
Vanguard Investments Australia
Vanguard Investments UK Ltd.
Vantagepoint Investment Advisor
Vericimetry Advisors LLC
Voya Investment Management LLC
Voya Investments LLC
Waddell & Reed Financial Inc.
Watershed Asset Management LLC
Wellington Management Group LLP

Wells Fargo Advisors Financial Network
Wells Fargo Advisors LLC
Wells Fargo Bank
West Bend Mutual Insurance Co.
WFC Holdings Corp.
Wilmington Funds Management
Wilshire Associates Inc.
Zurcher Kantonalbank
ZWJ    Investment    Counsel    Inc.

## Insurers

ACE American Insurance Co.
ACE Insurance Co.
ACE Property & Casualty Insurance Co.
Allianz Global Risks US Insurance Co.
American International Group Inc.
Atlantic Specialty Insurance Co.
Chubb Group of Insurance Cos.
Endurance American Insurance Co.
Endurance Professional Solutions
Essex Insurance Co.
Federal Insurance Co.
Great American Spirit Insurance Co.
Greenwich Insurance Co.
Lexington Insurance Co.
Marsh USA Inc.
National Union Fire Insurance Co. of Pittsburgh PA
Westport Insurance Corp.
XL Catlin
XL Group PLC
XL Specialty Insurance Co.
Zurich American Insurance Co.

## Joint Venture Partners

Imperial Acquisitions LLC
Imperial Zinc Corp.

## Landlords & Tenants

All Points Transportation
American Distribution Centers Inc.
Andes Chemical Corp.
C. Steinweg Seinehaven
Chemcore Industries Inc.
Chicagoland Quad Cities Express Inc.
Chicagoland Quad Cities Express LLC
Chicagoland Warehouse & Transportation
Cotter Merchandise Storage Co. of Ohio Inc.
Cypress Color & Chemical Inc.
ESNA – La Sarge Warehouse & Distribution
HEXPOL Compounding
HEXPOL Compounding NC Inc.
La Sarge Warehouse & Distribution
Massaro Properties LLC
Murray Industrial Warehouse
Robert Warehousing
Sherway Group
Simard Warehouses Inc.

## Lenders

Banc of America CDE LLC
Banc of America Development Inc.
Banco Bilbao Vizcaya Argentaria SA
Bank of America
BOA Investment Fund III LLC
CCML New York Investment Fund III LLC
CEI Capital Management LLC
Compania Espanola de Seguros de Credito a la Exportacion

## **Parties to Significant Actual or Known Litigation**

Acuity
Adams, Joel
Atlantic Plant Services Inc.
Brock Industrial Services LLC
Carnegie Strategic Design Engineers LLC
Doyle, Melissa
Lefebvre Engineering FCZ
Omni Services Inc.
TOPCOR Augusta LLC
Wrench,                                                                                        Stephanie

## Professionals

ADP LLC
Aird & Berlis LLP
Akin Gump Strauss Hauer & Feld LLP
Bass Berry & Sims PLC
Berkeley Research Group LLC
Blake Cassels & Graydon LLP
Buchanan Ingersol & Rooney PC
Computershare Ltd.
CT Corporation
Depository Trust Company, The
Difede Ramsdell Bender PLLC
Drinker Biddle & Reath LLP
Epiq Bankruptcy Solutions LLC
FTI Consulting Inc.
Global Tax Management Inc.
Grant Thornton LLP
Hatch Associates Consulting Inc.
K&L Gates LLP
Lazard Middle Market LLC
Lowenstein Sandler LLP
Manko Gold Katcher & Fox LLP
Merrill Corporation
Moelis & Company
NASDAQ
Nexsen Pruet LLC
Nijman Franzetti LLP
Pachulski Stang Ziehl & Jones LLP
RAS Management Advisors LLC
Schneider Downs & Co. Inc.
Towers Watson & Co.

