IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| HORSEHEAD HOLDING CORP., et al.[1] | Case No. 16-10287 (CSS) |
| Debtors | Jointly Administered |

**JOINDER TO THE MOTIONS OF GUY SPIER AND OF PHIL TOWN REQUESTING THE APPOINTMENT OF AN EQUITY COMMITTEE**

By Email and by Mail

Please see attached my letter to Justice Sontchi

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Horsehead Holding Corp. (7377); Horsehead Corporation (7346); Horsehead Metal Products, LLC (6504); The International Metals Reclamation Company, LLC (8892); and Zochem Inc. (4475). The Debtors' principal offices are located at 4955 Steubenville Pike, Suite 405, Pittsburgh, Pennsylvania 15205.

**Via Email and by Mail**

Justice Christopher Sontchi,
C/o
David D. Bird
Clerk of the Court
United States Bankruptcy Court of the District of Delaware
824 Market St. N
3rd Floor
Wilmington, DE 19801

Re:   Horsehead Holdings Corp. et. al.
      Joinder to the Motion of Guy Spier for the Entry of an Order Appointing an Equity Committee

Dear Justice Sontchi,

I am writing to you in order to express my support of the motions by Guy Spier and by Phil Town requesting an equity committee in the case of Horsehead Holdings.

In addition to my supporting and agreeing with their words, I would like to add the following supporting statements.

I purchased over 38,000 shares of Horsehead (Zinc) over the last few years. I did extensive research on the company, listened to quarterly earning calls like a research student and paid deep attention to every announcement from the company. The consistent actions and statements from the company reinforced my belief that the company has substantial assets that are worth my investments.

At no point in time, the company sent any indications of bankruptcy possibilities within the next year. In fact in the last quarterly conference call on November 9th, the management indicated that they have sufficient cash reserves for the next 12 months and that there are no insurmountable problems with their new plant. If so, how could the company justify bankruptcy within a few months? These actions by the company are deeply immoral and contrary to the fair and just principles of the markets and laws that they are founded upon. I believe the laws are protect the common smaller investors who simply follow the law and who participate in the market with their hardearned and often lifetime savings.

Dear Justice Sontchi, you have the power to help the helpless with the right over the wrong, the fair over the unfair and the just over the unjust actions.

Sincerely,


Vijay Kasireddy
17522 SE 46th St, Bellevue, WA, USA 98006


[Type here]