<u>EXHIBIT C</u>
TO ELDECO, INC.'S NOTICE OF PERFECTION OF LIEN
PURSUANT TO 11. U.S.C. § 546(b)

1-14010 HORSEHEAD 600- PLANT

| Horsehead PO | Description of Work | Invoice Number | Date Billed | Balance | Current | Over 30 | Over 60 | Over 90 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 11,433.50* |
| | INSTALL CONDUIT AND WIRE HARMONIC FILTERS | 27043 | 8-Dec | $1,785.00 ✓ | | $1,785.00 | | |
| | BUDGET FOR RTD AND TRACE BRANCHING CONNECTION FOR CHROMOLOX PANEL | 26935 | 25-Nov | $34,186.50 | | $34,186.50 | | |
| | SHED TO HORSEHEAD | 27024 | 2-Dec | $1,500.00 | | $1,500.00 | | |
| | GYPSUM DRYER COMMISSIONING SUPPORT | 27041 | 8-Dec | $3,982.00 | | $3,982.00 | | |
| | T&M CHANGE ORDER $ SRK | 27101 | 8-Dec | $16,933.55 | | $16,933.55 | | |
| | ELECTRICAL REPAIRS TO ELECTROLYTE LEACH SUMP PUMP ELECT. FEED NEW | 26938 | 23-Sep | $41,826.00 | | | | $41,826.00 |
| | CAT 6 CABLE TO GUARD SHACK | 26944 | 20-Nov | $7,507.50 | | | $7,507.50 | |
| | ELECTRICAL FEEDER TO GA-119 | 26945 | 20-Nov | $3,200.00 | | | $3,200.00 | |
| | INSTALLATION OF POWER BLUE BLDG. GUARD SHACK/COMMAND CENTER | 26774 | 22-Oct | $1,775.00 | | | | $1,775.00 |
| | TEN WATER FLOW METERS | 26935 | 20-Nov | $17,060.00 | | | $17,060.00 | |
| | ELECTRICAL HEATTRACE TROUBLESHOOTING | 26775 | 22-Oct | $10,845.00 | | | | $10,845.00 |
| | INSTALL AND TERMINATE FEEDERS GA-210 & GA-252A/B | 26776 | 22-Oct | $35,650.00 | | | | $35,650.00 |
| | INSTALL ELECTRICAL POWER AT PILOT PLANT | 27042 | 8-Dec | $18,202.65 | | $18,202.65 | | |
| | ELECTRICAL WORK SERIAL LETTER 0222 | 26937 | 20-Nov | $8,490.37 | | | $8,490.37 | |
| | ELECTRICAL WORK SERIAL LETTER 0226 | 26938 | 20-Nov | $5,185.00 | | | $5,185.00 | |
| | ELECTRICAL WORK SERIAL LETTER 0206 | 26939 | 20-Nov | $7,795.00 | | | $7,795.00 | |
| | ELECTRICAL WORK SERIAL LETTER 0210 & 217 | 26940 | 20-Nov | $5,849.44 | | | $5,849.44 | |
| | ADDITIONAL ELECTRICAL WORK FOR TEMPORARY PRESS AT PX-651 | 27037 | 7-Dec | $34,543.05 | | $34,543.05 | | |
| | ADDITIONAL WORK SERIAL LETTERS : 229, 228, 232 | 27134 | 18-Dec | $21,612.69 | | $21,612.69 | | |
| | RETAINAGE PAYMENT FOR POS | 27135 | 18-Dec | $11,427.87 | | $11,427.87 | | |
| | PILOT PLANT ELECTRICAL WORK | 27250 | 12-Jan | $50,000.00 | $50,000.00 | | | |
| | ELECTRICAL REPAIRS TO ELECTROLYTE | 27334 | 21-Jan | $84,200.00 | $84,200.00 | | | |
| | ENGINEERING TRAILER MOVE | 27336 | 25-Jan | $32,674.32 | $32,674.32 | | | |
| | T&M CHANGE ORDER $ SRK | 27337 | 25-Jan | $33,066.36 | $33,066.36 | | | |
| | INSTRUMENTATION SUPPORT | 27347 | 27-Jun | $7,000.00 | $7,000.00 | | | |
| | INSTALL GA-753C RECEPTACLES | 27348 | 27-Jan | $8,497.75 | $8,497.75 | | | |
| | ELECTRICAL INSTALL LIGHTING TOP OF CELL HOUSE | 27350 | 27-Jan | $24,116.00 | $24,116.00 | | | |
| | INSTALL ELECTRICAL POWER AT PILOT PLANT | 27351 | 27-Jan | $1,027.35 | $1,027.35 | | | |
| | INSTALL CKT LABELS | 27352 | 27-Jan | $5,700.00 | $3,700.00 | | | |
| | Job Totals | | | $535,638.00 | $246,281.78 | $144,173.31 | $55,087.31 | $90,056.00 |



ELectrical DEvelopment COntractors
5751 Augusta Road
Greenville, South Carolina 29605
(864) 277-9088

BILL TO:

HORSEHEAD METAL PRODUCTS, INC.
Attn: Accounts Payable
484 Hicks Grove Road
Mooresboro, NC 28114

INVOICE #: **27043**
INVOICE DATE: 12/08/15
OUR ORDER #: 1-14010-17
APPLICATION #: 1
TERMS: 30 DAYS

HORSEHEAD PO #: 300132-000 OS

Service Address:
HORESEHEAD
484 Hicks Grove Road
Mooresboro, NC 28114

| DESCRIPTION | UNIT PRICE | | AMOUNT | |
|---|---|---|---|---|
| HORSEHEAD PO #: 300132-000 OS Line 1- INSTALLATION OF NEW CONDUIT/WIRE AT HARMONIC FILTER | $ | 1,785.00 | $ | 1,785.00 |
| | | | $ | - |
| ORIGINAL CONTRACT AMOUNT | | | $ | 1,785.00 |
| TOTAL COMPLETED AND STORED TO DATE | | | $ | 1,785.00 |
| PREVIOUS BILLINGS | | | | $0.00 |
| AMOUNT DUE THIS BILLING | | | $ | 1,785.00 |
| CONTRACT AMOUNT BALANCE | | | $ | - |

Any questions concerning this invoice please contact our office immediately.

Please reference our invoice number on your check.

Invoice subject to S.C. Code 29-6-10-ET-SEQ

Questions concerning this invoice?

Call: Cao Menendez at (864) 277-9088 ext 1006
Email: cmenendez@eldecoinc.com

| SUBTOTAL | $1,785.00 |
|---|---|
| TOTAL DUE | $1,785.00 |

MAKE ALL CHECKS PAYABLE TO:
ElDeCo, Inc.
5751 Augusta Road
Greenville, South Carolina 29605
Attn: Accounts Receivable

*THANK YOU!*

*Old – World Values; New – World Solutions*



ELectrical DEvelopment COntractors
5751 Augusta Road
Greenville, South Carolina 29605
(864) 277-9088

BILL TO:

    HORSEHEAD METAL PRODUCTS, INC.
    Attn: Accounts Payable
    484 Hicks Grove Road
    Mooresboro, NC 28114

INVOICE #: 26935
INVOICE DATE: 11/22/15
OUR ORDER #: 1-14010-22
APPLICATION #: 3
TERMS: 30 DAYS

HORSEHEAD PO #: 300464-000 OS

Service Address:
    HORSEHEAD
    484 Hicks Grove Road
    Mooresboro, NC 28114

| DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|
| HORSEHEAD PO #: 300464-000 OS Line 1- Installation of wire and termination for RTD "Chromalox" Heat Trace | $   34,186.50 | $    34,186.50 |
| | | |
| ORIGINAL CONTRACT AMOUNT | | $    227,910.00 |
| TOTAL COMPLETED AND STORED TO DATE | | $    227,910.00 |
| | | |
| PREVIOUS BILLINGS | | $193,723.50 |
| AMOUNT DUE THIS BILLING | | $    34,186.50 |
| CONTRACT AMOUNT BALANCE | | $        - |

Any questions concerning this invoice please contact our office immediately.

