# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| HORSEHEAD HOLDING CORP., et al.,[1] | ) Case No. 16-10287 (CSS) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) Ref. Docket No. 927 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                   ) ss.:
COUNTY OF NEW YORK )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 17, 2016, I caused to be served the "Notice of Second Monthly Application of Lazard Frères and Co. LLC and Lazard Middle Market LLC, as Investment Banker to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2016 and Including March 31, 2016," dated May 17, 2016, to which was attached the "Second Monthly Application of Lazard Frères and Co. LLC and Lazard Middle Market LLC, as Investment Banker to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2016 and Including March 31, 2016," dated May 17, 2016 [Docket No. 927], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Horsehead Holding Corp. (7377); Horsehead Corporation (7346); Horsehead Metal Products, LLC (6504); The International Metals Reclamation Company, LLC (8892); and Zochem Inc. (4475). The Debtors' principal offices are located at 4955 Steubenville Pike, Suite 405, Pittsburgh, Pennsylvania 15205.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
19th day of May, 2016

_____
Notary Public

_____
Forrest Kuffer

REGINA AMPOFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2017

# EXHIBIT A

| | |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: TIMOTHY J. FOX, ESQ.<br>J. CALEB BOGGS FEDERAL BUILDING<br>844 KING STREET, SUITE 2207<br>LOCK BOX 35<br>WILMINGTON, DE 19801 | KIRKLAND & ELLIS LLP<br>ATTN: JAMES H.M. SPRAYREGEN, P.C.<br>PATRICK J. NASH JR., P.C.<br>RYAN PRESTON DAHL, ESQ.<br>300 N. LASALLE<br>CHICAGO, IL 60654 |
| PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: LAURA DAVIS JONES, ESQ., JAMES E. O'NEILL, ESQ.<br>JOSEPH M. MULVIHILL, ESQ.<br>919 NORTH MARKET STREET<br>17TH FLOOR<br>WILMINGTON, DE 19801 | HORSEHEAD HOLDING CORP.<br>4955 STEUBENVILLE PIKE, SITE 405<br>PITTSBURGH, PA 15205 |
| LOWENSTEIN SANDLER LLP<br>665 LIVINGSTON AVENUE<br>ROSELAND, NEW JERSEY 07068<br>ATTN: SHARON L. LEVINE, ESQ. AND BRUCE BUECHLER, ESQ. | DRINKER BIDDLE &REATH LLP<br>222 DELAWARE AVENUE<br>SUITE 1400<br>WILMINGTON, DELAWARE 19801<br>ATTN: HOWARD A. COHEN, ESQ. |
| LOEB & LOEB LLP<br>3465 PARK AVENUE<br>NEW YORK, NY 10154<br>ATTN: WALTER H. CURCHACK, ESQ. | GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP<br>437 MADISON AVENUE<br>NEW YORK, NY 10022<br>ATTN: JONATHAN L. FLAXER AND MARK D. ROSENBERG |
| STROOCK & STROOCK & LAVAN LLP<br>180 MAIDEN LANE<br>NEW YORK, NY 10038<br>ATTN: MARK A. SPEISER, ESQ. | YOUNG CONAWAY STARGATT &TAYLOR, LLP<br>RODNEY SQUARE, 1000 NORTH KING STREET<br>WILMINGTON, DE 19801<br>ATTN: MATTHEW B. LUNN, ESQ. |

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & HELD<br>ONE BRYANT PARK<br>NEW YORK, NY 10036<br>ATTN: MICHAEL S. STARNER, ESQ. & MEREDITH A. LAHAIE, ESQ. | ASHBY &GEDDES, P.A.<br>500 DELAWARE AVENUE, 8TH FLOOR<br>P.O. BOX 1150<br>WILMINGTON, DE 19899-1150<br>ATTN: WILLIAM P. BOWDEN, ESQ. |