# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HORSEHEAD HOLDING CORP., et al.,[1] | ) Case No. 16-10287 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF DEPOSITION OF ANDREW J. TORGOVE

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, made applicable to this pending contested matter pursuant to Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure, the Official Committee of Equity Security Holders ("Equity Committee"), will take the deposition upon oral examination of Andrew J. Torgove, Managing Director of Lazard Middle Market LLC, in connection with the *Debtors' Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief* [D.I. 994].

The deposition will begin at **2:00 p.m. (Eastern Daylight Time) on Wednesday July 6, 2016** at the offices of Richards, Layton and Finger, P.A., located at 920 North King Street Wilmington, Delaware 19801, or at an otherwise mutually agreeable time. The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Horsehead Holding Corp. (7377); Horsehead Corporation (7346); Horsehead Metal Products, LLC (6504); The International Metals Reclamation Company, LLC (8892); and Zochem Inc. (4475). The Debtors' principal offices are located at 4955 Steubenville Pike, Suite 405, Pittsburgh, Pennsylvania 15205.

RLF1 14763815v.1

Dated: July 5, 2016
      Wilmington, Delaware

/s/ R. C. Maddox

Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Russell C. Silberglied (No. 3462)
Robert C. Maddox (No. 5356)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Telephone: (302) 651-7700
Email: collins@rlf.com
      stearn@rlf.com
      silberglied@rlf.com
      maddox@rlf.com
      steele@rlf.com
      schlauch@rlf.com

    -and-

Ancela R. Nastasi
William S. Katchen
Moshie Solomon
Marshall E. Tracht
NASTASI PARTNERS
77 Water Street
8th Floor
New York, New York  10005
Telephone: (212) 744-5800
Email: ancela@nastasipartners.com
      bill@nastasipartners.com
      moshie@nastasipartners.com
      marshall@nastasipartners.com

*Co-Counsel to The Official Committee of Equity Security Holders*