# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| HORSEHEAD HOLDING CORP., et al.,[1] ) | Case No. 16-10287 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | Re: Docket Nos. 989, 994, 1056, 1101, 1110, 1197 & 1198 |

## ORDER SHORTENING NOTICE AND OBJECTION PERIODS FOR "MOTION TO FILE UNDER SEAL AN UNREDACTED VERSION OF THE SUPPLEMENTAL OBJECTION OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS TO DEBTORS' MOTION TO EXTEND EXCLUSIVITY AND DECLARATION IN SUPPORT THEREOF"

Upon the motion of The Official Committee of Equity Security Holders for entry of an order shortening notice (the "Motion to Shorten"),[2] pursuant to section 105 of the Bankruptcy Code, Bankruptcy Rule 9006(c)(1), and Local Rules 9006-1(c), and 9006-1(e) with respect to a hearing on the Motion to Seal, as set forth more fully in the Motion to Shorten; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue in this district is proper under 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion to Shorten is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Equity Committee provided appropriate notice of the Motion to Shorten under the circumstances; and the Court having determined that the legal and factual bases set forth in the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Horsehead Holding Corp. (7377); Horsehead Corporation (7346); Horsehead Metal Products, LLC (6504); The International Metals Reclamation Company, LLC (8892); and Zochem Inc. (4475). The Debtors' principal offices are located at 4955 Steubenville Pike, Suite 405, Pittsburgh, Pennsylvania 15205.

[2] Capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Motion to Shorten.

RLF1 14739238v.2

Motion to Shorten establish just cause for the relief granted herein; and after due deliberation thereon and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED.

2. The hearing requested on the Motion to Seal shall take place on **June 7, 2016 at 1:00 p.m. (prevailing Eastern Time)** (the "<u>Hearing</u>").

3. Objections to the relief requested in the Motion to Seal, if any, may be filed either prior to, or be raised orally at, the Hearing.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

5. The Court retains jurisdiction over the implementation and interpretation of this Order.

Dated: July 5, 2016
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE