**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HORSEHEAD HOLDING CORP., et al.,[1] | ) | Case No. 16-10287 (CSS) |
| | ) | (Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON JULY 7, 2016 AT 1:00 P.M.**

**CONTINUED MATTERS:**

1.    Final Hearing re:  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management Systems, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief (Filed February 2, 2016; Docket No. 6)

**Objection Deadline:**  February 19, 2016 at 4:00 p.m.

**Objections/Responses:**   Informal comments from the United States Trustee for the District of Delaware (the "U.S. Trustee"), the Official Committee of Unsecured Creditors (the "Creditors' Committee"), and PNC Bank, N.A.

**Related Documents:**

(a)    Interim Order (A) Authorizing the Debtors to (A) Continue to Operate Their Cash Management Systems, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief (Entered February 3, 2016; Docket No. 58)

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Horsehead Holding Corp. (7377); Horsehead Corporation (7346); Horsehead Metal Products, LLC (6504); The International Metals Reclamation Company, LLC (8892); and Zochem Inc. (4475).  The Debtors' principal offices are located at 4955 Steubenville Pike, Suite 405, Pittsburgh, Pennsylvania 15205.

(b)     Amended Interim Order (I) Authorizing The Debtors To (A) Continue To Operate Their Cash Management Systems, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, And (D) Continue To Perform Intercompany Transactions, And (II) Granting Related Relief (Entered February 4, 2016; Docket No. 78)

(c)     Notice of Entry of Interim Order and Final Hearing on Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management Systems, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief (Filed February 4, 2016; Docket No. 85)

(d)     Notice of Adjournment Regarding Matters Scheduled for Hearing on February 26, 2016 at 2:00 p.m. (Prevailing Eastern Time) and Rescheduled for March 2, 2016 at 10:00 a.m. (Prevailing Eastern Time) (Filed February 16, 2016; Docket No. 127)

(e)     Second Amended Notice of Agenda for Matters Scheduled for Hearing on April 6, 2016 at 12:00 Noon (Filed April 5, 2016, Docket No. 424)

**Status:**  This matter is continued to the hearing scheduled August 30, 2016 at 10:00 a.m.

2.     Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting the Committee Standing to Commence and Prosecute an Action on Behalf of the Debtors' Estates Against U.S. Bank National Association, as Trustee and Collateral Agent for the Prepetition Senior Secured Noteholders (Filed May 6, 2016; Docket No. 882)

**Objection Deadline:**  May 25, 2016 at 4:00 p.m. (Extended to August 19, 2016 at 4:00 p.m. for the Debtors, the Ad Hoc Group of Secured Noteholders and U.S. Bank)

**Objections/Responses:**  None to date.

**Related Documents:**

(a)     Amended Notice of Hearing (Filed May 9, 2016; Docket No. 890)

(b)     Notice of Rescheduled Hearing (Filed June 9, 2016; Docket No. 1042)

**Status:**  This matter is continued to the hearing scheduled August 30, 2016 at 10:00 a.m.

3.     First Interim Application of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from February 16, 2016 through April 30, 2016 (Filed June 14, 2016; Docket No. 1066)

**Objection Deadline**:  June 30, 2016 at 4:00 p.m.

**Objections/Responses:**  None to date.

**Status**:  This matter is continued to a date to be determined.
.
## MATTERS WITH CERTIFICATE OF NO OBJECTION FILED

4.      Application of Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of The Law Office of Curtis A. Hehn as Delaware Special Conflicts Counsel to the  Committee *Nunc Pro Tunc* to May 6, 2016 (Filed June 10, 2016; Docket No. 1047)

   **Objection Deadline:**  July 1, 2016 at 4:00 p.m.

   **Objections/Responses:**  None to date.

   **Related Documents:**

   (a)      Notice of Rescheduled Hearing Date and Objection Deadline on Application of Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of The Law Office of Curtis A. Hehn as Delaware Special Conflicts Counsel to the  Committee *Nunc Pro Tunc* to May 6, 2016 (Filed June 14, 2016; Docket No. 1063)

   (b)      Certification of No Objection (Filed July 5, 2016; Docket No. 1215)

   **Status:** A certification of no objection has been filed with the Court.

## UNCONTESTED MATTERS GOING FORWARD:

5.      Debtors' Motion Pursuant to 11 U.S.C. Section 327(a) to Expand the Scope of Pachulski Stang Ziehl & Jones LLP's Retention Effective as of May 26, 2016 to Enable the Firm to Retain Experts (Filed June 9, 2016; Docket No. 1046)

   **Objection Deadline:**  June 24, 2016 at 4:00 p.m.

   **Objections/Responses:**  Informal comments from the U.S. Trustee.

   **Status:** The Debtors are discussing the informal comments of the U.S Trustee and intend to file a revised order under certification of counsel.

