## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HORSEHEAD HOLDING CORP., et al.,[4] | Case No. 16-10287 (CSS) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 1758** |

### ORDER (A) GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY TO PERMIT ADVANCEMENT OF DEFENSE EXPENSES UNDER INSURANCE POLICY, AND (B) GRANTING RELATED RELIEF

Upon the motion (the "Motion")[5] of above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order, pursuant to sections 105(a) and 362(d)(1) of the Bankruptcy Code regarding the advancement of defense expenses under an insurance policy notwithstanding the automatic stay or the Plan Injunction, as applicable; all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best

---

[4] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Horsehead Holding Corp. (7377); Horsehead Corporation (7346); Horsehead Metal Products, LLC (6504); The International Metals Reclamation Company, LLC (8892); and Zochem Inc. (4475). The Debtors' principal offices are located at 4955 Steubenville Pike, Suite 405, Pittsburgh, Pennsylvania 15205.

[5] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

KE 31905581
DOCS_DE:209778.1 37010/001

interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Notwithstanding section 362 of the Bankruptcy Code or the Plan Injunction, to the extent applicable, the Carrier, subject to its prior reservations of rights, is hereby authorized to make payments under the Policy for the reasonable and necessary Defense Expenses incurred by the Securities Defendants in connection with the Securities Actions.

3. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: __10/14__, 2016
Wilmington, Delaware

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

DOCS_DE:209778.1 37010/001