IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HORSEHEAD HOLDING CORP., *et al.*,[1] | ) | Case No. 16-10287 (CSS) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date: To Be Determined** |
| | ) | **Objection DL: November 18, 2016 at 4:00 p.m.** |

**NOTICE OF EIGHTH MONTHLY AND FINAL APPLICATION OF LAZARD FRÈRES AND CO. LLC AND LAZARD MIDDLE MARKET LLC, AS INVESTMENT BANKER TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTHLY PERIOD FROM SEPTEMBER 1, 2016 TO AND INCLUDING SEPTEMBER 30, 2016 AND THE FINAL PERIOD FROM FEBRUARY 2, 2016 TO AND INCLUDING SEPTEMBER 30, 2016**

**PLEASE TAKE NOTICE** that on October 28, 2016, Lazard Frères and Co. LLC and Lazard Middle Market LLC, as investment banker for the above captioned reorganized debtors (the "Reorganized Debtors") filed the *Eighth Monthly and Final Application of Lazard Frères and Co. LLC and Lazard Middle Market LLC, as Investment Banker to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Monthly Period from September 1, 2016 to and Including September 30, 2016 and the Final Period from February 2, 2016 to and Including September 30, 2016* (the "Application") seeking final approval and allowance of (i) compensation for professional services rendered during the period from February 2, 2016 to and including September 30, 2016 (the "Final Compensation Period") in the aggregate amount of $7,025,000.00, including compensation for the period of September 1, 2016 to and including September 30, 2016 (the "Monthly Compensation Period") in the amount of $4,925,000.00, and (ii) reimbursement of

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: Horsehead Holding Corp. (7377); Horsehead Corporation (7346); Horsehead Metal Products, LLC (6504); The International Metals Reclamation Company, LLC (8892); and Zochem Inc. (4475). The Reorganized Debtors' principal offices are located at 4955 Steubenville Pike, Suite 405, Pittsburgh, Pennsylvania 15205.

{01159943;v1 }

actual and necessary expenses incurred during the Final Compensation Period in the aggregate amount of $108,168.01, including reimbursement of expenses for the Monthly Compensation Period in the amount of $10,680.28.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Application must be made in writing and be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 North Market Street, 3rd Floor, Wilmington, Delaware, 19801 and served upon, so as to be received by, the undersigned counsel on or before **November 18, 2016 at 4:00 p.m. prevailing Eastern Time.**

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Application will be held before the Honorable Christopher S. Sontchi, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801, **at a date and time to be determined**.

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed, the Court may grant the relief requested in the Application without a hearing.

| | |
|---|---|
| Dated October 28, 2016<br>Wilmington, Delaware | **ASHBY & GEDDES, P.A.**<br><br>/s/ *Aaron H. Stulman*<br>William P. Bowden (No. 2553)<br>Karen B. Skomorucha Owens (No. 4759)<br>Aaron H. Stulman (No. 5807)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>Telephone:    (302) 654-1888<br>Facsimile:     (302) 654-2067<br>Email:           wbowden@ashby-geddes.com<br>                     kowens@ashby-geddes.com<br>                     astulman@ashby-geddes.com<br><br>- and – |

- 3 -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Michael S. Stamer (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone:     (212) 872-1000
Facsimile:     (212) 872-1002
Email:         mstamer@akingump.com
               mlahaie@akingump.com

*Co-Counsel for the Reorganized Debtors*