# **EXHIBIT A**

# **Hours Detail**

**Horsehead Holding Corp**
**Lazard Middle Market LLC**
**Summary of Services Rendered by Project**

**February 2, 2016 - September 30, 2016**

| Project # | Project Description | Total |
|---|---|---|
| 1 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 777.9 |
| 2 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 325.5 |
| 3 | Preparation and/or Review of Court Filings | 317.0 |
| 4 | Court Testimony/Deposition and Preparation | 529.5 |
| 5 | Valuation Analysis | 732.5 |
| 6 | Capital Structure Review and Analysis | 103.0 |
| 7 | Merger & Acquisition Activity | 169.5 |
| 8 | Financing Including DIP and Exit Financing | 264.5 |
| 9 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 803.3 |
| 10 | Fee Application, Engagement | 35.5 |
| 11 | Employee Retention Program | 0.0 |
| 12 | Travel | 123.0 |
| **TOTAL** | | **4,181.1** |

**Summary of Services Rendered by Professional**

| Professional | Total |
|---|---|
| Andrew Torgove, Managing Director | 760.5 |
| Dermott O'Flanagan, Director | 1,125.0 |
| Stephen Golmont, Associate | 1,322.6 |
| Philip Kresge, Analyst | 825.5 |
| Mark Giannini, Analyst | 147.5 |
| **TOTAL** | **4,181.1** |

**Horsehead Holding Corp**
**Lazard Middle Market LLC**
**Summary of Services Rendered by Project**

**September 1, 2016 - September 30, 2016**

| Project # | Project Description | September |
|---|---|---|
| 1 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 14.5 |
| 2 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 0.0 |
| 3 | Preparation and/or Review of Court Filings | 0.0 |
| 4 | Court Testimony/Deposition and Preparation | 28.0 |
| 5 | Valuation Analysis | 0.0 |
| 6 | Capital Structure Review and Analysis | 0.0 |
| 7 | Merger & Acquisition Activity | 0.0 |
| 8 | Financing Including DIP and Exit Financing | 25.0 |
| 9 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 16.0 |
| 10 | Fee Application, Engagement | 7.0 |
| 11 | Employee Retention Program | 0.0 |
| 12 | Travel | 4.0 |
| **TOTAL** | | **94.5** |

**Summary of Services Rendered by Professional**

| Professional | September |
|---|---|
| Andrew Torgove, Managing Director | 15.0 |
| Dermott O'Flanagan, Director | 25.5 |
| Stephen Golmont, Associate | 54.0 |
| **TOTAL** | **94.5** |

**Andrew Torgove - Managing Director**

| Date | Description of Work | Hours | Category |
|---|---|---|---|
| 9/1/16 | Attending confirmtion hearing | 7.0 | 4 |
|  | Travel from Wilmington DE | 2.0 | 12 |
| 9/2/16 | Attending confirmation hearing teleconference | 1.0 | 4 |
|  | Discussions with debtor professionals re: confirmation | 1.0 | 1 |
| 9/8/16 | Discussions with advisors re: exit financing | 0.5 | 8 |
| 9/9/16 | Prepare for and attend board meeting | 1.0 | 1 |
| 9/12/16 | Review of analysis and discussion with Debtor advisors on closing | 1.0 | 1 |
| 9/13/16 | Update call with UCC | 0.5 | 1 |
| 9/28/16 | Attending Board of Directors meeting teleconference | 1.0 | 1 |
|  | **Total** | **15.0** |  |

