# EXHIBIT B

## Fee Calculation & Details of Expenses

**Horsehead Holding Corp**
**Interim Fee Application**
**Lazard Middle Market LLC**

**September 1, 2016 - September 30, 2016**

**Fee Calculation**

| Item | Amount Incurred | |
|---|---:|---|
| Monthly Fee: September 1, 2016 - September 30, 2016 | $ 125,000.00 | (1) |
| Restructuring Fee | 3,500,000.00 | |
| Financing Fee | 4,800,000.00 | (2) |
| Less: Credit | (3,500,000.00) | (3) |
| **TOTAL** | **$ 4,925,000.00** | |

**Summary of Out-of-Pocket Expenses**[4]

| Item | Amount Incurred |
|---|---:|
| Car Services and Taxis | 865.12 |
| Information Service / Printing | 111.70 |
| Employee Meals | 237.02 |
| Meals-Meetings/Travel | 346.30 |
| Travel | 9,120.14 |
| **TOTAL** | **$ 10,680.28** |

(1) Lazard's retention was approved pursuant to the terms set forth in the Engagement Letter dated December 3, 2015 (the "Engagement Letter") as amended by the Retention Order (Dkt. No. 282).
(2) Persuant to paragraph 14 of the Order Authorizing the Employment and Retention of Lazard Freres & Co. LLC and Lazard Middle Market [Docket 282], this amount reflects 3.0% of the aggregate gross proceeds of Equity from any party in the current capital structure [$160,000,000 x 3.0% = $4,800,000 = $4,800,000].
(3) Persuant to paragraph 14 of the Order Authorizing the Employment and Retention of Lazard Freres & Co. LLC and Lazard Middle Market [Docket 282], the total amount of crediting under the Engagement Agreement is capped at $3,500,000
(4) Additional expense detail will be furnished upon request

