# **EXHIBIT C**

# **Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

HORSEHEAD HOLDING CORP., et al.,[1]

Reorganized Debtors.

Chapter 11

Case No. 16-10287 (CSS)

Ref. Docket No. ___

**ORDER GRANTING EIGHTH MONTHLY AND FINAL APPLICATION OF LAZARD FRÈRES AND CO. LLC AND LAZARD MIDDLE MARKET LLC, AS INVESTMENT BANKER TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTHLY PERIOD FROM SEPTEMBER 1, 2016 TO AND INCLUDING SEPTEMBER 30, 2016 AND THE FINAL PERIOD FROM FEBRUARY 2, 2016 TO AND INCLUDING SEPTEMBER 30, 2016**

Upon the eighth monthly and final application (the "Application")[2] of Lazard Frères and Co. LLC ("Lazard Frères") and Lazard Middle Market LLC ("LMM" and, together with Lazard Frères, "Lazard"), as investment banker to the Debtors, for final compensation and reimbursement of expenses for the period from February 2, 2016 to and including September 30, 2016 (the "Final Compensation Period"), including the period from September 1, 2016 to and including September 30, 2016 (the "Monthly Compensation Period"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and this matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and the Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of this proceeding and the Application in this District being

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: Horsehead Holding Corp. (7377); Horsehead Corporation (7346); Horsehead Metal Products, LLC (6504); The International Metals Reclamation Company, LLC (8892); and Zochem Inc. (4475). The Reorganized Debtors' principal offices are located at 4955 Steubenville Pike, Suite 405, Pittsburgh, Pennsylvania 15205.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

proper pursuant to 28 U.S.C. §§ 1408 and 1409; and appropriate notice of and opportunity for a hearing on the Application having been given; and it appearing to the Court that all applicable requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules have been satisfied; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation thereon and good and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.  The Application is GRANTED on a final basis as set forth herein.

2.  Lazard is allowed final compensation for professional services rendered on behalf of the Debtors during the Final Compensation Period, on a final basis, in the amount of $7,025,000.00, including $4,925,000.00 for the Monthly Compensation Period.

3.  Lazard is allowed reimbursement of actual and necessary expenses incurred during the Final Compensation Period in connection with such services, on a final basis, in the amount of $108,168.01, including $10,680.28 for the Monthly Compensation Period.

4.  The Debtors are authorized and directed to remit payment to Lazard in the amounts of $7,025,000.00 on account of the above fees and $108,168.01 on account of the above expenses, less any amounts previously paid on account of such fees and expenses.

5.  The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6.  The Court shall retain exclusive jurisdiction with respect to all matters relating to the interpretation and implementation of this Order.

7.  This Order shall be effective immediately upon entry.

Dated: _____ 2016
Wilmington, Delaware

                                        THE HONORABLE CHRISTOPHER S. SONTCHI
                                        UNITED STATES BANKRUPTCY JUDGE