IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 16-10287 (CSS)<br>) Case No. ~~15-11934 (CSS)~~<br>) <br>HORSEHEAD HOLDING CORP., et al.[1]  ) <br>) (Jointly Administered)<br>Debtors.  ) Re: D.I. 1853, 1860, 1877, 1879, 1880, 1884, 1886,<br>) 1887, 1889, 1890, 1891, 1895, 1898, 1907, 1918,<br>) 1923, 1996, 1997, 1999, 2000, 2001, and 2078<br>) <br>) Hearing date: January 26, 2017 at 10:00 a.m. |

**OMNIBUS ORDER FOR FINAL ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES**

This matter coming before the Court on the final fee applications (together D.I. 1853, 1860, 1877, 1879, 1880, 1884, 1886, 1887, 1889, 1890, 1891, 1895, 1898, 1907, 1918, 1923, 1996, 1997, 1999, 2000, 2001, and 2078 the "**Applications**") of those professionals listed on **Exhibit A** attached hereto (together, the "**Applicants**"), pursuant to sections 330(a) and 331 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532, Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, for the final allowance of certain fees, including all holdbacks, and expenses incurred by the Applicants for period from February 2, 2016 through September 30, 2016 (the "**Final Compensation Period**"), filed in accordance with the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals and Reimbursement of Creditors Committee Member Expenses, and (II) Granting Related Relief* [D.I. 418] (the "**Interim Compensation Order**"); the final fee applications procedures as identified in the *Debtors'*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtor's federal tax identification number, are: Horsehead Holding Corp. (7377); Horsehead Corporation (7346); Horsehead Metal Products, LLC (6504); The International Metals Reclamation Company, LLC (8892); and Zochem Inc. (4475). The Debtors' principal offices are at 4955 Steubenville Pike, Suite 405, Pittsburgh, Pennsylvania 15205.

*Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 1583] (the "**Plan**"); and the *Order (I) Appointing Fee Examiner and Counsel, and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [Docket No. 1192] (the "**Fee Examiner Order**"); and the Court having reviewed the Applications with respect to the Applicants and/or the *Fee Examiner's Status Report on His Review Process and Second-Third Interim and Final Fee Applications Scheduled for Hearing on January 26, 2017* [D.I. 2074] and the *Fee Examiner's Supplemental Status Report on One Additional Final Fee Application Scheduled for Hearing on January 26, 2017* [D.I. ____] and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Applications and the hearing thereon was adequate under the circumstances; and (c) all parties with notice of the Applications have been afforded the opportunity to be heard on the Applications, and no objections having been filed; now therefor

IT IS HEREBY ORDERED THAT:

1. The Applications are GRANTED on a final basis, to the extent set forth on the attached **Exhibit A**.

2. Each of the Applicants is allowed (a) final compensation for services rendered during the Compensation Period and (b) final reimbursement for actual and necessary expenses incurred during the Compensation Period, each in the respective amounts set forth on the attached **Exhibit A**, including any and all holdbacks.

3. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are hereby authorized and directed to pay each of the Applicants 100% of the fees and 100% of the expenses listed on **Exhibit A** hereto under the columns "Final Fees

Approved" and "Final Expenses Approved," respectively, for services rendered and expenses incurred during the Compensation Period.

Dated: January 24, 2017
       Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE