# **<u>Exhibit A</u>**

16672419.2

In re: Horsehead ... Case No. 16-10287
Final Fee Applications - Hearing January 26, 2017

EXHIBIT A

as ...3/2017

| # | Applicant | Compensation Period | Final Fees Requested | Fee Examiner's Fee Adjustments | Previously Ordered Fee Adjustments to First Interim Application | Final Expenses Requested | Fee Examiner's Expense Adjustments | Previously Ordered Expense Adjustments to First Interim Application | Final Fees Approved | Final Expenses Approved |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Aird & Berlis [D.I.1907] | 2/2-9/30/2016 | $ 259,342.45 | $ 4,900.90 | $ - | $ 4,465.00 | $ 1,488.53 | $ - | $ 254,441.55 | $ 2,976.47 |
| 2 | Bifferato [D.I. 2001] | 8/21-9/30/2016 | $ 60,110.00 | $ - | $ - | $ 5,284.21 | | $ - | $ 60,110.00 | $ 5,284.21 |
| 3 | BDO USA [D.I. 1891] | 3/21-9/30/2016 | $ 1,144,544.00 | $ 12,249.00 | $ - | $ 64,517.74 | $ 17,016.32 | $ 4,569.17 | $ 1,132,295.00 | $ 42,932.25 |
| 4 | Drinker Biddle [D.I. 1895] | 2/16-9/30/2016 | $ 165,693.00 | $ 1,462.50 | $ 1,274.00 | $ 8,853.24 | $ - | $ - | $ 162,956.50 | $ 8,853.24 |
| 5 | EPIQ [D.I. 1996] | 2/2-9/30/2016 | $ 70,607.83 | $ - | $ - | $ 601.24 | $ - | $ - | $ 70,607.83 | $ 601.24 |
| 6 | FTI Consulting [D.I. 1877] | 2/16-9/30/2016 | $ 2,678,736.00 | $ 15,000.00 | $ 17,862.50 | $ 14,173.01 | $ 11.04 | $ 445.84 | $ 2,645,873.50 | $ 13,716.13 |
| 7 | Global Tax [D.I. 2000] | 2/2-9/30/2016 | $ 522,716.25 | | $ - | $ - | | $ - | $ 522,716.25 | $ - |
| 8 | Kirkland & Ellis [D.I. 1886, 1997 SUP] | 2/2-9/30/2016 | $ 8,404,362.35 | $ 64,189.00 | $ 18,776.00 | $ 260,887.62 | $ 7,959.67 | $ 7,782.76 | $ 8,321,397.35 | $ 245,145.19 |
| 9 | Klehr Harrison [D.I. 1890] | 2/18-9/30/2016 | $ 81,360.75 | $ 1,636.33 | $ 438.75 | $ 490.97 | $ - | $ - | $ 79,285.67 | $ 490.97 |
| 10 | Law Office of Curtis A. Hehn [D.I. 1879] | 5/6-9/30/2016 | $ 4,410.00 | $ - | $ - | $ 1,625.55 | $ - | $ - | $ 4,410.00 | $ 1,625.55 |
| 11 | Lazard Frères [D.I. 1880] | 2/2-9/30/2016 | $ 7,025,000.00 | $ - | $ - | $ 108,168.01 | $ 12,726.44 | $ - | $ 7,025,000.00 | $ 95,441.57 |
| 12 | Lowenstein Sandler [D.I. 1860, 1923 SUP] | 2/16-9/30/2016 | $ 2,284,290.25 | $ 7,500.00 | $ 10,827.19 | $ 30,130.37 | $ - | $ - | $ 2,265,963.06 | $ 30,130.37 |
| 13 | MAC Consulting [D.I. 1853] | 9/21-9/30/2016 | $ 9,360.00 | $ - | $ - | $ 6,421.73 | $ - | $ - | $ 9,360.00 | $ 6,421.73 |
| 14 | Nastasi Partners [D.I. 1889] | 5/13-9/30/2016 | $ 893,107.00 | $ 7,616.50 | $ - | $ 5,160.89 | $ - | $ - | $ 885,490.50 | $ 5,160.89 |
| 15 | Pachulski Stang [D.I. 1999] | 2/2-9/30/2016 | $ 1,232,875.00 | $ 13,150.00 | $ 11,076.00 | $ 97,745.16 | $ 6,045.61 | $ 4,202.31 | $ 1,208,649.00 | $ 87,497.24 |
| 16 | Richards Layton & Finger [D.I. 1887, 2078 SUP] | 5/13-9/30/2016; 10/01-1/06/2017 | $ 1,620,036.00 | $ 12,840.00 | $ - | $ 134,018.76 | $ 14,820.01 | $ - | $ 1,607,196.00 | $ 119,198.75 |
| 17 | SSG Advisors [D.I. 1884] | 5/15-9/30/2016 | $ 1,093,270.00 | $ 22,560.00 | $ - | $ 8,748.80 | $ 867.41 | $ - | $ 1,070,710.00 | $ 7,881.39 |
| 18 | Suncorp Valuations [D.I. 1918] | 5/9-7/29/2016 | $ - | $ - | $ - | $ 440.00 | $ - | $ - | $ - | $ 440.00 |
| 19 | Thornton Grout [D.I. 1898] | 2/16-9/30/2016 | $ 33,795.87 | $ 479.74 | $ 2,843.57 | $ 280.86 | $ - | $ 193.67 | $ 30,472.56 | $ 87.19 |