## Potentially Responsible Parties

Air Products & Chemicals Inc.
Albaugh Inc.
Amak Brake LLC
Ambrake Corp.
Amoco
Arkema Inc.
Ashland Inc.
Atlantic Richfield Company
Attwood Corp.
B.F. Goodrich
Beazer East Inc.
BioCraft
BP
Chase Brass & Copper Co.
Chemetco Superfund
Chevron Corp.
Condea Vista Chemical Company
ConocoPhillips Co.
Dart Polymers
DSM Chemicals
Environmental Enterprises Inc.
Equilon Wood River
FMC Corp.
Fries & Fries
Frito-Lay
G.D. Searle LLC
Givaudao Roure Flavors
Gulf Oil
Hickson Danchem Corp.
Hoechst Celanese
Illinois Central Railroad
InChem Corp.
International Specialty Products Inc.
Koppers Industries
M&M Chemical Co.
Marathon Oil Corporation
Milliken & Company
Motiva Star Enterprises

National Cash Register Corp.
Noveon Inc.
Omni-Southeastern Chemical & Solvent Co.
Pennzoil
PepsiCo Inc.
Pfizer Inc.
Phelps Dodge Magnet Wire Co.
Phillips Petroleum Co.
Pollution Control Systems Inc.
Quaker Oats Co.
Quaker State Co.
Rinecci Inc.
Sasol Ltd.
Shell Oil Co.
Star Enterprises
Steelcase Inc.
Sundstrand Aerospace Corp.
T.H. Agriculture & Nutrition Co.
Tastemaker
Teva Pharmaceuticals USA Inc.
Texaco Inc.
Texas Eastern Products Pipeline
Texas Gas Transmission Corp.
Textileather Corp.
Tosco Wood River Refinery
Toyota Motor Manufacturing
Treatment One
United States Steel Corp.
United Technologies Corp.
Unocal Corp.
USX Corp.
Vanderbilt Chemical Co.
Warner Lambert Co.
Waste Control Specialists LLC
Westlake CA&O
Westlake Monomers
Weyerhaeuser Co.
Wyckoff Chemicals

## Significant Unsecured Creditors

A&D Environmental Services LLC
Action Industrial Group LLC
Albarell Electric Inc.
All-Trade Construction Co. Inc.
Amlon Resources Group LLC
Aquatech International Corp.
B&L Construction
Beemsterboer Slag Corp.
Berger Home & Land Development
Better Management Corp.
BNSF Railway Co.
Carmeuse Lime & Stone Inc.
Caroplast Inc.
Chemalloy Co. Inc.
Chemicals Inc.
Cherokee Millwright & Mechanical Inc.
CIT Group, The/Equipment Financing Inc.
Clary Hood Inc.
CSX N/A 128121
Day & Zimmermann International Inc.
Divane Brothers Electric Co.
E.J. Bognar Inc.
Eblen, Wilma J.
Eldeco Inc.
Electrical Equipment Co.
Encotech Inc.
Endress + Hauser Inc.
EWProcess Inc.
Fastenal Co.
First Staffing
First Union Rail Corp.
Fisher Scientific International Inc.
FLSmidth Salt Lake City Inc.
FreightWorks LLC
Gardner Denver Nash LLC
GE Railcar Services Corp.
GES Inc.
Halama Brothers Electric Inc.
Hertz Equipment Rental Corp.
Hoist & Crane Systems Inc.
HST Inc.
Hudbay Marketing & Sales Inc.
Industry Terminal & Salvage Co.
Integrity Construction & Grading LLC

Jack Gray Transport Inc.
JB Russell & Son Construction Co. Inc.
Jeff Cobb Trucking Inc.
JT Thorpe & Son Inc.
Lab Support
Limpact International Ltd.
Linde LLC
Mayco Holdings LLC
Mechanical Supply Co. Inc.
Metropolitan Environmental Services Inc.
Mid-Continent Coal & Coke Co.
Moore Industrial Services LLC
Motion Industries Rockwood
National Oilwell Varco Inc.
Norfolk Southern Railway Co.
OBI Linings Inc.
Outokumpu Stainless USA LLC
Page ETC Inc.
Pocock Industrial Inc.
Porters Electric  Motor Service Inc.
Powers Coal & Coke LLC
Predator Trucking Co. Inc.
Press Rentals
Query-Pritchard Construction Inc.
Rain for Rent Inc.
Regenergy Inc.
Rexel SA
RG Burns Inc.
Roebuck Buildings Co. Inc.
Ruppe, Becky
Ruthrauff Service LLC
Saft America Inc.
SCB International Materials Inc.
Smith-Manus Agency Inc.
Southeastern Fiberglass Products Inc.
SRE Inc.
StaffMasters Inc.
Tencarva Machinery Co.
Terra First LLC
Terry Cantrell Construction
Tindall Co.
Towers Watson Pennsylvania Inc.
Transply Inc.
Underground Electric Supply Co.

Union Pacific Railroad Co.
Univar USA Inc.

Water Dynamics Inc.
Xylem Dewatering Solutions Inc.