Please reference our invoice number on your check.

Invoice subject to S.C. Code 29-6-10-ET-SEQ

Questions concerning this invoice?

Call: Cao Menendez at (864) 277-9088 ext 1006
Email: cmenendez@eldecoinc.com

MAKE ALL CHECKS PAYABLE TO:
ElDeCo, Inc.
5751 Augusta Road
Greenville, South Carolina 29605
Attn: Accounts Receivable

| SUBTOTAL | $34,186.50 |
|---|---|
| TOTAL DUE | $34,186.50 |

*THANK YOU!*

*Old – World Values; New – World Solutions*



ELectrical DEvelopment COntractors

5751 Augusta Road
Greenville, South Carolina 29605
(864) 277-9088

BILL TO:

HORSEHEAD
Attn: Accounts Payable
4955 Steubenville Pike Suite 405
Pittsburg, PA 15205

INVOICE #: **27024**
INVOICE DATE: **12/02/15**
OUR ORDER #: **1-14010-036**
APPLICATION #: **1**
TERMS: **30 DAYS**

HORSEHEAD PO #: 3003156-000

Service Address:

HORSEHEAD
520 Hicks Grove Road
Mooresboro, NC 28114

| DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|
| PO 303156-00 Sweeper Shead 20'x40' Aluminum | $    1,500.00 | $      1,500.00 |
| ORIGINAL CONTRACT AMOUNT | | $   1,500.00 |
| TOTAL COMPLETED AND STORED TO DATE | | $   1,500.00 |
| PREVIOUS BILLINGS | | $0.00 |
| AMOUNT DUE THIS BILLING | | $   1,500.00 |
| CONTRACT AMOUNT BALANCE | | $       - |

Any questions concerning this invoice please contact our office immediately.

Please reference our invoice number on your check.

Invoice subject to S.C. Code 29-6-10-ET-SEQ

Questions concerning this invoice?

Call: Cao Menendez at (864) 277-9088 ext 1006
Email: cmeuendez@eldecoinc.com

MAKE ALL CHECKS PAYABLE TO:
ElDeCo, Inc.
5751 Augusta Road
Greenville, South Carolina 29605
Attn: Accounts Receivable

| SUBTOTAL | $1,500.00 |
|---|---|
| TOTAL DUE | $1,500.00 |

*THANK YOU!*

*Old – World Values; New – World Solutions*



ELectrical DEvelopment COntractors
5751 Augusta Road
Greenville, South Carolina 29605
(864) 277-9088

BILL TO:

HORSEHEAD METAL PRODUCTS, INC.
Attn: Accounts Payable
484 Hicks Grove Road
Mooresboro, NC 28114

INVOICE #: **27041**
INVOICE DATE: 12/08/15
OUR ORDER #: 1-14010-50
APPLICATION #: 1
TERMS: 30 DAYS

HORSEHEAD PO #: 304005-000 OS

Service Address:

HORESEHEAD
484 Hicks Grove Road
Mooresboro, NC 28114

| DESCRIPTION | UNIT PRICE | | AMOUNT | |
|---|---|---|---|---|
| HORSEHEAD PO #: 304005-000 OS Line 1- COMMISIONING ELECTRICAL SUPPORT GYPSUM DRYER | $ | 3,982.00 | $ | 3,982.00 |
| | | | $ | |
| ORIGINAL CONTRACT AMOUNT | | | $ | 3,982.00 |
| TOTAL COMPLETED AND STORED TO DATE | | | $ | 3,982.00 |
| PREVIOUS BILLINGS | | | | $0.00 |
| AMOUNT DUE THIS BILLING | | | $ | 3,982.00 |
| CONTRACT AMOUNT BALANCE | | | $ | |
| Any questions concerning this invoice please contact our office immediately. | | | | |
| Please reference our invoice number on your check. | | | | |
| Invoice subject to S.C. Code 29-6-10-ET-SEQ | | | | |

Questions concerning this invoice?

Call: Cao Menendez at (864) 277-9088 ext 1006
Email: cmenendez@eldecoinc.com

MAKE ALL CHECKS PAYABLE TO:
ElDeCo, Inc.
5751 Augusta Road
Greenville, South Carolina 29605
Attn: Accounts Receivable

| SUBTOTAL | $3,982.00 |
|---|---|
| TOTAL DUE | $3,982.00 |

*THANK YOU!*

*Old - World Values; New - World Solutions*



**ELectrical DEvelopment COntractors**
5751 Augusta Road
Greenville, South Carolina 29605
(864) 277-9088

BILL TO:

HORSEHEAD METAL PRODUCTS, INC.
Attn: Accounts Payable
484 Hicks Grove Road
Mooresboro, NC 28114

INVOICE #: **27101**
INVOICE DATE: 12/08/16
OUR ORDER #: 1-14010-51
APPLICATION #: 1
TERMS: 30 DAYS

HORSEHEAD PO #: 304253-000 OS

Service Address:

HORSEHEAD
484 Hicks Grove Road
Mooresboro, NC 28114

| DESCRIPTION | UNIT PRICE | | AMOUNT | |
|---|---|---|---|---|
| HORSEHEAD PO #: 304253-000 OS Line 1- TIME AND MATERIAL WORK SERIAL LETTER EDC/HH-0239-CAP DATED DECEMBER 31, 2015 | $ | 7,022.30 | $ | 7,022.30 |
| HORSEHEAD PO #: 304253-000 OS Line 1- TIME AND MATERIAL WORK SERIAL LETTER EDC/HH-0232-CAP DATED NOVEMBER 30, 2016 | | $8,435.80 | $ | 8,435.80 |
| HORSEHEAD PO #: 304253-000 OS Line 1- TIME AND MATERIAL WORK SERIAL LETTER EDC/HH-0238-CAP DATED DECEMBER 31, 2015 (PENDING TO INVOICE $ 2,900.42) | $ | 1,475.45 | $ | 1,475.45 |
| | | | | |
| ORIGINAL CONTRACT AMOUNT | | | $ | 50,000.00 |
| TOTAL COMPLETED AND STORED TO DATE | | | $ | 16,933.55 |
| ADDITIONAL CHANGE ORDERS | | | $ | - |
| PREVIOUS BILLINGS | | | $ | - |
| AMOUNT DUE THIS BILLING | | | $ | 16,933.55 |
| CONTRACT AMOUNT BALANCE | | | $ | 33,066.45 |
| *Any questions concerning this invoice please contact our office immediately.* | | | | |
| *Please reference our invoice number on your check.* | | | | |

Invoice subject to S.C. Code 29-6-10-ET-SEQ

Questions concerning this invoice?
Call: Cao Menendez at (864) 277-9088 ext 1006
Email: cmenendez@eldecoinc.com

| SUBTOTAL | $16,933.55 |
|---|---|
| | |
| TOTAL DUE | $16,933.55 |

MAKE ALL CHECKS PAYABLE TO:
ElDeCo, Inc.
5751 Augusta Road
Greenville, South Carolina 29605
Attn: Accounts Receivable

*THANK YOU!*

*Old – World Values; New – World Solutions*



ELectrical DEvelopment COntractors
5751 Augusta Road
Greenville, South Carolina 29605
(864) 277-9088

BILL TO:

HORSEHEAD METAL PRODUCTS, INC.
Attn: Accounts Payable
484 Hicks Grove Road
Mooresboro, NC 28114

INVOICE #: 26688
INVOICE DATE: 09/25/15
OUR ORDER #: 1-14010-67
APPLICATION #: 1
TERMS: 30 DAYS

HORSEHEAD PO #: 305690-000 OS

Service Address:

HORESEHEAD
484 Hicks Grove Road
Mooresboro, NC 28114

| DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|
| HORSEHEAD PO #: 305690-000 OS Line 1- Upgrade GA-251 A&B | $ 41,826.00 | $ 41,826.00 |
| | | $ - |
| | | |
| ORIGINAL CONTRACT AMOUNT | | $ 41,826.00 |
| TOTAL COMPLETED AND STORED TO DATE | | $ 41,826.00 |
| PREVIOUS BILLINGS | | $ - |
| AMOUNT DUE THIS BILLING | | $ 41,826.00 |
| CONTRACT AMOUNT BALANCE | | $ - |

Any questions concerning this invoice please contact our office immediately.