**DISCLOSURE STATEMENT MATTERS (CONTESTED):**

6.      Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement for the Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code; (II) Approving Certain Dates Related to Plan Confirmation; (III) Approving Procedures for Soliciting, Voting, and Tabulating Votes on, and for Filing Objections to, the Plan and Approving the Forms of Ballots and Notices; and (IV) Granting Related Relief (Filed April 29, 2016; Docket No. 828)

**Objection Deadline:**  May 27, 2016 at 4:00 p.m.

**Objections/Responses:**

(a)     Objection (Preliminary) of the Official Committee of Equity Security Holders to Debtors' Motion to Approve Disclosure Statement for Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code (Filed May 27, 2016; Docket No. 971)

(b)     Objection of The Official Committee Of Unsecured Creditors To Debtors Motion For Entry of An Order (I) Approving The Disclosure Statement For The Debtors Joint Plan of Reorganization Pursuant To Chapter 11 Of the Bankruptcy Code; (II) Approving Certain Dates Related To Plan Confirmation; (III) Approving Procedures For Soliciting, Voting, And Tabulating Votes On, And For Filing Objections To, The Plan And Approving The Forms Of Ballots And Notices; and (IV) Granting Related Relief (Filed May 27, 2016; Docket No. 972)

(c)     Limited Objection of Lexon Insurance Company to Debtors' Motion for Entry of Order (I) Approving the Disclosure Statement for the Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code; (II) Approving Certain Dates Related to Plan Confirmation; (III) Approving Procedures for Soliciting, Voting and Tabulating Votes On, and for Filing Objections to, the Plan and Approving the Forms of Ballots and Notices; and (IV) Granting Related Relief (Filed May 27, 2016; Docket No. 975)

(d)     Objection of the Chubb Companies to Disclosure Statement (Filed May 26, 2016; Docket No. 984)

(e)     Objection of Wilmington Trust, National Association to Disclosure Statement (Filed May 26, 2016; Docket No. 985)

(f)     [SEALED] Exhibit(s) (Notice of Filing Confidential Supporting Documents Under Seal by Official Committee of Equity Security Holders) (Filed May 27, 2016; Docket No. 991)

(g)     Exhibit(s) (Notice of Filing Confidential Supporting Documents Under Seal by Official Committee of Equity Security Holders) [REDACTED] (Filed May 27, 2016; Docket No. 992)

(h)     Joinder of Delaware Trust Company in Objection of Official Committee of Unsecured Creditors to Disclosure Statement for the Debtors' Joint Plan of Reorganization (Filed May 31, 2016; Docket No. 1003)

**Reply:**

(a)     Debtors' Omnibus Reply to Objection to Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement for the Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code; (II) Approving Certain Dates Related to Plan Confirmation; (III) Approving Procedures for Soliciting, Voting, and Tabulating Votes on, and for Filing Objections to, the Plan and Approving the Forms of Ballots and Notices; and (IV) Granting Related Relief (Filed July 1, 2016; Docket No. 1207)

**Related Documents:**

(a)     Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code (Filed April 13, 2016; Docket No. 604)

(b)     Disclosure Statement for the Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code (Filed April 14, 2016; Docket No. 605)

(c)     Notice of Filing of Exhibits to the Disclosure Statement for the Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code (Filed April 25, 2016; Docket No. 744)

(d)     Notice of Hearing to Consider Approval of Disclosure Statement for the Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code (Filed April 29, 2016; Docket No. 829)

(e)     Notice of Adjournment of Disclosure Statement Hearing to June 20, 2016 at 10:00 a.m. (Prevailing Eastern Time) (Filed June 2, 2016; Docket No. 1017)

(f)     Notice of Filing of Clean and Blackline Versions of the Debtors' First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code (Filed July 1, 2016; Docket No. 1211)

(g)     Notice of Filing of Clean and Blackline Versions of Debtors' First Amended Disclosure Statement for the Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code (Filed July 1, 2016; Docket No. 1212)

(h)     Notice of Filing of Exhibit F to the First Amended Disclosure Statement for the Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code (Filed July 1, 2016; Docket No. 1213)

(i)     Notice of Filing of Clean and Blackline Versions of the Order (I) Approving the Disclosure Statement for the Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code; (II) Approving Certain Dates Related to Plan Confirmation; (III) Approving Procedures for Soliciting, Voting, and Tabulating Votes on, and for Filing Objections to, the Plan and Approving the Forms of Ballots and Notices; and (IV) Granting Related Relief (Filed July 1, 2016; Docket No. 1214)

**Status:** This matter is going forward. The Debtors have resolved the objections of the Official Committee of Unsecured Creditors, Lexon, Wilmington Trust, National Association, and the joinder of Delaware Trust Company.