**Dermott O'Flanagan - Director**

| Date | Description of Work | Hours | Category |
|---|---|---|---|
| 9/1/16 | Confirmation trial | 7.0 | 4 |
| 9/2/16 | Confirmation trial | 1.0 | 4 |
| | Discussions with debtor professionals re: confirmation | 1.0 | 1 |
| 9/6/16 | Call with management re: post emergence liquidity options | 1.0 | 8 |
| | Call with SSN advisors re: emergence timing etc. | 1.0 | 9 |
| | Review of confirmation transcript | 1.0 | 4 |
| | Discussions with debtor professionals re: various issues | 0.5 | 1 |
| 9/8/16 | Discussions with advisors re: exit financing | 0.5 | 8 |
| | Inbound calls re: exit financing | 0.5 | 8 |
| 9/9/16 | Review of exit sources and uses and post emergence cash flow | 1.0 | 8 |
| | Prepare for and attend board meeting | 1.0 | 1 |
| 9/12/16 | Review of analysis and discussion with Debtor advisors on closing | 1.0 | 1 |
| | Discussions with management re: exit financing | 0.5 | 8 |
| 9/13/16 | Update call with UCC | 0.5 | 1 |
| | Meetings with potential lenders for ABL | 1.5 | 8 |
| 9/14/16 | Calls / emails with potential lenders re: ABL | 1.0 | 8 |
| 9/19/16 | Calls / emails with potential lenders re: ABL | 0.5 | 8 |
| | Review of exit claims and analysis | 1.5 | 8 |
| 9/21/16 | Diligence calls with potential lenders re: ABL | 0.5 | 8 |
| | Review of exit fund flow | 1.0 | 8 |
| 9/22/16 | Diligence calls with potential lenders re: ABL | 1.0 | 8 |
| | Preparation of fee application | 1.0 | 10 |
| **Total** | | **25.5** | |

**Stephen Golmont - Associate**

| Date | Description of Work | Hours | Category |
|---|---|---|---|
| 9/1/16 | Preparing for confirmation hearing | 1.0 | 4 |
| | Attending confirmation hearing | 8.0 | 4 |
| | Travel from Wilmington DE | 2.0 | 12 |
| 9/2/16 | Reviewing confirmation hearing | 1.0 | 4 |
| | Attending confirmation hearing teleconference | 1.0 | 4 |
| 9/6/16 | Discussion with professionals regarding closing mechanics | 1.0 | 1 |
| 9/7/16 | Review and preparation of documents related to closing mechanics | 3.0 | 9 |
| | Discussions with various parties related to closing mechanics | 1.0 | 9 |
| | Drafting May / June fee applications | 1.0 | 10 |
| 9/8/16 | Drafting May / June fee applications | 2.0 | 10 |
| 9/9/16 | Drafting July fee application | 3.0 | 10 |
| | Attending board meeting | 1.0 | 1 |
| 9/12/16 | Review and preparation of funds flow | 3.0 | 9 |
| 9/13/16 | Review and preparation of funds flow | 1.0 | 9 |
| | Discussion of closing mechanics with debtor professionals | 1.0 | 1 |
| | Review and preparation of documents related to closing mechanics | 2.0 | 9 |
| 9/14/16 | Review and discussion of plan and closing mechanics with case professionals | 1.5 | 1 |
| 9/15/16 | Discussion of closing mechanics with debtor professionals | 0.5 | 1 |
| | Review of closing mechanics | 1.0 | 9 |
| 9/19/16 | Discussions with potential ABL Lenders | 1.0 | 8 |
| | Reviewing ABL financing diligence with management | 3.0 | 8 |
| 9/20/16 | Coordinating ABL financing diligence with management | 2.0 | 8 |
| 9/21/16 | Coordinating ABL financing diligence with management | 3.0 | 8 |
| 9/22/16 | Responding to diligence requests from ABL lenders | 1.0 | 8 |
| | Call with potential ABL lender | 0.5 | 8 |
| 9/23/16 | Call with mgmt discussing ABL financing | 0.5 | 8 |
| | Call with potential ABL lender | 1.0 | 8 |
| | Discussion of closing mechanics with case professionals | 0.5 | 8 |
| 9/26/16 | Reviewing and addressing ABL Financing diligence | 1.5 | 8 |
| 9/27/16 | Addressing closng diligence requests | 2.0 | 9 |
| | Reviewing closing mechanics and funds flow | 2.0 | 9 |
| 9/29/16 | Call with management addressing closng diligence requests | 1.0 | 1 |
| **Total** | | **54.0** | |