## DEAL OPEN ITEMS BY CATEGORY
### ALL EXPENSES
#### MNY01457 - Horsehead Holding Corp

**Currency: USD - US Dollar**

| EXPENSE TYPE | TRANS DATE | ACTIVITY | DESCRIPTION | | BALANCE |
|---|---|---|---|---|---:|
| **Car Services and Taxis** | | | | | |
| | 27-Sep-2016 | 20061 | O'Flanagan-NYC- LMM office to home 08/12/2016 / AMEX | | 48.32 |
| | 27-Sep-2016 | 20061 | O'Flanagan-PIT- Meeting to airport 08/11/2016 / AMEX | | 21.55 |
| | 20-Oct-2016 | 20061 | Torgove-NYC- Home to LGA airport 08/15/2016 / AMEX | | 277.81 |
| | 20-Oct-2016 | 20061 | Torgove-NYC-LMM office to home 08/16/2016 / AMEX | | 275.10 |
| | 20-Oct-2016 | 20061 | Torgove-NYC- LMM office to home 08/12/2016 / AMEX | | 275.10 |
| | 20-Oct-2016 | 20061 | Torgove-NYC-Penn Station to home 09/01/2016 / AMEX | | 275.10 |
| | 20-Oct-2016 | 20061 | Torgove-NYC- Penn Station to home 08/26/2016 / AMEX | | 275.10 |
| | 20-Oct-2016 | 20061 | Torgove-NYC-LMM office to home 08/18/2016 / AMEX | | 275.10 |
| | 20-Oct-2016 | 20061 | O'Flanagan-NYC-EWR airport to home 08/12/2016 / AMEX | | 164.30 |
| | 20-Oct-2016 | 20061 | O'Flanagan-NYC- Amtrak station to home 08/26/2016 / AMEX | | 130.00 |
| | 20-Oct-2016 | 20061 | O'Flanagan-NYC- Home to Amtrak station 08/25/2016 / AMEX | | 100.00 |
| | 20-Oct-2016 | 20061 | Torgove-NYC- LGA airport to LMM office 08/12/2016 / AMEX | | 77.52 |
| | 20-Oct-2016 | 20061 | Torgove-NYC- JFK airport to LMM office 08/16/2016 / AMEX | | 47.24 |
| | 20-Oct-2016 | 20061 | Torgove-NYC-NYC Apt to Penn Station 08/25/2016 / AMEX | | 10.68 |
| | | | | Subtotal: | 2,252.92 |
| **Employee Meals** | | | | | |
| | 27-Sep-2016 | 20061 | O'Flanagan-NYC- Dinner (2) Perfect Pint 07/21/2016 / AMEX | | 25.00 |
| | 27-Sep-2016 | 20061 | Golmont-NYC- Dinner (2) Perfect Pint 07/21/2016 / AMEX | | 25.00 |
| | 27-Sep-2016 | 20061 | O'Flanagan-NYC- Dinner (1) Shake Shack 08/04/2016 / AMEX | | 19.46 |
| | 27-Sep-2016 | 20061 | O'Flanagan-NYC-Lunch (1) Wichcraft 07/20/2016 / AMEX | | 18.24 |
| | 30-Sep-2016 | 20061 | SEAMLESS LATE NIGHT MEALS / GRUBHUB HOLDINGS INC | | 26.25 |
| | 10-Oct-2016 | 20061 | Kresge-MANGIA          NEW YORK 08/22/2016 / AMEX | | 23.05 |
| | 20-Oct-2016 | 20061 | Golmont-NYC-Dinner (1) Harrys 08/18/2016 / AMEX | | 20.96 |
| | 20-Oct-2016 | 20061 | Golmont-NYC-Dinner (1) Fresh Day 08/27/2016 / AMEX | | 19.05 |
| | 20-Oct-2016 | 20061 | Kresge-HARRYS ITALIAN PIZZA NEW YORK 08/18/2016 / AMEX | | 17.42 |
| | 20-Oct-2016 | 20061 | Golmont-NYC-Dinner (1) Five Guys 08/14/2016 / AMEX | | 16.08 |
| | 20-Oct-2016 | 20061 | Golmont-NYC-Dinner (1) Chipotle 08/25/2016 / AMEX | | 13.50 |
| | 20-Oct-2016 | 20061 | Golmont-NYC-Lunch (1) Fresh Day 08/14/2016 / AMEX | | 13.01 |
| | | | | Subtotal: | 237.02 |
| **Hotels** | | | | | |
| | 20-Oct-2016 | 20061 | Torgove-Wilmington - 3 nights DuPont 09/02/2016 / AMEX | | 1,303.50 |