**Significant Vendors**

ABB
ABB Power Conversion North America
AC Controls Co. Inc.
Acklands-Grainger
AEA
AGMET LLC
Ajax Resources LLC
Akkuser Oy
All Trade Construction Inc.
Allegheny Technologies Inc.
Allied Rubber
Amlon
Andersons Inc., The
Asturiana de Zinc SAU
Asturiana de Zinc SAU
Atmos Energy Marketing LLC
Baird Transport
Battery Solutions Inc.
Baumgardner Service Inc.
Bearing Distributors Inc.
Bognar & Co Inc.
Brahma
Bruce & Merrilees Electric
C N
C.H. Robinson Worldwide Inc.
C.N. Brown Plastics
C.P.E. Filters Inc.
Canada, Government of, Public Works and
    Government Services
Canadian Pacific Railway Co.
Carbon Service & Equipment Co.
Carmath Inc.
Carmeuse Lime Inc.
Carolina Painting Co. Inc.
Carotek Inc.
Carpenter Technology Corp.
Carroll & Carroll Inc.
Century 3 Inc.
Chicago Rail Link LLC
Cintas Corp.
Colonial Pipeline Co.
Cross Filtration
CSX Corp.
CSX Transportation Inc.
CWS Scrap Metal & Towing

Dr. Kahn
Duke Energy Carolinas LLC
Elanco
Eubanks Oil Co.
Exxon Mobil Chemical Company
ExxonMobil Petroleum & Chemical Co.
Fisher Scientific
Flomin Inc.
Flowserve Corp.
FlSmidth
FLSmidth & Co. A/S
Freehold Cartage Inc.
Gary Baker Electrical Inc.
GATX Rail Locomotive Group LLC
GE Capital Rail Services
General Smelting
George's P&H Inc.
George's P&H LLC
Giant Resource Recovery - Sumter Inc.
Giant Resource Recovery Inc.
Gibco Motor-Express LLC
Goodyear Tire & Rubber Co.
Hans Kuenz GmbH
HarbisonWalker International
HarbisonWalker Refractories
Hatch Ltd.
Hills Machinery Co.
Industrial Distribution Group USA LLC
Industry Services Co. Inc.
Infratech Services
Ingalls Occupational Health
Kaeser Compressors Inc.
KCH Engineered Systems
Kuenz Holding GmbH
Lewis-Goetz & Co. Inc.
Lewis-Goetz Company
Linde Canada
LMB Industrial Services Inc.
M&C Railcar Leasing LLC
Magnesita Refratarios SA
Midwest Railcar Capital Equipment Corp.
Mixson Oil Co. Inc.
Motion Industries Inc.
Murphy Mechanical
NA Refractory

North American Stainless Inc.
Northern Illinois Steel Supply Co.
Nova Clinic, The
OMI Refractories LLC
O-N Minerals (Luttrell) Company d/b/a
    Carmeuse Lime & Stone
Onex Corp.
Onex Inc.
Paulson Oil Co.
Phillips & Lawing Fuel Inc.
Power Equipment Co.
Railcar Leasing Specialists of Illinois LLC
Rechargeable Battery Recycling Corp.
RelaDyne LLC
Reno Refractories Inc.
Republic Services Inc.
Rescar Inc.
Richardson Service 1991 Inc.
Riverside Refractories Inc.
Rockwood, City of (TN), Rockwood Natural
    Gas System
Rockwood, City of (TN), Water Sewer &
    Natural Gas Department
Roland Machinery Co.
Roland Machinery Co. Inc.
Rosemount Technical
RSR Corp.
Safety-Kleen Systems Inc.
Saft Groupe SA

Sefar
Servedio & Robinson
Snowshoe Refractories LLC
Snyder Brothers Inc.
South Carolina Electric & Gas Company
Southern States Chemical Inc.
SpinTek
Summit Medical
Sunwest Supply Inc.
T&M Equipment Company
T. Bruce Campbell Construction Co. Inc.
T. Bruce Sales Inc.
Taylor Air Centers
Terrafirst
Toyo Pumps NA Corp.
Twin Eagle Resource Management LLC
U.S. Bulk Transport Inc.
UGI Central Penn Gas Inc.
UniFirst Corp.
Union Pacific Railroad
United Rentals Inc.
Univar
US Ecology Inc.
Veolia Water Technologies Inc.
W.W. Grainger Inc.
Waste Management Inc.
Witham Sales & Service Inc.
Woodings Industrial Corp.