Please reference our invoice number on your check.

Invoice subject to S.C. Code 29-6-10-ET-SEQ

Questions concerning this invoice?

Call: Cao Menendez at (864) 277-9088 ext 1006
Email: cmenendez@eldecoinc.com

MAKE ALL CHECKS PAYABLE TO:
ElDeCo, Inc.
5751 Augusta Road
Greenville, South Carolina 29605
Attn: Accounts Receivable

| SUBTOTAL | $41,826.00 |
|---|---|
| | |
| TOTAL DUE | $41,826.00 |

*THANK YOU!*

*Old – World Values; New – World Solutions*



ELectrical DEvelopment COntractors
5751 Augusta Road
Greenville, South Carolina 29605
(864) 277-9088

BILL TO:

HORSEHEAD METAL PRODUCTS, INC.
Attn: Accounts Payable
484 Hicks Grove Road
Mooresboro, NC 28114

INVOICE #: 26944
INVOICE DATE: 11/20/15
OUR ORDER #: 1-14010-68
APPLICATION #: 1
TERMS: 30 DAYS

HORSEHEAD PO #: 305821-000 OS

Service Address:

HORSEHEAD
484 Hicks Grove Road
Mooresboro, NC 28114

| DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|
| HORSEHEAD PO #: 305821-000 OS Line 1- NEW BREAKER AND FEEDER FOR GA-119 | $    7,507.50 | $    7,507.50 |
| | | $            . |
| ORIGINAL CONTRACT AMOUNT | | $    10,010.00 |
| TOTAL COMPLETED AND STORED TO DATE | | $    7,507.50 |
| PREVIOUS BILLINGS | | $0.00 |
| AMOUNT DUE THIS BILLING | | $    7,507.50 |
| CONTRACT AMOUNT BALANCE | | $    2,502.50 |

Any questions concerning this invoice please contact our office immediately.

Please reference our invoice number on your check.

Invoice subject to S.C. Code 29-6-10-ET-SEQ

Questions concerning this invoice?

Call: Ceo Menendez at (864) 277-9088 ext 1006
Email: cmenendez@eldecoinc.com

MAKE ALL CHECKS PAYABLE TO:
ElDeCo, Inc.
5751 Augusta Road
Greenville, South Carolina  29605
Attn: Accounts Receivable

| SUBTOTAL | $7,507.50 |
|---|---|
| TOTAL DUE | $7,507.50 |

*THANK YOU!*

*Old – World Values; New – World Solutions*



ELectrical DEvelopment COntractors
5751 Augusta Road
Greenville, South Carolina 29605
(864) 277-9088

BILL TO:

HORSEHEAD METAL PRODUCTS, INC.
Attn: Accounts Payable
484 Hicks Grove Road
Mooresboro, NC 28114

INVOICE #: **26945**
INVOICE DATE: 11/20/15
OUR ORDER #: 1-14010-72
APPLICATION #: 1
TERMS: 30 DAYS

HORSEHEAD PO #: 306062-000 OS

Service Address:

HORESEHEAD
484 Hicks Grove Road
Mooresboro, NC 28114

| DESCRIPTION | | UNIT PRICE | | AMOUNT |
|---|---|---|---|---|
| HORSEHEAD PO #: 306062-000 OS Line 1- INSTALLATION OF CAT 6 CABLE FROM SERVER ROOM TO GUARD SHACK | | $ 3,200.00 | $ | 3,200.00 |
| | | | $ | - |
| ORIGINAL CONTRACT AMOUNT | | | $ | 3,200.00 |
| TOTAL COMPLETED AND STORED TO DATE | | | $ | 3,200.00 |
| PREVIOUS BILLINGS | | | | $0.00 |
| AMOUNT DUE THIS BILLING | | | $ | 3,200.00 |
| CONTRACT AMOUNT BALANCE | | | $ | - |
| Any questions concerning this invoice please contact our office immediately. | | | | |
| Please reference our invoice number on your check. | | | | |

Invoice subject to S.C. Code 29-6-10-ET-SEQ

Questions concerning this invoice?

Call: Cao Menendez at (864) 277-9088 ext 1006
Email: cmenendez@eldecoinc.com

MAKE ALL CHECKS PAYABLE TO:
ElDeCo, Inc.
5751 Augusta Road
Greenville, South Carolina 29605
Attn: Accounts Receivable

| | |
|---|---|
| SUBTOTAL | $3,200.00 |
| TOTAL DUE | $3,200.00 |

*THANK YOU!*

*Old - World Values; New - World Solutions*



ELectrical DEvelopment COntractors
5751 Augusta Road
Greenville, South Carolina 29605
(864) 277-9088

BILL TO:

HORSEHEAD METAL PRODUCTS, INC.
Attn: Accounts Payable
484 Hicks Grove Road
Mooresboro, NC 28114

INVOICE #: **26774**
INVOICE DATE: **10/22/15**
OUR ORDER #: **1-14010-76**
APPLICATION #: **1**
TERMS: **30 DAYS**

HORSEHEAD PO #: 306685-000 OS

Service Address:

HORESEHEAD
484 Hicks Grove Road
Mooresboro, NC 28114

| DESCRIPTION | UNIT PRICE | | AMOUNT | |
|---|---|---|---|---|
| HORSEHEAD PO #: 306685-000 OS Line 1- NEW WIRE TO VALVE AT 301 CONTAINMENT | $ | 1,775.00 | $ | 1,775.00 |
| | | | $ | - |
| ORIGINAL CONTRACT AMOUNT | | | $ | 1,775.00 |
| TOTAL COMPLETED AND STORED TO DATE | | | $ | 1,775.00 |
| PREVIOUS BILLINGS | | | | $0.00 |
| AMOUNT DUE THIS BILLING | | | $ | 1,775.00 |
| CONTRACT AMOUNT BALANCE | | | $ | - |
| Any questions concerning this invoice please contact our office immediately. | | | | |
| Please reference our invoice number on your check. | | | | |
| Invoice subject to S.C. Code 29-6-10-ET-SEQ | | | | |

| | | |
|---|---|---|
| SUBTOTAL | | $1,775.00 |
| TOTAL DUE | | $1,775.00 |

Questions concerning this invoice?