## CONTESTED MATTERS GOING FORWARD:


7.     Debtors' Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief (Filed May 27, 2016; Docket No. 994)

**Objection Deadline:** June 13, 2016 at 4:00 p.m.

**Objections/Responses:**

(a)    Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order Extending the Debtors' Exclusive Periods (Filed June 10, 2016; Document No. 1048)

(b)    [SEALED] Objection of Official Committee of Equity Security Holders to Debtors' Motion to Extend Exclusivity (Filed June 13, 2016; Docket No. 1055)

(c)    [SEALED] Declaration in Support (Declaration of J. Scott Victor in Support of Official Committee of Equity Security Holders' Objection to Debtors' Motion to Extend Exclusivity) (Filed June 16, 2016; Docket No. 1101)

(d)    Declaration of J. Scott Victor in Support of Official Committee of Equity Security Holders to Debtors' Motion to Extend Exclusivity (Filed June 21, 2016; Docket No. 1140)

(e)    [SEALED] Supplemental Objection of Official Committee of Equity Security Holders to Debtors' Motion to Extend Exclusivity (Filed June 30, 2016; Docket No. 1199)

(f)    [SEALED] Supplemental Declaration of J. Scott Victor in Support of Official Committee of Equity Security Holders' (I) Objection to Debtors; Motion to Extend Exclusivity, and (II) Supplemental Objection in Further Support of Such Objection (Filed June 30, 2016; Docket No. 1200)

       i. Motion to File Under Seal an Unredacted Version of the Supplemental Objection of Official Committee of Equity Security Holders to Debtors Motion to Extend Exclusivity and Declaration in Support Thereof (Filed June 30, 2016; Docket No. 1197]

      ii. Motion for Entry of Order Shortening Notice and Objection Periods from Motion to File Under Seal an Unredacted Version of the Supplemental Objection of Official Committee of Equity Security Holders to Debtors' Motion to Extend Exclusivity and Declaration in Support Thereof (Filed June 30, 2016; Docket No. 1198)

**Reply:**

(a)    Debtors' Omnibus Reply To The Objections To The Debtors' Motion For Entry Of An Order (I) Extending The Debtors' Exclusive Periods To File A Chapter 11 Plan And Solicit Acceptances Thereof Pursuant To Section 1121 Of The Bankruptcy Code And (II) Granting Related Relief (Filed June 16, 2016; Docket No. 1110)

(b)    Debtors' Reply to the Supplemental Objection of Official Committee of Equity Security Holders to Debtors' Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief (Filed July 5, 2016; Docket No. 1216)

       i. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Redact Portions of the Debtors' Omnibus Exclusivity Reply and (II) Granting Related Relief (Filed June 16, 2016; Docket No. 1111)

      ii. Debtors' Motion for Entry of an Order (A) Shortening Notice with Respect to the Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Redact Certain Portions of the Debtors' Omnibus Exclusivity Reply and (II) Granting Related Relief, and (B) Granting Related Relief ((Filed June 16, 2016; Docket No. 1112)

     iii. Certification of Counsel Submitting Revised Order (I) Authorizing the Debtors to Redact Portions of the Debtors' Omnibus Exclusivity Reply and (II) Granting Related Relief (Filed July 5, 2016; Docket No. 1217)

7

**Related Documents:**

(a)    Notice of Filing of Clean and Blackline Versions of the Proposed Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief (Filed July 1, 2016, Docket No. 1210)

**Status:**  This matter is going forward.

8.    Motion of Industrial Piping, Inc. for Determination that Its Amended Proofs of Claim are Properly Filed or, Alternatively, for Leave to File Post-Bar Date Proofs of Claim (Filed May 27, 2016; Docket No. 993)

**Objection Deadline:**  June 13, 2016 at 4:00 p.m.  [Extended to June 24, 2014 for the Debtors]

**Objections/Responses:**

(a)    Objection of the Official Committee of Unsecured Creditors to the Motion of Industrial Piping, Inc. for Determination that its Amended Proofs of Claim are Properly Filed or, Alternatively, for Leave to File Post-Bar Date Proofs of Claim (Filed June 15, 2016; Docket No. 1081)

(b)    Debtors' Limited Objection to Motion of Industrial Piping, Inc. for Determination that its Amended Proofs of Claim are Properly Filed or, Alternatively, for Leave to File Post-Bar Date Proofs of Claim (Filed June 30, 2016; Docket No. 1193)

**Reply:**

(a)    Reply of Industrial Piping, Inc. in Support of Its Motion for Determination that Its Amended Proofs of Claim are Properly Filed or, Alternatively, for Leave to File Post-Bar Date Proofs of Claim (Filed July 1, 2016; Docket No. 1204)

**Status:**  This matter is going forward.

**OMNIBUS OBJECTION MATTERS (ADJOURNED IN PART AS NOTED IN STATUS LINES BELOW):**

9.    Debtors' Eleventh Omnibus Objection to Certain Wrong Claims (Non-Substantive) (Filed June 6, 2016; Docket No. 1022)

**Objection Deadline:**  June 30, 2016 at 4:00 p.m. (extended to July 31, 2016 for A C Controls Company, Inc.)

**Objections/Responses:**

(a)  Informal response of McCauge Borlack LLP and Tannor Partners Credit Fund LP (as transferee).