| | 20-Oct-2016 | 20061 | O'Flanagan-Wilmington - 2night s Du Pont 09/01/2016 / AMEX | | 869.00 |
| | 20-Oct-2016 | 20061 | Golmont-Wilmington - 2 nights Du Pont 09/01/2016 / AMEX | | 869.00 |
| | 20-Oct-2016 | 20061 | O'Flanagan-Wilmington - 1 night Du Pont 08/27/2016 / AMEX | | 434.50 |
| | 20-Oct-2016 | 20061 | Golmont-Wilmington - 1 night Du Pont 09/02/2016 / AMEX | | 434.50 |
| | 20-Oct-2016 | 20061 | Torgove-Wilmington - 1night DuPont 08/27/2016 / AMEX | | 434.50 |
| | 20-Oct-2016 | 20061 | Torgove-Pittsburgh - 1 night Sheraton 08/12/2016 / AMEX | | 132.36 |
| | 20-Oct-2016 | 20061 | O'Flanagan-Pittsburgh - 1 night Sheraton 08/12/2016 / AMEX | | 132.36 |
| | 20-Oct-2016 | 20061 | O'Flanagan-Wilmington Hotel  - Amex Fee 08/22/2016 / AMEX | | 6.00 |
| | 20-Oct-2016 | 20061 | O'Flanagan-Wilmington Hotel - Amex Fee 08/22/2016 / AMEX | | 6.00 |
| | | | | Subtotal: | 4,621.72 |
| **Meals-Subsistence** | | | | | |
| | 27-Sep-2016 | 20061 | O'Flanagan-PIT-Dinner (2) Bar Symon 08/11/2016 / AMEX | | 61.31 |
| | 27-Sep-2016 | 20061 | O'Flanagan-PIT-Dinner (2) Sheraton 08/12/2016 / AMEX | | 60.95 |
| | 27-Sep-2016 | 20061 | O'Flanagan-PIT-Dinner (1) Sheraton 08/12/2016 / AMEX | | 12.50 |
| | 27-Sep-2016 | 20061 | O'Flanagan-NYC-Bfast (1) Market Fresh 08/11/2016 / AMEX | | 9.58 |
| | 20-Oct-2016 | 20061 | O'Flanagan-Wilmington -Dinner (1) Ale Hou 08/25/2016 / AMEX | | 36.00 |
| | 20-Oct-2016 | 20061 | Golmont-Wilmington - Bfast (1) Hotel 09/01/2016 / AMEX | | 30.60 |
| | 20-Oct-2016 | 20061 | O'Flanagan-Wilmington - Dinner (1) Amtrak 08/26/2016 / AMEX | | 21.75 |
| | 20-Oct-2016 | 20061 | Torgove-Charlotte - Dinner (1) Airport 08/15/2016 / AMEX | | 18.30 |
| | 20-Oct-2016 | 20061 | Torgove-Charlotte-Bfast (1) The Local 08/15/2016 / AMEX | | 12.86 |
| | 20-Oct-2016 | 20061 | Torgove-Wilmington - Snack at hotel 08/27/2016 / AMEX | | 9.00 |
| | 20-Oct-2016 | 20061 | Torgove-Wilmington - Snack at hotel 08/27/2016 / AMEX | | 6.00 |
| | 20-Oct-2016 | 20061 | O'Flanagan-Wilmington -Snack at the hotel 09/01/2016 / AMEX | | 6.00 |
| | 20-Oct-2016 | 20061 | O'Flanagan-Wilmington -Snack at the hotel 09/01/2016 / AMEX | | 6.00 |
| | 20-Oct-2016 | 20061 | Golmont-Wilmington- Snack at the hotel 09/01/2016 / AMEX | | 6.00 |
| | 20-Oct-2016 | 20061 | Torgove-Wilmington - Snack at hotel 08/27/2016 / AMEX | | 6.00 |
| | 20-Oct-2016 | 20061 | O'Flanagan-NYC- Bfast (1) Metro Park Cafe 08/25/2016 / AMEX | | 5.45 |
| | 20-Oct-2016 | 20061 | Torgove-Wilmington-Snack at hotel 09/02/2016 / AMEX | | 4.50 |
| | 20-Oct-2016 | 20061 | Torgove-Wilmington-Snack at hotel 09/02/2016 / AMEX | | 4.50 |
| | 20-Oct-2016 | 20061 | Torgove-Wilmington-Snack at hotel 09/02/2016 / AMEX | | 4.50 |
| | 20-Oct-2016 | 20061 | Golmont-Wilmington- Snack at the hotel 09/01/2016 / AMEX | | 4.00 |
| | 20-Oct-2016 | 20061 | Torgove-Wilmington-Snack at hotel 09/02/2016 / AMEX | | 3.50 |