## **Surety Bonds**

Lexon Insurance Company
Pennsylvania, Commonwealth of, Department of Environmental Protection, Bureau of Waste
    Management

**Taxing Authorities**

Aquashicola, City of (PA), Tax Collector
Barnwell, County of (SC), Treasurer
Becky Ruppe, City Recorder Admin (TN)
Brampton Flower City (Canada)
Brown, Connie
California, State of, Franchise Tax Board
Canada Revenue Agency
Chicago, City of (IL)
Cook, County of (IL), Treasury
Gibson, Wendall, Jr.
Harris, County of (TX), Tax Office
Lawrence, County of (PA), Treasurer
Nemeth, Lisa
Ohio, State of, Department of Taxation
Quebec, Province of, Minister of Revenue
Roane, County of (TN), Trustee
Rutherford, County of (NC), Revenue Dept.
Texas, State of, Comptroller of Public Accounts
United States Department of the Treasury
Washington, County of (OK), Treasurer

**U.S. Trustee Personnel**

Attix, Lauren
Buchbinder, David
Casey, Linda
Cox, Natalie
Dortch, Shakima L.
Fox, Timothy J., Jr.
Green, Christine
Hackman, Benjamin
Heck, Jeffrey
Kenney, Mark
Leamy, Jane
McCollum, Hannah M.
O'Malley, James R.
Panacio, Michael
Patton, Tiiara
Sarkessian, Juliet
Schepacarter, Richard
Serrano, Edith A.
Starr, Karen
Tinker, T. Patrick
Vinson, Ramona
West, Michael
Wynn, Dion

## Unions

Teamsters Local 261
Unifor Local 591-G-850
USW Local 2599-16
USW Local 7-209
USW Local 9-990
UTU Local 498

## Utilities

Access Point Inc.
Apptix Inc.
AT&T Inc.
Barnwell, City of (SC), Board of Public Works
Bartlesville, City of (OK)
Blue Ridge Communications
Chicago, City of (IL), Department of Finance, Water Division
Columbia Gas
Comcast Corp.
Commonwealth Edison Co.
Constellation Energy Services
Daniel Morgan Water District
Duquesne Light Co.
Duke Energy Corp.
Enbridge Gas Distribution
FirstEnergy Solutions Corp.
Forest City, Town of (NC)
GDF SUEZ Energy Resources Inc.
Hydro One Brampton Inc.
Palmerton, Borough of (PA)
Pennsylvania American Water Co.
PPL Electric Utilities Corp.
PSNC Energy
Rockwood, City of (TN), Electric Utility
Rockwood, City of (TN), Water & Gas
Shell Energy
Snyder Brothers Inc.
South Carolina Electric & Gas
Spectrotel Inc.
Sprint Corp.
Talen Energy Corp.
Transcontinental Gas Pipe Line Corp.
Twin Eagle Resource Manager
UGI Utilities Inc.
U.S. Cellular
Verizon Wireless

## Schedule 2

### Connections with Parties-in-Interest

American International Group Inc.
AT&T Inc.
Attwood Corp.
Banc of America CDE LLC
Banc of America Development Inc.
Bank of America
Bank of America Corp.
Bank of Montreal
Bank of New York Mellon Corp., The
Barclays PLC
BMO Asset Management Inc.
BMO Global Asset Management
BNP Paribas Arbitrage SA
BOA Investment Fund III LLC
CIBC Securities Inc.
CT Corporation
Columbia Gas
Frontier Capital Management Co. LLC
GE Asset Management Inc.
Goodyear Tire & Rubber Co.
Lehman Financial Services Inc.
Lexington Insurance Co.
Macquarie Bank Ltd.
Macquarie Physical Commodities LLC
National Union Fire Insurance Co. of Pittsburgh PA
Noveon Inc.
State Street Corp.
State Street Global Advisors UK
State Street Global Advisors US
Summit Investment Partners Inc.
Teachers Insurance & Annuity Association
Tennessee, State of, Department of Environment & Conservation, Air Pollution Control Board
Tennessee, State of, Department of Environment & Conservation, Division of Fiscal Services, Consolidated Fee Section – APC
Tennessee, State of, Department of Environment & Conservation, Division of Water Pollution Control
Tennessee, State of, Division of Air Pollution Control
TIAA CREF Investment Management
Transcontinental Gas Pipe Line Corp.
Univar
Univar USA Inc.
Valic Co. I