Call: Cao Menendez at (864) 277-9088 ext 1006
Email: cmenendez@eldecoinc.com

MAKE ALL CHECKS PAYABLE TO:
ElDeCo, Inc.
5751 Augusta Road
Greenville, South Carolina 29605
Attn: Accounts Receivable

*THANK YOU!*

*Old – World Values; New – World Solutions*



**ELectrical DEvelopment COntractors**
5751 Augusta Road
Greenville, South Carolina 29605
(864) 277-9088

BILL TO:

HORSEHEAD METAL PRODUCTS, INC.
Attn: Accounts Payable
484 Hicks Grove Road
Mooresboro, NC 28114

INVOICE #: 26936
INVOICE DATE: 11/20/15
OUR ORDER #: 1-14010-80
APPLICATION #: 1
TERMS: 30 DAYS

HORSEHEAD PO #: 306972-000 OS

Service Address:
HORESEHEAD
484 Hicks Grove Road
Mooresboro, NC 28114

| DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|
| HORSEHEAD PO #: 306972-000 OS Line 1- CONDUIT, WIRING AND TERMINATION FOR TEN WATER FLOW METERS | $ 17,060.00 | $ 17,060.00 |
| | $ | - |
| ORIGINAL CONTRACT AMOUNT | | $ 17,060.00 |
| TOTAL COMPLETED AND STORED TO DATE | | $ 17,060.00 |
| PREVIOUS BILLINGS | | $0.00 |
| AMOUNT DUE THIS BILLING | | $ 17,060.00 |
| CONTRACT AMOUNT BALANCE | | $ - |

Any questions concerning this invoice please contact our office immediately.

Please reference our invoice number on your check.

Invoice subject to S.C. Code 29-6-10-ET-SEQ

| | |
|---|---|
| SUBTOTAL | $17,060.00 |
| TOTAL DUE | $17,060.00 |

Questions concerning this invoice?
Call: Cao Menendez at (864) 277-9088 ext 1006
Email: cmenendez@eldecoinc.com

MAKE ALL CHECKS PAYABLE TO:
ElDeCo, Inc.
5751 Augusta Road
Greenville, South Carolina 29605
Attn: Accounts Receivable

*THANK YOU!*

*Old – World Values; New – World Solutions*



**ELectrical DEvelopment COntractors**
5751 Augusta Road
Greenville, South Carolina 29605
(864) 277-9088

BILL TO:

HORSEHEAD METAL PRODUCTS, INC.
Attn: Accounts Payable
484 Hicks Grove Road
Mooresboro, NC 28114

INVOICE #: 26775
INVOICE DATE: 10/22/15
OUR ORDER #: 1-14010-81
APPLICATION #: 1
TERMS: 30 DAYS

HORSEHEAD PO #: 307255-000 OS

Service Address:
    HORESEHEAD
    484 Hicks Grove Road
    Mooresboro, NC 28114

| DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|
| HORSEHEAD PO #: 307255-000 OS Line 1- HEAT TRACE TROUBLESHOOTING ZONE 4 TO 6 | $   10,845.00 | $     10,845.00 |
| | $ | $                - |
| ORIGINAL CONTRACT AMOUNT | | $     10,845.00 |
| TOTAL COMPLETED AND STORED TO DATE | | $     10,845.00 |
| PREVIOUS BILLINGS | | $0.00 |
| AMOUNT DUE THIS BILLING | | $     10,845.00 |
| CONTRACT AMOUNT BALANCE | | $                - |

Any questions concerning this invoice please contact our office immediately.

Please reference our invoice number on your check.

Invoice subject to S.C. Code 29-6-10-ET-SEQ

Questions concerning this invoice?
Call:  Cao Menendez at (864) 277-9088 ext 1006
Email: cmenendez@eldecoinc.com

MAKE ALL CHECKS PAYABLE TO:
ElDeCo, Inc.
5751 Augusta Road
Greenville, South Carolina 29605
Attn: Accounts Receivable

| | |
|---|---|
| SUBTOTAL | $10,845.00 |
| TOTAL DUE | $10,845.00 |

*THANK YOU!*

*Old – World Values; New – World Solutions*



**ELectrical DEvelopment COntractors**
5751 Augusta Road
Greenville, South Carolina 29605
(864) 277-9088

BILL TO:

HORSEHEAD METAL PRODUCTS, INC.
Attn: Accounts Payable
484 Hicks Grove Road
Mooresboro, NC 28114

INVOICE #: **26776**
INVOICE DATE: 10/22/15
OUR ORDER #: 1-14010-85
APPLICATION #: 1
TERMS: 30 DAYS

HORSEHEAD PO #: 307496-000 OS

Service Address:

HORSEHEAD
484 Hicks Grove Road
Mooresboro, NC 28114

| DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|
| HORSEHEAD PO #: 307496-000 OS Line 1- INSTALL/TERMINATE FEEDER CABLE & VFD TO MOTOR GA-210 | $ 10,350.00 | $ 10,350.00 |
| HORSEHEAD PO #: 307496-000 OS Line 2- INSTALL/TERMINATE FEEDER CABLE & VFD TO MTRS GA-252 A/B | $ 25,300.00 | $ 25,300.00 |
| ORIGINAL CONTRACT AMOUNT | | $ 35,650.00 |
| TOTAL COMPLETED AND STORED TO DATE | | $ 35,650.00 |
| PREVIOUS BILLINGS | | $0.00 |
| AMOUNT DUE THIS BILLING | | $ 35,650.00 |
| CONTRACT AMOUNT BALANCE | | $ |

Any questions concerning this invoice please contact our office immediately.

Please reference our invoice number on your check.

Invoice subject to S.C. Code 29-6-10-ET-SEQ

Questions concerning this invoice?

Call: Cno Menendez at (864) 277-9088 ext 1006
Email: cmenendez@eldecoinc.com

MAKE ALL CHECKS PAYABLE TO:
ElDeCo, Inc.
5751 Augusta Road
Greenville, South Carolina 29605
Attn: Accounts Receivable

| | | |
|---|---|---|
| SUBTOTAL | | $35,650.00 |
| TOTAL DUE | | $35,650.00 |

*THANK YOU!*

*Old – World Values; New – World Solutions*



ELectrical DEvelopment COntractors
5751 Augusta Road
Greenville, South Carolina 29605
(864) 277-9088

BILL TO:

HORSEHEAD METAL PRODUCTS, INC.
Attn: Accounts Payable
484 Hicks Grove Road
Mooresboro, NC 28114

INVOICE #: **27042**
INVOICE DATE: 12/08/15
OUR ORDER #: 1-14010-88
APPLICATION #: 1
TERMS: 30 DAYS

HORSEHEAD PO #: 308103-000 OS

Service Address:
HORSEHEAD
484 Hicks Grove Road
Mooresboro, NC 28114

| DESCRIPTION | UNIT PRICE | | AMOUNT | |
|---|---|---|---|---|
| HORSEHEAD PO #: 308103-000 OS Line 1- PILOT PLANT ELECTRICAL WORK | $ | 18,972.65 | $ | 18,972.65 |
| | | | $ | - |
| ORIGINAL CONTRACT AMOUNT | | | $ | 20,000.00 |
| TOTAL COMPLETED AND STORED TO DATE | | | $ | 18,972.65 |
| ADDITIONAL CHANGE ORDERS | | | $ | - |
| PREVIOUS BILLINGS | | | $ | - |
| AMOUNT DUE THIS BILLING | | | $ | 18,972.65 |
| CONTRACT AMOUNT BALANCE | | | $ | 1,027.35 |

Any questions concerning this invoice please contact our office immediately.

Please reference our invoice number on your check.