(b)  Informal response of A C Controls Company, Inc.

(c)  Informal response of All-Pro Transport, Inc.

**Status:**  The Debtors will submit a revised proposed order under certification of counsel. The Debtors withdraw their objection to claim number 348 of McCague Borlack LLP.  The Debtors withdraw their objection to claim number 429 of All-Pro Transport, Inc.  The Debtors reserve all rights to object at a later date to claim numbers 348 and 429.  The Debtors' objection to claim number 562 filed by A C Controls Company, Inc. is continued to September 12, 2016 at 10:00 a.m.

10.    Debtors' Twelfth Omnibus Objection to Certain Late Filed Claims (Non-Substantive) (Filed June 6, 2016; Docket No. 1023)

**Objection Deadline:**  June 30, 2016 at 4:00 p.m.

**Objections/Responses:**

(a)    Response of Wampum Improvement Center (Filed June 28, 2016; Docket No. 1175)

(b)    Objection of Generation 4 Recycling (Filed June 28, 2016; Docket No. 1176)

(c)    Informal response of Freehold Cartage, Inc.

**Status:**  The Debtors will submit a revised proposed order under certification of counsel. The Debtors' objection to claim number 1967 filed by Generation 4 Recycling and to claim number 1882 filed by Freehold Cartage, Inc. are continued to September 12, 2016 at 10:00 a.m.  The Debtors objection to claim number 1934 filed by Wampun Improvement Center is going forward.

DOCS_DE:207873.4 37010/001

11.    Debtors' Thirteenth Omnibus Objection to Certain (I) Duplicate Claims (Non-Substantive) and Cross Case Duplicate Claims (Non-Substantive) (Filed June 6, 2016; Docket No. 1024)

**Objection Deadline:**  June 30, 2016 at 4:00 p.m.

**Objections/Responses:**

(a)    Objection of Western Oilfield Supply Co. d/b/a Rain for Rent (Filed June 22, 2016; Docket No. 1150)

(b)    Response of Worldwide Recycling Equipment Sales, LLC (Filed June 28, 2016; Docket No. 1177)

**Status:**  The Debtors will submit a revised proposed order and a certificate of counsel. The Debtors' objections to claim numbers 393, 457, and 458 of Worldwide Recycling Equipment Sales, LLC are continued to September 12, 2016 at 10:00 a.m.  The Debtors withdraw their objection to claim number 560 of Western Oilfield Supply Co. d/b/a Rain for Rent.

12.    Debtors' Fourteenth Omnibus Objection to Certain Wrong Debtor Claims (Non-Substantive) (Filed June 6, 2016; Docket No. 1025)

**Objection Deadline:**  June 30, 2016 at 4:00 p.m.

**Objections/Responses:**

(a)    Response of Toyo Pumps North America Corporation (Filed June 24, 2016; Docket No. 1161)

**Status:**   The Debtors have resolved the response of Toyo Pumps North America Corporation and will submit a proposed order under certification of counsel.

*(Remainder of Page Intentionally Blank)*

Wilmington, Delaware                   */s/ Laura Davis Jones*
Dated:  July 5, 2016                   Laura Davis Jones (DE Bar No. 2436)
                                       James E. O'Neill (DE Bar No. 4042)
                                       Joseph M. Mulvihill (DE Bar No. 6061)
                                       **PACHULSKI STANG ZIEHL & JONES LLP**
                                       919 North Market Street, 17th Floor
                                       P.O. Box 8705
                                       Wilmington, Delaware 19899-8705 (Courier 19801)
                                       Telephone:    (302) 652-4100
                                       Facsimile:    (302) 652-4400
                                       Email:        ljones@pszjlaw.com
                                                     joneill@pszjlaw.com
                                                     jmulvihill@pszjlaw.com

                                       - and -

                                       James H.M. Sprayregen, P.C.
                                       Patrick J. Nash Jr., P.C. (Admitted *pro hac vice*)
                                       Ryan Preston Dahl (Admitted *pro hac vice*)
                                       **KIRKLAND & ELLIS LLP**
                                       **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                       300 North LaSalle
                                       Chicago, Illinois 60654
                                       Telephone:    (312) 862-2000
                                       Facsimile:    (312) 862-2200
                                       Email:        james.sprayregen@kirkland.com
                                                     patrick.nash@kirkland.com
                                                     ryan.dahl@kirkland.com
                                       *Co-Counsel for the Debtors and Debtors in Possession*

DOCS_DE:207873.4 37010/001