## DEAL OPEN ITEMS BY CATEGORY
### ALL EXPENSES
**MNY01457 - Horsehead Holding Corp**

**Currency: USD - US Dollar**

| EXPENSE TYPE | TRANS DATE | ACTIVITY | DESCRIPTION | BALANCE |
|---|---|---|---|---|
| | 20-Oct-2016 | 20061 | Torgove-Wilmington - Snack at hotel 08/27/2016 / AMEX | 3.00 |
| | 20-Oct-2016 | 20061 | Torgove-Wilmington-Snack at hotel 09/02/2016 / AMEX | 3.00 |
| | 20-Oct-2016 | 20061 | Torgove-Wilmington-Snack at hotel 09/02/2016 / AMEX | 3.00 |
| | 20-Oct-2016 | 20061 | Torgove-Wilmington - Snack at hotel 08/27/2016 / AMEX | 3.00 |
| | 20-Oct-2016 | 20061 | Torgove-Wilmington-Snack at hotel 09/02/2016 / AMEX | 3.00 |
| | 20-Oct-2016 | 20061 | Torgove-Pittsburgh - 1 night Sheraton 08/12/2016 / AMEX | 2.00 |
| | | | Subtotal: | 346.30 |
| **Taxis for late working** | | | | |
| | 27-Sep-2016 | 20061 | O'Flanagan-NYC- LMM office to home 08/05/2016 Time: 02:41 / AMEX | 146.14 |
| | 27-Sep-2016 | 20061 | O'Flanagan-NYC- LMM office to home 08/06/2016 Time: 02:49 / AMEX | 79.39 |
| | 27-Sep-2016 | 20061 | O'Flanagan-NYC- LMM office to home 08/13/2016 Time: 04:55 / AMEX | 74.47 |
| | 27-Sep-2016 | 20061 | O'Flanagan-NYC- LMM office to home 08/09/2016 Time: 03:23 / AMEX | 73.04 |
| | 27-Sep-2016 | 20061 | O'Flanagan-NYC-LMM office to home 07/21/2016 Time: 04:30 / AMEX | 70.31 |
| | 20-Oct-2016 | 20061 | O'Flanagan-NYC - LMM office to home 08/17/2016 Time: 02:56 / AMEX | 71.37 |
| | 20-Oct-2016 | 20061 | O'Flanagan-NYC - LMM office to home 08/18/2016 Time: 04:46 / AMEX | 71.37 |
| | 20-Oct-2016 | 20061 | O'Flanagan-NYC- Home to LMM office 08/18/2016 Time: 10:30 / AMEX | 47.93 |
| | 20-Oct-2016 | 20061 | Golmont-NYC- Home to LMM office 08/27/2016 Time: 16:16 / AMEX | 18.55 |
| | 20-Oct-2016 | 20061 | Golmont-NYC-LMM office to home 08/18/2016 Time: 22:00 / AMEX | 17.29 |
| | 20-Oct-2016 | 20061 | Golmont-NYC-LMM office to home 08/13/2016 Time: 01:13 / AMEX | 17.29 |
| | 20-Oct-2016 | 20061 | Golmont-NYC-LMM office to home 08/23/2016 Time: 22:55 / AMEX | 16.64 |
| | 20-Oct-2016 | 20061 | Golmont-NYC- LMM office to home 08/28/2016 Time: 00:00 / AMEX | 16.64 |
| | 20-Oct-2016 | 20061 | Golmont-NYC-LMM office to home 08/25/2016 Time: 22:18 / AMEX | 16.64 |
| | 20-Oct-2016 | 20061 | Golmont-NYC-LMM office to home 08/16/2016 Time: 02:59 / AMEX | 15.34 |
| | 20-Oct-2016 | 20061 | Golmont-NYC-LMM office to home 08/15/2016 Time: 01:20 / AMEX | 15.34 |
| | 20-Oct-2016 | 20061 | Golmont-NYC- Home to LMM office 08/14/2016 Time: 12:30 / AMEX | 15.34 |
| | 20-Oct-2016 | 20061 | Golmont-NYC-LMM office to home 08/22/2016 Time: 00:00 / AMEX | 15.30 |
| | 20-Oct-2016 | 20061 | Golmont-NYC-LMM office to home 08/17/2016 Time: 03:47 / AMEX | 14.65 |
| | 20-Oct-2016 | 20061 | Golmont-NYC-LMM office to home 08/15/2016 Time: 01:41 / AMEX | 14.65 |
| | 20-Oct-2016 | 20061 | Kresge-UBER   *US AUG28 IAH 866-576-1 08/28/2016 Time: 08:02 / AMEX | 12.60 |
| | 20-Oct-2016 | 20061 | Torgove-NYC- LMM office to NYC Apt 08/24/2016 Time: 22:00 / AMEX | 11.90 |
| | 20-Oct-2016 | 20061 | Kresge-UBER   *US AUG17 36Y 866-576-1 08/18/2016 Time: 02:02 / AMEX | 6.54 |
| | 20-Oct-2016 | 20061 | Kresge-UBER   *US AUG16 W7B 866-576-1 08/17/2016 Time: 02:58 / AMEX | 6.39 |