Invoice subject to S.C. Code 29-6-10-ET-SEQ

| | | |
|---|---|---|
| SUBTOTAL | | $18,972.65 |
| TOTAL DUE | | $18,972.65 |

Questions concerning this invoice?
Call: Cao Menendez at (864) 277-9088 ext 1006
Email: cmenendez@eldecoinc.com

MAKE ALL CHECKS PAYABLE TO:
ElDeCo, Inc.
5751 Augusta Road
Greenville, South Carolina 29605
Attn: Accounts Receivable

*THANK YOU!*

*Old – World Values; New – World Solutions*



**ELectrical DEvelopment COntractors**
5751 Augusta Road
Greenville, South Carolina 29605
(864) 277-9088

BILL TO:

HORSEHEAD METAL PRODUCTS, INC.
Attn: Accounts Payable
484 Hicks Grove Road
Mooresboro, NC 28114

INVOICE #: 26937
INVOICE DATE: 11/20/15
OUR ORDER #: 1-14010-89
APPLICATION #: 1
TERMS: 30 DAYS

HORSEHEAD PO #: 308569-000 OS

Service Address:

HORSEHEAD
484 Hicks Grove Road
Mooresboro, NC 28114

| DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|
| HORSEHEAD PO #: 308569-000 OS Line 1- LABOR AND MATERIAL AS PER PROPOSAL EDC-HH-0222-CAP | $    8,490.37 | $    8,490.37 |
| | | $        - |
| ORIGINAL CONTRACT AMOUNT | | $    8,490.37 |
| TOTAL COMPLETED AND STORED TO DATE | | $    8,490.37 |
| PREVIOUS BILLINGS | | $0.00 |
| AMOUNT DUE THIS BILLING | | $    8,490.37 |
| CONTRACT AMOUNT BALANCE | | $        - |
| Any questions concerning this invoice please contact our office immediately. | | |
| Please reference our invoice number on your check. | | |
| Invoice subject to S.C. Code 29-6-10-ET-SEQ | | |

Questions concerning this invoice?

Call: Cao Menendez at (864) 277-9088 ext 1006
Email: omenendez@eldecoinc.com

| SUBTOTAL | $8,490.37 |
|---|---|
| TOTAL DUE | $8,490.37 |

MAKE ALL CHECKS PAYABLE TO:
ElDeCo, Inc.
5751 Augusta Road
Greenville, South Carolina 29605
Attn: Accounts Receivable

*THANK YOU!*

*Old – World Values; New – World Solutions*



ELectrical DEvelopment COntractors
5751 Augusta Road
Greenville, South Carolina 29605
(864) 277-9088

BILL TO:

HORSEHEAD METAL PRODUCTS, INC.
Attn: Accounts Payable
484 Hicks Grove Road
Mooresboro, NC 28114

INVOICE #: **26938**
INVOICE DATE: **11/20/15**
OUR ORDER #: **1-14010-90**
APPLICATION #: **1**
TERMS: **30 DAYS**

HORSEHEAD PO #: 308572-000 OS

Service Address:

HORESEHEAD
484 Hicks Grove Road
Mooresboro, NC 28114

| DESCRIPTION | UNIT PRICE | | AMOUNT | |
|---|---|---|---|---|
| HORSEHEAD PO #: 308572-000 OS Line 1- FURNISH SELECTOR SWITCHES | $ | 5,185.00 | $ | 5,185.00 |
| | | | $ | - |
| ORIGINAL CONTRACT AMOUNT | | | $ | 5,185.00 |
| TOTAL COMPLETED AND STORED TO DATE | | | $ | 5,185.00 |
| PREVIOUS BILLINGS | | | | $0.00 |
| AMOUNT DUE THIS BILLING | | | $ | 5,185.00 |
| CONTRACT AMOUNT BALANCE | | | $ | - |
| Any questions concerning this invoice please contact our office immediately. | | | | |
| Please reference our invoice number on your check. | | | | |
| Invoice subject to S.C. Code 29-6-10-ET-SEQ | | | | |

Questions concerning this invoice?

Call: Cao Menendez at (864) 277-9088 ext 1006
Email: cmenendez@eldecoinc.com

MAKE ALL CHECKS PAYABLE TO:
ElDeCo, Inc.
5751 Augusta Road
Greenville, South Carolina 29605
Attn: Accounts Receivable

| SUBTOTAL | $5,185.00 |
|---|---|
| TOTAL DUE | $5,185.00 |

*THANK YOU!*

*Old – World Values; New – World Solutions*



ELectrical DEvelopment COntractors
5751 Augusta Road
Greenville, South Carolina 29605
(864) 277-9088

BILL TO:

HORSEHEAD METAL PRODUCTS, INC.
Attn: Accounts Payable
484 Hicks Grove Road
Mooresboro, NC 28114

INVOICE #: **26939**
INVOICE DATE: 11/20/15
OUR ORDER #: 1-14010-91
APPLICATION #: 1
TERMS: 30 DAYS

HORSEHEAD PO #: 308573-000 OS

Service Address:

HORESEHEAD
484 Hicks Grove Rond
Mooresboro, NC 28114

| DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|
| HORSEHEAD PO #: 308573-000 OS Line 1- CONDUIT, WIRING, GROUNDING AND TERMINATION FT-2047 & FV-2047 | $   5,525.00 | $   5,525.00 |
| HORSEHEAD PO #: 308573-000 OS Line 2- INSTALL I/O CABINET AREA 800 | $   2,270.00 | $   2,270.00 |
| ORIGINAL CONTRACT AMOUNT | | $   7,795.00 |
| TOTAL COMPLETED AND STORED TO DATE | | $   7,795.00 |
| PREVIOUS BILLINGS | | $0.00 |
| AMOUNT DUE THIS BILLING | | $   7,795.00 |
| CONTRACT AMOUNT BALANCE | | $        - |

Any questions concerning this invoice please contact our office immediately.

Please reference our invoice number on your check.

Invoice subject to S.C. Code 29-6-10-ET-SEQ

Questions concerning this invoice?

Call: Cao Menendez at (864) 277-9088 ext 1006
Email: cmenendez@eldecoinc.com

| SUBTOTAL | $7,795.00 |
|---|---|
| TOTAL DUE | $7,795.00 |

MAKE ALL CHECKS PAYABLE TO:
ElDeCo, Inc.
5751 Augusta Road
Greenville, South Carolina 29605
Attn: Accounts Receivable

*THANK YOU!*

*Old - World Values; New - World Solutions*



ELectrical DEvelopment COntractors
5751 Augusta Road
Greenville, South Carolina 29605
(864) 277-9088

BILL TO:

    HORSEHEAD METAL PRODUCTS, INC.
    Attn: Accounts Payable
    484 Hicks Grove Road
    Mooresboro, NC 28114

INVOICE #: **26940**
INVOICE DATE: 11/20/15
OUR ORDER #: 1-14010-92
APPLICATION #: 1
TERMS: 30 DAYS

HORSEHEAD PO #: 308574-000 OS

Service Address:
    HORSEHEAD
    484 Hicks Grove Road
    Mooresboro, NC 28114

| DESCRIPTION | UNIT PRICE | | AMOUNT | |
| --- | --- | --- | --- | --- |
| HORSEHEAD PO #: 308574-000 OS Line 1- RELOCATE POWER & SELECTOR SWITCHES FOR GA-753C | $ | 3,974.44 | $ | 3,974.44 |
| HORSEHEAD PO #: 308574-000 OS Line 2- REPLACE LIGHTING FIXTURES | | | | |
| | $ | 1,875.00 | $ | 1,875.00 |
| | | | | |
| ORIGINAL CONTRACT AMOUNT | | | $ | 5,849.44 |
| TOTAL COMPLETED AND STORED TO DATE | | | $ | 5,849.44 |
| | | | | |
| PREVIOUS BILLINGS | | | | $0.00 |
| AMOUNT DUE THIS BILLING | | | $ | 5,849.44 |
| CONTRACT AMOUNT BALANCE | | | $ | - |
| Any questions concerning this invoice please contact our office immediately. | | | | |
| Please reference our invoice number on your check. | | | | |
| Invoice subject to S.C. Code 29-6-10-ET-SEQ | | | | |
| | SUBTOTAL | | | $5,849.44 |
| | | | | |
| | TOTAL DUE | | | $5,849.44 |

Questions concerning this invoice?