| | | | Subtotal: | 865.12 |
| **Telephone/Telex/Fax-Usage/Re** | | | | |
| | 01-Oct-2016 | 20061 | AUGUST 2016 CONF CALLS / WEST UNIFIED COMMUNICATIONS SERVICES INC | 93.37 |
| | 14-Oct-2016 | 20061 | SEPTEMBER  2016 CONF CALLS / WEST UNIFIED COMMUNICATIONS SERVICES INC | 18.33 |
| | | | Subtotal: | 111.70 |
| **Travel** | | | | |
| | 27-Sep-2016 | 20061 | O'Flanagan-NYC-PIT (coach) United 08/11/2016 / AMEX | 914.60 |
| | 27-Sep-2016 | 20061 | O'Flanagan-NYC-CLT (coach) Fee 08/09/2016 / AMEX | 35.00 |
| | 27-Sep-2016 | 20061 | O'Flanagan-NYC-PIT (coach) Fee 08/09/2016 / AMEX | 35.00 |
| | 20-Oct-2016 | 20061 | Torgove-CLT-NYC (Y Up) - American Air 08/15/2016 / AMEX | 309.60 |
| | 20-Oct-2016 | 20061 | Golmont-WIL - NYC Amtrak 09/01/2016 / AMEX | 190.00 |
| | 20-Oct-2016 | 20061 | Torgove-WIL-NYC Amtrak 09/01/2016 / AMEX | 190.00 |
| | 20-Oct-2016 | 20061 | Torgove-NYC-WIL Amtrak 08/25/2016 / AMEX | 186.00 |
| | 20-Oct-2016 | 20061 | Golmont-NYC-WIL Amtrak 08/29/2016 / AMEX | 182.00 |
| | 20-Oct-2016 | 20061 | Torgove-WIL-NYC Amtrak 08/26/2016 / AMEX | 182.00 |
| | 20-Oct-2016 | 20061 | O'Flanagan-NYC-WIL - Amtrak 08/25/2016 / AMEX | 159.00 |
| | 20-Oct-2016 | 20061 | O'Flanagan-WIL-NYC - Amtrak 08/26/2016 / AMEX | 156.00 |
| | 20-Oct-2016 | 20061 | Torgove-WIL-NYC Amtrak 08/26/2016 / AMEX | 145.00 |
| | 20-Oct-2016 | 20061 | O'Flanagan-EWR-PIT-EWR (coach) United 08/11/2016 / AMEX | 128.40 |
| | 20-Oct-2016 | 20061 | O'Flanagan-Parking - 4 days Wilmington 08/31/2016 / AMEX | 46.00 |
| | 20-Oct-2016 | 20061 | O'Flanagan-Enterprise -Wilmington (4days) 09/01/2016 / AMEX | 252.97 |
| | 20-Oct-2016 | 20061 | O'Flanagan-Wilmington Car Rental Fee 08/22/2016 / AMEX | 6.00 |
| | 20-Oct-2016 | 20061 | Torgove-CLT-NYC Amex Fee 08/15/2016 / AMEX | 35.00 |
| | 20-Oct-2016 | 20061 | Torgove-CLT-NYC Amex Fee 08/18/2016 / AMEX | 35.00 |
| | 20-Oct-2016 | 20061 | Torgove-CLT-NYC Amex Fee 08/18/2016 / AMEX | 35.00 |
| | 20-Oct-2016 | 20061 | Torgove-CLT-NYC Amex Fee 08/15/2016 / AMEX | 35.00 |
| | 20-Oct-2016 | 20061 | Torgove-CLT-NYC Amex Fee 08/15/2016 / AMEX | 35.00 |
| | 20-Oct-2016 | 20061 | Torgove-Hertz- Charlotte (1day) 08/15/2016 / AMEX | 93.63 |
| | 20-Oct-2016 | 20061 | Golmont-Wilmington Hotel Amex Fee 08/31/2016 / AMEX | 20.00 |
| | 20-Oct-2016 | 20061 | Golmont-Wilmington - Hotel Amex Fee 08/22/2016 / AMEX | 6.00 |
| | 20-Oct-2016 | 20061 | Torgove-Wilmington Hotel  - Amex Fee 08/22/2016 / AMEX | 6.00 |
| | 20-Oct-2016 | 20061 | Torgove-Wilmington Hotel  - Amex Fee 08/22/2016 / AMEX | 6.00 |
| | 20-Oct-2016 | 20061 | Torgove-AMERICAN AIRLINES    DALLAS 08/15/2016 / AMEX | (253.28) |

## DEAL OPEN ITEMS BY CATEGORY
### ALL EXPENSES

**MNY01457 - Horsehead Holding Corp**

**Currency: USD - US Dollar**

| EXPENSE TYPE | TRANS DATE | ACTIVITY | DESCRIPTION | | BALANCE |
|---|---|---|---|---|---|
| | 20-Oct-2016 | 20061 | Torgove-AMERICAN AIRLINES   DALLAS 08/11/2016 / AMEX | | (398.32) |
| | 20-Oct-2016 | 20061 | Torgove-PIT-NYC (ooach) American Air 08/11/2016 / AMEX | | (527.10) |
| | | | | Subtotal: | 2,245.50 |
| | | | **CLOSING BALANCE as of  21-Oct-2016** | | **10,680.28** |