Call: Cao Menendez at (864) 277-9088 ext 1006
Email: cmenendez@eldecoinc.com

MAKE ALL CHECKS PAYABLE TO:
ElDeCo, Inc.
5751 Augusta Road
Greenville, South Carolina 29605
Attn: Accounts Receivable

*THANK YOU!*

*Old – World Values; New – World Solutions*



**ELectrical DEvelopment COntractors**
5751 Augusta Road
Greenville, South Carolina 29605
(864) 277-9088

BILL TO:

HORSEHEAD METAL PRODUCTS, INC.
Attn: Accounts Payable
484 Hicks Grove Road
Mooresboro, NC 28114

INVOICE #: 27037
INVOICE DATE: 12/07/15
OUR ORDER #: 1-14010-93
APPLICATION #: 1
TERMS: 30 DAYS

HORSEHEAD PO #: 308902-000 OS

Service Address:
HORSEHEAD
484 Hicks Grove Road
Mooresboro, NC 28114

| DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|
| HORSEHEAD PO #: 308902-000 OS Line 1- ELECTRICAL WORK FOR THE INSTALLATION OF TEMPORARY PRESS @ PX-631 | $  34,543.05 | $      34,543.05 |
| | | $          - |
| ORIGINAL CONTRACT AMOUNT | | $      34,543.05 |
| TOTAL COMPLETED AND STORED TO DATE | | $      34,543.05 |
| PREVIOUS BILLINGS | | $0.00 |
| AMOUNT DUE THIS BILLING | | $      34,543.05 |
| CONTRACT AMOUNT BALANCE | | $          - |
| Any questions concerning this invoice please contact our office immediately. | | |
| Please reference our invoice number on your check. | | |

Invoice subject to S.C. Code 29-6-10-ET-SEQ

Questions concerning this invoice?
Call:  Cao Menendez at (864) 277-9088 ext 1006
Email: cmenendez@eldecoinc.com

| | |
|---|---|
| SUBTOTAL | $34,543.05 |
| TOTAL DUE | $34,543.05 |

MAKE ALL CHECKS PAYABLE TO:
ElDeCo, Inc.
5751 Augusta Road
Greenville, South Carolina 29605
Attn: Accounts Receivable

*THANK YOU!*

*Old – World Values; New – World Solutions*



**ELectrical DEvelopment COntractors**
5751 Augusta Road
Greenville, South Carolina 29605
(864) 277-9088

BILL TO:

HORSEHEAD METAL PRODUCTS, INC.
Attn: Accounts Payable
484 Hicks Grove Road
Mooresboro, NC 28114

INVOICE #: 27134
INVOICE DATE: 12/18/15
OUR ORDER #: 1-14010-94
APPLICATION #: 1
TERMS: 30 DAYS

HORSEHEAD PO #: 309239-000 OS

Service Address:
HORSEHEAD
484 Hicks Grove Road
Mooresboro, NC 28114

| DESCRIPTION | UNIT PRICE | | AMOUNT | |
|---|---|---|---|---|
| HORSEHEAD PO #: 309239-000 OS Line 1- INSTALLATION OF WIRING AND CONDUIT JOB NAME: FT-3120, 3122, 3124 | $ | 5,266.04 | $ | 5,266.04 |
| HORSEHEAD PO #: 309239-000 OS Line 2- INSTALLATION OF FT/FV/GA - JOB NAME: GA-753A | $ | 7,910.75 | $ | 7,910.75 |
| HORSEHEAD PO #: 309239-000 OS Line 3- INSTALLATION OF WIRING AND CONDUIT JOB NAME: SHIPPING AREA DOORS | $ | 8,435.80 | $ | 8,435.80 |
| ORIGINAL CONTRACT AMOUNT | | | | $21,612.59 |
| TOTAL COMPLETED AND STORED TO DATE | | | $ | 21,612.59 |
| PREVIOUS BILLINGS | | | | $0.00 |
| AMOUNT DUE THIS BILLING | | | $ | 21,612.59 |
| CONTRACT AMOUNT BALANCE | | | $ | - |
| Any questions concerning this invoice please contact our office immediately. | | | | |
| Please reference our Invoice number on your check. | | | | |

Invoice subject to S.C. Code 29-6-10-ET-SEQ

Questions concerning this invoice?
Call: Cao Menendez at (864) 277-9088 ext 1006
Email: cmenendez@eldecoinc.com

| SUBTOTAL | $21,612.59 |
|---|---|
| TOTAL DUE | $21,612.59 |

MAKE ALL CHECKS PAYABLE TO:
ElDeCo, Inc.
5751 Augusta Road
Greenville, South Carolina 29605
Attn: Accounts Receivable

*THANK YOU!*

*Old – World Values; New – World Solutions*



ELectrical DEvelopment COntractors
5751 Augusta Road
Greenville, South Carolina 29605
(864) 277-9088

BILL TO:

HORSEHEAD METAL PRODUCTS, INC.
Attn: Accounts Payable
484 Hicks Grove Road
Mooresboro, NC 28114

INVOICE #: **27135**
INVOICE DATE: 12/18/15
OUR ORDER #: 1-14010-95
APPLICATION #: 1
TERMS: 30 DAYS

HORSEHEAD PO #: 309330-000 OS

Service Address:

HORESEHEAD
484 Hicks Grove Road
Mooresboro, NC 28114

| DESCRIPTION | UNIT PRICE | | AMOUNT | |
|---|---|---|---|---|
| HORSEHEAD PO #: 309330-000 OS Line 1- RETAINAGE FOR PLINT | $ | 11,427.87 | $ | 11,427.87 |
| | | | $ | - |
| | | | $ | - |
| ORIGINAL CONTRACT AMOUNT | | | $ | 11,427.87 |
| TOTAL COMPLETED AND STORED TO DATE | | | $ | 11,427.87 |
| PREVIOUS BILLINGS | | | | $0.00 |
| AMOUNT DUE THIS BILLING | | | $ | 11,427.87 |
| CONTRACT AMOUNT BALANCE | | | $ | - |
| Any questions concerning this invoice please contact our office immediately. | | | | |
| Please reference our invoice number on your check. | | | | |

Invoice subject to S.C. Code 29-6-10-ET-SEQ

Questions concerning this invoice?
Call: Cao Menendez at (864) 277-9088 ext 1006
Email: cmenendez@eldecoinc.com

MAKE ALL CHECKS PAYABLE TO:
ElDeCo, Inc.
5751 Augusta Road
Greenville, South Carolina 29605
Attn: Accounts Receivable

| SUBTOTAL | $11,427.87 |
|---|---|
| | |
| TOTAL DUE | $11,427.87 |

*THANK YOU!*

*Old – World Values; New – World Solutions*



ELectrical DEvelopment COntractors
5751 Augusta Road
Greenville, South Carolina 29605
(864) 277-9088

BILL TO:

HORSEHEAD METAL PRODUCTS, INC.
Attn: Accounts Payable
484 Hicks Grove Road
Mooresboro, NC 28114

INVOICE #: **27250**
INVOICE DATE: 01/12/16
OUR ORDER #: 1-14010-97
APPLICATION #: 1
TERMS: 30 DAYS

HORSEHEAD PO #: 309587-000 OS

Service Address:

HORSEHEAD
484 Hicks Grove Road
Mooresboro, NC 28114

| DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|
| HORSEHEAD PO #: 309587-000 OS LIne 1- ELECTRICAL INSTALLATION FOR PILOT PLANT | $    50,000.00 | $    50,000.00 |
|  | | $         - |
| ORIGINAL CONTRACT AMOUNT | | $    50,000.00 |
| TOTAL COMPLETED AND STORED TO DATE | | $    50,000.00 |
| PREVIOUS BILLINGS | | $0.00 |
| AMOUNT DUE THIS BILLING | | $    50,000.00 |
| CONTRACT AMOUNT BALANCE | | $         - |
| Any questions concerning this invoice please contact our office immediately. | | |
| Please reference our invoice number on your check. | | |

Invoice subject to S.C. Code 29-6-10-ET-SEQ

Questions concerning this invoice?

Call: Cao Menendez at (864) 277-9088 ext 1006
Email: cmenendez@eldecoinc.com

MAKE ALL CHECKS PAYABLE TO:
ElDeCo, Inc.
5751 Augusta Road
Greenville, South Carolina 29605
Attn: Accounts Receivable

| SUBTOTAL | $50,000.00 |
|---|---|
| TOTAL DUE | $50,000.00 |

*THANK YOU!*

*Old – World Values; New – World Solutions*



ELectrical DEvelopment COntractors
5751 Augusta Road
Greenville, South Carolina 29605
(864) 277-9088

BILL TO:

HORSEHEAD METAL PRODUCTS, INC.
Attn: Accounts Payable
484 Hicks Grove Road
Mooresboro, NC 28114

INVOICE #: 27334
INVOICE DATE: 01/21/16
OUR ORDER #: 1-14010-64
APPLICATION #: 1
TERMS: 30 DAYS

HORSEHEAD PO #: 305655-000 OS

Service Address:

HORESEHEAD
484 Hicks Grove Road
Mooresboro, NC 28114

| DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|
| HORSEHEAD PO #: 305655-000 OS Line 1- ELECTRICAL REPAIRS TO ELECTROLYTE CONTAINER | $    84,200.00 | $    84,200.00 |
| | | $ |
| ORIGINAL CONTRACT AMOUNT | | $    168,400.00 |
| TOTAL COMPLETED AND STORED TO DATE | | $    84,200.00 |
| PREVIOUS BILLINGS | | $0.00 |
| AMOUNT DUE THIS BILLING | | $    84,200.00 |
| CONTRACT AMOUNT BALANCE | | $    84,200.00 |

Any questions concerning this Invoice please contact our office immediately.

Please reference our invoice number on your check.

Invoice subject to S.C. Code 29-6-10-ET-SEQ

| | SUBTOTAL | $84,200.00 |
|---|---|---|
| | TOTAL DUE | $84,200.00 |

Questions concerning this invoice?

Call:  Cao Menendez at (864) 277-9088 ext 1006
Email: cmenendez@eldecoinc.com

MAKE ALL CHECKS PAYABLE TO:
ElDeCo, Inc.
5751 Augusta Road
Greenville, South Carolina  29605
Attn: Accounts Receivable

*THANK YOU!*

*Old – World Values; New – World Solutions*



ELectrical DEvelopment COntractors
5751 Augusta Road
Greenville, South Carolina 29605
(864) 277-9088

BILL TO:

HORSEHEAD METAL PRODUCTS, INC.
Attn: Accounts Payable
484 Hicks Grove Road
Mooresboro, NC 28114

INVOICE #: **27336**
INVOICE DATE: 01/25/16
OUR ORDER #: 1-14010-51
APPLICATION #: 1
TERMS: **30 DAYS**

HORSEHEAD PO #: 304253-000 OS

Service Address:
HORESEHEAD
484 Hicks Grove Road
Mooresboro, NC 28114

| DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|
| HORSEHEAD PO #: 304253-000 OS Line 1- TIME AND MATERIAL WORK SERIAL LETTER EDC/HH-0231-CAP DATED NOVEMBER 25, 2015 | $  32,674.32 | $   32,674.32 |
| | | |
| ORIGINAL CONTRACT AMOUNT | | $    50,000.00 |
| TOTAL COMPLETED AND STORED TO DATE | | $    32,674.32 |
| ADDITIONAL CHANGE ORDERS | | $          - |
| PREVIOUS BILLINGS | | $          - |
| AMOUNT DUE THIS BILLING | | $    32,674.32 |
| CONTRACT AMOUNT BALANCE | | $    17,325.68 |

Any questions concerning this invoice please contact our office immediately.

Please reference our invoice number on your check.

Invoice subject to S.C. Code 29-6-10-ET-SEQ

Questions concerning this invoice?
Call:  Cao Menendez at (864) 277-9088 ext 1006
Email: cmenendez@eldecoinc.com

MAKE ALL CHECKS PAYABLE TO:
ElDeCo, Inc.
5751 Augusta Road
Greenville, South Carolina  29605
Attn: Accounts Receivable

| SUBTOTAL | $32,674.32 |
|---|---|
| TOTAL DUE | $32,674.32 |

*THANK YOU!*

*Old – World Values; New – World Solutions*



**ELectrical DEvelopment COntractors**
5751 Augusta Road
Greenville, South Carolina 29605
(864) 277-9088

BILL TO:

HORSEHEAD METAL PRODUCTS, INC.
Attn: Accounts Payable
484 Hicks Grove Road
Mooresboro, NC 28114

INVOICE #: **27337**
INVOICE DATE: 01/25/16
OUR ORDER #: 1-14010-51
APPLICATION #: 2
TERMS: 30 DAYS

HORSEHEAD PO #: 304253-000 OS

Service Address:
HORESEHEAD
484 Hicks Grove Road
Mooresboro, NC 28114

| DESCRIPTION | UNIT PRICE | | AMOUNT | |
|---|---|---|---|---|
| HORSEHEAD PO #: 304253-000 OS Line 1- TIME AND MATERIAL WORK SERIAL LETTER EDC/HH-0244-CAP DATED JANUARY 12, 2016 | $ | 27,102.22 | $ | 27,102.22 |
| HORSEHEAD PO #: 304253-000 OS Line 1- TIME AND MATERIAL WORK SERIAL LETTER EDC/HH-0247-CAP DATED JANUARY 12, 2016 | | $5,964.14 | $ | 5,964.14 |
| ORIGINAL CONTRACT AMOUNT | | | $ | 50,000.00 |
| TOTAL COMPLETED AND STORED TO DATE | | | $ | 33,066.36 |
| ADDITIONAL CHANGE ORDERS | | | $ | - |
| PREVIOUS BILLINGS | | | $ | 16,933.55 |
| AMOUNT DUE THIS BILLING | | | $ | 33,066.36 |
| CONTRACT AMOUNT BALANCE | | | $ | 0.0900 |
| Any questions concerning this invoice please contact our office immediately. | | | | |
| Please reference our invoice number on your check. | | | | |

Invoice subject to S.C. Code 29-6-10-ET-SEQ

Questions concerning this invoice?
Call: Cao Menendez at (864) 277-9088 ext 1006
Email: cmenendez@eldecoinc.com

| SUBTOTAL | $33,066.36 |
|---|---|
| | |
| TOTAL DUE | $33,066.36 |

MAKE ALL CHECKS PAYABLE TO:
ElDeCo, Inc.
5751 Augusta Road
Greenville, South Carolina 29605
Attn: Accounts Receivable

*THANK YOU!*

*Old – World Values; New – World Solutions*



ELectrical DEvelopment COntractors
5751 Augusta Road
Greenville, South Carolina 29605
(864) 277-9088

BILL TO:

HORSEHEAD METAL PRODUCTS, INC.
Attn: Accounts Payable
484 Hicks Grove Road
Mooresboro, NC 28114

INVOICE #: **27347**
INVOICE DATE: 01/27/16
OUR ORDER #: 1-14010-100
APPLICATION #: **1**
TERMS: 30 DAYS

HORSEHEAD PO #: 309987-000 OS

Service Address:
HORSEHEAD
484 Hicks Grove Road
Mooresboro, NC 28114

| DESCRIPTION | UNIT PRICE | | AMOUNT | |
|---|---|---|---|---|
| HORSEHEAD PO #: 309987-000 OS Line 1- INSTRUMENTATION SUPPORT - PROVIDE INSTRUMENTATION SUPPORT FOR KUNZ CARANE # 1 | $ | 7,000.00 | $ | 7,000.00 |
| | | | $ | - |
| ORIGINAL CONTRACT AMOUNT | | | $ | 7,000.00 |
| TOTAL COMPLETED AND STORED TO DATE | | | $ | 7,000.00 |
| ADDITIONAL CHANGE ORDERS | | | $ | - |
| PREVIOUS BILLINGS | | | $ | - |
| AMOUNT DUE THIS BILLING | | | $ | 7,000.00 |
| CONTRACT AMOUNT BALANCE | | | $ | - |

Any questions concerning this invoice please contact our office immediately.

Please reference our invoice number on your check.

Invoice subject to S.C. Code 29-6-10-ET-SEQ

Questions concerning this invoice?

Call: Cao Menendez at (864) 277-9088 ext 1006
Email: cmenendez@eldecoinc.com

MAKE ALL CHECKS PAYABLE TO:
ElDeCo, Inc.
5751 Augusta Road
Greenville, South Carolina 29605
Attn: Accounts Receivable

| SUBTOTAL | $7,000.00 |
|---|---|
| TOTAL DUE | $7,000.00 |

*THANK YOU!*

*Old - World Values; New - World Solutions*



ELectrical DEvelopment COntractors
5751 Augusta Road
Greenville, South Carolina 29605
(864) 277-9088

BILL TO:

HORSEHEAD METAL PRODUCTS, INC.
Attn: Accounts Payable
484 Hicks Grove Road
Mooresboro, NC 28114

INVOICE #: **27348**
INVOICE DATE: 01/27/16
OUR ORDER #: 1-14010-101
APPLICATION #: 1
TERMS: 30 DAYS

HORSEHEAD PO #: 309395000 OS

Service Address:
HORESEHEAD
484 Hicks Grove Road
Mooresboro, NC 28114

| DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|
| HORSEHEAD PO #: 309395-000 OS Line 1- INSTALL GA-753C RECEPTACLES | $    8,497.75 | $      8,497.75 |
|  | $ | - |
| ORIGINAL CONTRACT AMOUNT |  | $      8,497.75 |
| TOTAL COMPLETED AND STORED TO DATE |  | $      8,497.75 |
| ADDITIONAL CHANGE ORDERS |  | $           - |
| PREVIOUS BILLINGS |  | $           - |
| AMOUNT DUE THIS BILLING |  | $      8,497.75 |
| CONTRACT AMOUNT BALANCE |  | $           - |

Any questions concerning this invoice please contact our office immediately.

Please reference our invoice number on your check.

Invoice subject to S.C. Code 29-6-10-ET-SEQ

Questions concerning this invoice?
Call: Cao Menendez at (864) 277-9088 ext 1006
Email: cmenendez@eldecoinc.com

| SUBTOTAL | $8,497.75 |
|---|---|
| **TOTAL DUE** | $8,497.75 |

MAKE ALL CHECKS PAYABLE TO:
ElDeCo, Inc.
5751 Augusta Road
Greenville, South Carolina 29605
Attn: Accounts Receivable

*THANK YOU!*

*Old - World Values; New - World Solutions*



ELectrical DEvelopment COntractors
5751 Augusta Road
Greenville, South Carolina 29605
(864) 277-9088

BILL TO:

HORSEHEAD METAL PRODUCTS, INC.
Attn: Accounts Payable
484 Hicks Grove Road
Mooresboro, NC 28114

INVOICE #: **27350**
INVOICE DATE: 01/27/16
OUR ORDER #: 1-14010-96
APPLICATION #: 1
TERMS: 30 DAYS

HORSEHEAD PO #: 3099510000 OS

Service Address:

HORESEHEAD
484 Hicks Grove Road
Mooresboro, NC 28114

| DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|
| HORSEHEAD PO #: 309510-000 OS Line 1- ELECTRICAL INSTALL LIGHTING TOP OF CELL HOUSE | $    24,116.00 | $    24,116.00 |
| | $ | - |
| ORIGINAL CONTRACT AMOUNT | | $    60,290.00 |
| TOTAL COMPLETED AND STORED TO DATE | | $    24,116.00 |
| ADDITIONAL CHANGE ORDERS | | $    - |
| PREVIOUS BILLINGS | | $    - |
| AMOUNT DUE THIS BILLING | | $    24,116.00 |
| CONTRACT AMOUNT BALANCE | | $    36,174.00 |

Any questions concerning this invoice please contact our office immediately.

Please reference our invoice number on your check.

Invoice subject to S.C. Code 29-6-10-ET-SEQ

Questions concerning this invoice?
Call: Cao Menendez at (864) 277-9088 ext 1006
Email: cmenendez@eldecoinc.com

MAKE ALL CHECKS PAYABLE TO:
ElDeCo, Inc.
5751 Augusta Road
Greenville, South Carolina 29605
Attn: Accounts Receivable

| SUBTOTAL | $24,116.00 |
|---|---|
| TOTAL DUE | $24,116.00 |

*THANK YOU!*

*Old - World Values; New - World Solutions*



ELectrical DEvelopment COntractors
5751 Augusta Road
Greenville, South Carolina 29605
(864) 277-9088

BILL TO:

HORSEHEAD METAL PRODUCTS, INC.
Attn: Accounts Payable
484 Hicks Grove Road
Mooresboro, NC 28114

INVOICE #: **27352**
INVOICE DATE: 01/27/16
OUR ORDER #: 1-14010-87
APPLICATION #: 1
TERMS: 30 DAYS

HORSEHEAD PO #: 308019-000 OS

Service Address:
HORSEHEAD
484 Hicks Grove Road
Mooresboro, NC 28114

| DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|
| HORSEHEAD PO #: 308019-000 OS Line 1- INSTALL CKT LABELS | $    5,700.00 | $    5,700.00 |
| | | $         - |
| ORIGINAL CONTRACT AMOUNT | | $    14,250.00 |
| TOTAL COMPLETED AND STORED TO DATE | | $    5,700.00 |
| ADDITIONAL CHANGE ORDERS | | $         - |
| PREVIOUS BILLINGS | | $         - |
| AMOUNT DUE THIS BILLING | | $    5,700.00 |
| CONTRACT AMOUNT BALANCE | | $    8,550.00 |

Any questions concerning this invoice please contact our office immediately.

Please reference our Invoice number on your check.

Invoice subject to S.C. Code 29-6-10-ET-SEQ

Questions concerning this invoice?
Call: Cao Menendez at (864) 277-9088 ext 1006
Email: cmenendez@eldecoinc.com

MAKE ALL CHECKS PAYABLE TO:
ElDeCo, Inc.
5751 Augusta Road
Greenville, South Carolina 29605
Attn: Accounts Receivable

| | |
|---|---|
| SUBTOTAL | $5,700.00 |
| TOTAL DUE | $5,700.00 |

*THANK YOU!*

*Old – World Values; New – World Solutions*